

MSG

# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of PENNSYLVANIA
### CIVIL Division

Case No. **19-4532**
*(to be filled in by the Clerk's Office)*

R. Caesar Augustus Di Gianvittorio
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names )*

-v-

City of Sanctuary of Philadelphia
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names )*

## COMPLAINT AND REQUEST FOR INJUNCTION

NEED TRO — Ex Parte To STop Oct 1st 2019 SHERIFF SALE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: R. Caesar Augustus Di Gianvittorio
Street Address: 707 East Atlantic Street
City and County: Philadelphia City/County Phila.
State and Zip Code: Pennsylvania 19134
Telephone Number: 215 680 4591
E-mail Address: RDIGIAN@Comcast.NET

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name: City of Phila./CITY HALL OR LAW DEPTMENT 1115 ARCH STREE
  Job or Title (if known)
  Street Address
  City and County
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

Defendant No. 2
  Name: Wayne Shadow, LLC PA. Co.
  Job or Title (if known)
  Street Address: 423 Avondale Ave
  City and County: Haddonfield, NJ. 08033
  State and Zip Code
  Telephone Number
  E-mail Address (if known)

Defendant No. 3
  Name: Ashley L. Munz
  Job or Title (if known)
  Street Address: 423 Avondale Ave
  City and County: Haddonfield, NJ. 08033
  State and Zip Code
  Telephone Number
  E-mail Address (if known): ashleymunz@yahoo.com

Defendant No. 4
  Name: PREDRAG FILIPOVIC
  Job or Title (if known): Attorney
  Street Address: 1735 Market St. Phila PA
  City and County
  State and Zip Code: PA. 19103
  Telephone Number: 267-265-0520
  E-mail Address (if known): PA BAR ID 312568

AND   LEE M. Shlamowitz  attorney
              100 S. Broad St. Suite 920
267-908-5058   Phila. Pa 19110

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Due Process 5th and 14th amendments to US Const.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* R. CAESAR AUGUSTUS DI GIANVITTORIO , is a citizen of the State of *(name)* PENNA.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* ASHLEY L. MUNZ , is a citizen of the State of *(name)* NEW JERSEY . Or is a citizen of *(foreign nation)*

b.  If the defendant is a corporation MUNZ PARTNERSHIP – NJ.
The defendant, (name) WAYNE SHADOW, LLC, is incorporated under the laws of the State of (name) PENNSYLVANIA, and has its principal place of business in the State of (name) NEW JERSEY.
Or is incorporated under the laws of (foreign nation),
and has its principal place of business in (name) NEW JERSEY.
423 AVONDALE AVENUE, HADDONFIELD, NJ. 08033
(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

CITY OF PHILADELPHIA – HATE CRIME BOMBING PLAINTIFF PROPERTY AT 6924-28 WOODLAND AVE, PHILA. 226,000,000.00 BUILDING + CONTENTS
"TRO" against City SEE: DiGIANVITTORIO VS. CITY OF PHILADELPHIA
96CV-6974   15 OCT 1996

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?
CITY CAUGHT ATTEMPTING DIRTY-TRICK DEMOLITION Hit Due Process violation, RICO, Crimes against Humanity and Trumps Executive Order – #13818 Blocking the property of Persons involved in Serious Human Rights abuse or Corruption.

B.  What date and approximate time did the events giving rise to your claim(s) occur?
Oct 12, 1996 Hate Crime – No Statue of limitations 6924-28 Woodland Ave. Phila. Pa. Plaintiff prevailed and was granted a TRO by J. Donald W. Van Artsdalen on same day of TRO issue Mayor Rendell under order from Hillary Clinton in White House orders building to HIT and placed in imminent danger of Colapse, then on 25 Oct. 1996 – Three missles Hit 6924-28 Woodland Ave. reduces Private Property to ashes – Clintons threaten bodily Harm to Fed. Judge Van Artsdale if he proceeds with Case!

C. What are the facts underlying your claim(s)? *(For example What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached Documents

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

25 years of attacks against Plaintiff because he sued to have Bill Clinton Removed SEE DiGinn vs. Clinton Decorated Army Officer from Vietnam made TECHNICALLY Homeless for 25 years — When will Justice arrive?

92CV-5494 District Ct.
93CV-1123 Circuit 3RD
93CV-1056 US Supreme Court Washington

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Want Just Compensation for private property taken by City of Philadelphia on orders from Hillary Clinton Want Just Compensation for weaponized Drone attack against 707 East Atlantic Street Phila. Pa owned by Plaintiff FBI is going to investigate fraudulent Mortgage foreclosure in which City of Phila is major complicit actor as witnessed by Oct 1, 2019 Sheriff Sale scheduled for fraudulent Mortgage foreclosure.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct 1st 2019

Signature of Plaintiff: R. DiGianvittorio   Pro Se

Printed Name of Plaintiff: Robert DiGianvittorio

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address