## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

JUDGE LOWELL REED
FILED SEPTEMBER 22, 1992
Tuesday- 1:00 p.m.

ROBERT DI GIAN         :         CIVIL ACTION
        Plaintiff,     :        FILE NO. 92-CV-5494

V.

WILLIAM CLINTON     :
        Defendant,    :

## COMPLAINT FOR SPECIAL EXTRAORDINARY EMERGENCY RELIEF

### JURISDICTION

1. The jurisdiction of this Court is invoked under 28 USC Section 1331, 2201, 2202, and under the Constitution of the United States of America Article II Sections I, II, III and Article IV as here in after more fully appears.

### PARTIES

2. Plaintiff, Robert Di Gian, inhabitant of the State of Pennsylvania address as follows C/O 318 South Fairview Avenue, Upper Darby, Pennsylvania, zip exempt DMM 122.32.

3. Defendant, William Clinton, is an individual engaged as a registered Federal Election Commission Candidate in the current 1992 General Election for the Office of President for the United States of America that being the Executive branch of Government which embodies the authority of the Commander in Chief for the Armed Forces also for the United States of America. Defendant, William Clinton is also known as Governor of the State of Arkansas, herein after referred to as Defendant.

4. Defendant represents that he meets the requirements outlined in the Constitution for the United States of America.

5. Plaintiff avers that meeting the physical requirements of the Law is the partial,

now comes the requirements of a renewed mind or psychological behavior to fulfill the duty of the Office of the President of the United States specifically pertaining to vicissitude moral and ethical manifestations demonstrated by the defendant who is to uphold and defend the Law.

6. Plaintiff requires the defendant to show cause (outside the orbit of Political *Verbage and inside a Court of Record) under oath, why he should not be disqualified by a Court of Law, Federal Jurisdiction in the Eastern District of Pennsylvania specifically on the issues of Service to Country and using a illegal controlled substances.

7. Defendant did extend his hand to take upon himself money from the Federal Election Commission which Plaintiff has in times past permitted along with others to finance Presidential Elections as is the case in the 1992 General Election.

8. Plaintiff avers that Federal Jurisdiction and Plaintiff's rights are concrete and shall not be recast or moved....thus this action will by design impregnate the Court of the United States of America and come to swift terms concerning these matters of National scope.

9. Plaintiff avers that the Spirit of the Law embraced in the Constitution for the United States of America so speaks that the character of candidates be free and clear of any and all doubts, Witness a recent candidate for the Supreme Court Justice who was disqualified for smoking a illegal controlled substances while in College.

10. Plaintiff further avers that all candidates Past become their Future through the Present, witness Senator Broc Adam's Past destroying his Future as a Present candidate for re-election due to allegations of drugging eight (8) woman and sexually raping them.

11. Plaintiff requires that these matters are in the best interest and welfare of the public and to set free the defendants political drag factor in a court of record employing the rules of evidence to resolve and set firm for future Political Campaigns what is required of all candidates not written but presumed in relation to the standards of morals and demanded ethical behavior of said candidates.

12. Plaintiff observes at random times that this Republic is fast becoming RIGHT for all the WRONG people, this Court has a charged duty to uphold the values that are mandated in the Constitution for the United States of America and affords the Plaintiff the Liberty his right to prosecute at Law.

*From Vertigo Language: Verbal - Garbage

2

WHEREFORE, the Plaintiff, Robert Di Gian prays that this matter for SPECIAL EXTRAORDINARY EMERGENCY RELIEF be heard in the UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, to put to rest this challenge to the candidacy of William Clinton as to his morals and/or qualifications; and

A. To declare that defendant has committed high crimes and misdemeanors of a kind or type to disqualify his candidacy for President; and

B. That this Court award Plaintiff his cost for prosecution of this cause; and for such other and further relief as to this Court seems proper and just.

ROBERT DI GIAN,
PLAINTIFF
PRO-SE

3

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF DELAWARE**                                 **SS:**


ROBERT DI GIAN, being duly sworn according to law, doth depose and say that he is the individual Plaintiff so named in the foregoing Complaint and as such has the authority to make this affidavit: that the facts set forth therein are true and correct to the best of his knowledge, information and belief.


_____
ROBERT DI GIAN


SWORN to and Subscribed before me this _____ day of _____

A.D. 199____


_____
**Notary Public**


4

TIMELINE OF OCCURRENCES RELATED TO *DIGIAN VS. CLINTON*

| -DATE- | DESCRIPTION OF OCCURRENCE | EXHIBIT OR EXPOSITION | FILENAME/ DOCUMENT |
|---|---|---|---|
| By June '92 | DiGian gets idea of lawsuit on character issues | DiGian Affidavit | daffprel. |
| July '92 | Consults with long-time friends | DiGian Affidavit | daffprel. |
| August, '92 | Clinton nominated at Democrat Convention | | |
| Sept 22, 1992 | Case 92 CV-5494 | *DIGIAN VS. CLINTON*; excerpts | dvc-xcrp |
| Sept 28, '92 | Case 92CV-5494 served on William Clinton, by agency, at Democrats for Clinton hdgrtrs., Phila | *DIGIAN VS. CLINTON*; excerpts | dvc-xcrp |
| Oct -- '92 | **DiGian Custody case suddenly called,** two years after children taken from DiGian's custody and snatched from grandparents arms, on fraudulent emergency ex parte order; should have been heard within two weeks | DiGian Affidavit | daffcust |
| Oct -, '92 | Clinton's private law firm, Schnader, Harrison, Segal & Lewis responds, stip- ulates 14thAm Sec 3 a character qualifi- cation; claim DiGian has not standing | *DIGIAN VS. CLINTON*; excerpts | dvc-xcrp |
| ?Nov '92 | Counter response | *DIGIAN VS. CLINTON*; excerpts | dvc-xcrp |
| Nov '92 | response | *DIGIAN VS. CLINTON*; excerpts | dvc-xcrp |
| /Jan. '93 | counter response Judge Lowell Reed opinion of moot | *DIGIAN VS. CLINTON*; excerpts | dvc-xcrp |
| Jan '93 | DiGian declares intent to appeal; prepares to do so | | |
| Februar | Burglary from local youths including son of courthouse | Police Report; | polrep93. |

| | | Damages List DiGian affidavit | dmglist3. daffvand. |
|---|---|---|---|
| y 5, '93 | guard, reducing DiGian resources, time; plan had been to burn house down after trashing it | Damages List DiGian affidavit | dmglist3. daffvand. |
| Feb. 8 '93 | Notice of Appeal, case 92cv5494 of Reed opinion, as 93cv1123 | *DIGIAN VS. CLINTON*; Appeal, exrpts; docket | dvc-apxr. dok-ap. |
| Feb 18, '93 | Clinton switches, for defense, to Justice Dept. lawyers, approved by Janet Reno on taking up post | *DiGian vs. Reno*, 93-cv-3421, excerpts | dvc-apxr. dok-ap. |
| March '93 | Senate approves Janet Reno for A.G. | | |
| June 25, '93 | DiGian sues Reno for so doing | *DiGian vs. Reno*, 93-cv-3421, excerpts | dvreno-x. |
| April 26 '93 | Justice Dept. Lawyers say DiGian seeks to nullify '92 election for Pres. | *DIGIAN VS. CLINTON*; Appeal, exrpts; docket | dvc-apxr. dok-ap. |
| Sept 29, '93 | Appeals court final rejection of appeal; Statement about DiGian coming on undaunted | *DIGIAN VS. CLINTON*; Appeal, exrpts; docket | dvc-apxr. dok-ap. |
| Oct. '93 | Anderson, Roscoe&Lowndes contact DiGian | DiGian Affidavit | daff-arl. |
| Dec28 '93 | Appeal to Supreme Court deadline (90d) | | |
| Nov 29 '93 | DiGian arrested, without charges, without warrant | DiGian Affidavit | daff-arr. |
| Dec 8 '93 | DiGian offered to be let out, if signs over executorship; doubts, refuses | DiGian Affidavit | daffexec. |
| Between Dec 10 - 20 | Roscoe and Lowndes seen by DiGian friend in DiGian house, having broken in | Affidavit of DiGian friend "meter man" | mm-aff. |
| Dec. 23, '93 | Through friend "Dreamer" DiGian makes proxy delivery of appeal of *DiGian vs Clinton* to Supreme Court | DiGian Affidavit | dafdream. |
| Dec. 28 '93 | Deadline of Appeal of *DiGian vs Clinton* to U.S. Supreme Court | | |

| Mid-Feb '94 | DiGian finds out about burglary and theft of his legal files | FFF affidavit; DiGian affidavit police report | fff-aff. daffdtbb. polrdtbb. |
|---|---|---|---|
| Jan-April, '94 | DiGian brought to court from jail six times on false charges, case finally dismissed | DiGian affidavit | daff-fls. |
| March 21 '94 | Supreme Court issues opinion, upholds lower court on mootness; now re-appealable for five years | Law week brief | sclawwk. |
| April 7, '94 | Secret Service Interrogates DiGian | DiGian affidavit; DiGian certified letter to Secret Service | daff-ss. dg2ss. |
| April 7,13 '94 | DiGian writes notice and demand DiGian to S.S., asking how they had knowledge of detailed information taken from burglary | DiGian certified letter to Secret Service | dg2ss. |
| May 29, '94 | DiGian released, after six months | | |
| June '94 | Seeking Congress' sponsor for "Articles of Impeachment" for Sup.Ct., DiGian petitions Judiciary Committeemen | Petition for Prep. of Articles of Impeachment; S.C | cong-pet. |
| Oct. 3, '94 | Seeking Congress' sponsor for "Articles of Impeachment" for Sup.Ct., sends "Good Faith Notice," to all Congressmen | Good Faith Notice | cong-gfn. |
| Oct '94-Feb '95 & after | DiGian makes many calls to Office of Newt Gingrich, as Minority Leader & Speaker of House; inclding personal message machine: Gingrich never replies | DiGian Affidavit; [Telephone record '94] | daffging. |
| Oct. 21, '94 | DiGian sends Affidavit Notice and Demand to whole Congress | Affidavit Notice & Demand; Mailer Rcpt | daff-n&d. |
| Jan. 10, 1995 | DiGian advises Congress of Default | Notice of Default; Affidavit of Notice | daffdflt. |
| ---- '96 | Supreme court rules 9-0 that private civil complaint of Paula Jones on Clinto behavior before election may be heard; *DiGian vs Clinton* made reappealable | | |
| Jan 17, | Report of Congress on ethics violations of Speaker of | | |

| 1997 | House Gingrich | | |
|---|---|---|---|
| Feb 10 '97 | DiGian seeks to bring Newt Gingrich up on ethics violations, for failure to respond to "inescapable fiduciary obligation" | DiGian Notice on Gingrich failure in fiduciary obligation | ging-eth. |
| Feb 11 '97 | Temporary moratorium on private citizen complaints against House members; issued day after DiGian complaint; prob. only one by citizen. To be lifted April 11 | DiGian Affidavit; (v.Ethics Com. info) | daff-mor. |
| April 10, '97 | Moratorium extended | v.Ethics Com. info | |
| Sept. 10 '97 | House changes rules; closes off all House ethics violations brought by non-members | v.Ethics Com. info | |
| Jan '98 | J. Reno asks Judge Johnson to expand OIC Grand Jury investigation to Lewinsky affair, after Starr-Tripp info | | |
| Jan-May'98 | DiGian starts organizing all info to send forward as support for new grand jury | Letters to Starr, Reno, Johnson | 2starr1,2; 2nhj 2renon& M |

**NUREMBERG II TRIALS**          Code Name: "MOTHER of all Civil Lawsuits" 2018-2019
**707 East Atlantic Street**
**Philadelphia, Pennsylvania**
**Zone Improvement Plan (ZIP) 19134**
**267-205-6153 (Primary 215-680-4591)**

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **R. Caesar Augustus DiGianvittorio** | : | ## CIVIL ACTION |
| **Unincorporated, 12 January 1946 - Capricorn** | : | **Jury Trial Demanded** |
| **US Army Infantry Officer, Vietnam - 1968** | : | **Criminal - Military Tribunals** |
| **Commission, Act of US Congress** | : | **Criminal - NUREMBERG II TRIALS** |
| | : | |
| **Plaintiff, in Fiduciary - Under Oath** | : | **Case Number(s):** |
| | : | |
| **vs.** | : | **Assigned Judge(s):** |
| **ROBERT SWAN MUELLER III & Estate** | : | |
| **Incorporated, 7 August 1944 - Leo** | : | |
| **US Marine Infantry Officer, Vietnam – 1968** | ; | |
| **Commission, Act of US Congress** | : | |
| | : | |
| **ANNE CABELL STANDISH MUELLER & Estate** | : | |
| **[You judge a man by the woman he keeps.]** | : | |
| | : | **SPECIAL NOTICE:** |
| **Defendants(s)** | : | **To Clerk, Please be advised** |
| | : | **All Judges commissioned under the** |
| **Notice to U.S. Court or Military Tribunals-** | : | |
| **Massive Defendant List,** | : | **Following Pedophile Presidents:1992-** |
| | : | **2016** |
| **Calculated In the Thousands,** | : | **#42.Bill J. Clinton,** |
| **To Accommodate High Volume** | : | **#43.George W. Bush / Scherff** |
| **Requires Defendant Exhibition Section** | : | **#44.Barack H. Obama / Barry Soetoro** |
| **NOTE: Suit to requires Many Amendments** | : | |
| | : | **Must Recuse because all three** |
| | : | **Presidential Administrations** |
| | : | **are under challenge in this suit being** |
| | : | **Subject to be retroactive nullification.** |

# COMPLAINT
## For Special Extraordinary National Emergency Relief

# COMPLAINT
## FOR
## SPECIAL EXTRAORDINARY EMERGENCY
## MOTION FOR A TEMPORARY RESTRAINING ORDER (TRO)
## AND PRELIMINARY AND PERMANENT INJUNCTIONS

Comes Now the herein above listed Plaintiff relying primarily on Rule 65 of the Federal Rules of Civil Procedure and in the nature of a reasonable *ex parte* action. The plaintiff was last active in the United States District Court for the District of Columbia back in April 4th 2008 SEE: <u>DIGIAN vs JOHN MC CAIN & BARACK OBAMA 1:08-cv-00686</u> before Judge Henry H, Kennedy Jr.

Yes, the action was very dense against MC CAIN & OBAMA and Judge Kennedy panicked and sat on the case for almost a year before coming up with a way to jettison the matter. Judge Kenndey was a member of the mystery 12 that met once a week in President Judge Norma Holloway Johnson's Chambers to rig Judge assignments to help Bill Clinton's friend in criminal cases. When called on the carpet before then Senate Judiciary Chairman, Orrin G. Hatch, concerning her secret weekly meeting with Clinton appointed Judges in the District of Columbia who rigged case assignments as opposed to random computer assignment. President Judge, Norma Holloway Johnson told Hatch to pound sand and continued in her crooked ways and Henry H. Kennedy Jr. was party to that

misbehavior but who can judge a black judge, only another black judge as Senator Orrin Hatch immediately realized and fell on his pencil into silence that spoke volumes.

The Plaintiff requires to satisfy the equity remedy and seeks all three available injunctions to affirmatively "counter attack" what has been defined as a "STATE SPONSORED FRAUDULENT MORTGAGE FORECLOSURE." That is to say Governmental officers, agents and employees are wholly complicit in this matter to attack the plaintiff's financial standings. However, something very strange has manifested with the arrival of President Donald J. Trump.

It was the herein Plaintiff that was summoned to delivered a 15 page prophetic document to TRUMP TOWER at 725 5th Avenue New York, NY on Monday, April 18, 2016 before the Tuesday, April 19, 2016  New York Republican Primary in which Trump took the prize.

In part of the 15 prophetic pages was a statement from on high that Donald J. Trump was declared in the Heavenly Courts as the "UNDISPUTED MESSENGER FOR THIS SEASON."

Then Trump extrapolated the term "MESSENGER" and that term served Candidate Trump well during the Republican Primaries. After Trump won the

2016 election he went out on his thank you rallies campaigns and would come out on the stage and in Trumpian Fashion state, "Well, how did I do as the Messenger." This inclusion into the case for as many that have an intact working memory.

After Candidate Trump became President Trump in the 2016 election, one of Trump's most hostile and vocal adversaries from Chicago, a Black Muslin and a Democrat to boot had a major personality sea change, his name Minister Louis Farrakhan so stated "DON'T MESS WITH PRESIDENT TRUMP, HE'S GOD'S MAN.

## INTRODUCTION

Yes, this matter before the court is reasonably deemed "Complex Litigation" but the subject matters are so expansive that in the end, by necessity, will completely redefine "Complex Litigation" forever under case citations.

The Plaintiff's background will paint a Da Vinci work of Art for the court. However, the major premise, Immediate and Upfront, remains the "STATE SPONSORED FRAUDULENT MORTGAGE FORECLOSURE" and specifically scheduled to be subject to a criminal sham Sheriff Sale on Tuesday, October 1st 2019 with respect to an "EMERGENCY STATUS REMEDY."

The last Philadelphia Sheriff, former Sheriff so named: JOHN GREEN was

sentenced to five years for $675,000 bribery on or about August 1st 2019 SEE: attached Article from Philadelphia NEWS Outlets.

The current Philadelphia Sheriff, JEWELL WILLIAMS, who is the master mind over the current Plaintiff's SHERIFF FORECLOSURE SALE, again, scheduled for Tuesday, October 1st 2019.

Plaintiff will try for a ten(10) year sentence if the Sheriff Sale goes down. Former Philly District Attorney, Seth Williams and former U. S. Rep. CHAKA FATTAH are among those convicted and currently imprisoned in the Federal Prison System. So much for the "SANCTUARY CITY" of Philadelphia, Pennsylvania.

For what ever strange reason this matter has been postponed for Two(2) years and Four(4) months by the Attorney, "PREDRAG FILIPOVIC" for the private mortgage holder, WAYNE SHADOW, LLC and the criminal who authorized to fabricate a Fraudulent Mortgage Foreclosure remains: ASHLEY L. MUNZ listed as Managing Member of WAYNE SHADOW, LLC.

What manner of Attorney takes a case and never questions if in fact a default of payment existed. The PNC BANK Cashier's Checks, all 50 of then hands down support the Plaintiff's contention and succinctly bear witness no default of

Mortgage Payments per month at $443.81 ever existed.

The Attorney, under color of criminal behavior "PREDRAG FILIPOVIC" is deemed a "ENEMY COMBATANT" and operating under color as a FOREIGN AGENT but not registered as a "SERBIAN AGENT" in violation of the "FOREIGN AGENTS REGISTRATION ACT" of 1938.

TOTAL RECALL: PAUL MANAFORT was prosecuted by, herein listed as Number One defendant, Robert S. Mueller III under his Special Counsel Authority, did of record prosecute Paul Manaport under the "Foreign Agent Registration Act."

Of "Special Interest" to the court one finds major DUE PROCESS violations up and down the herein matter. One such violation was no due process "NOTICE" that a MORTGAGE FORECLOSURE was in process.

The herein Plaintiff found out of the "Mortgage Foreclosure" after Real Estate agents started calling and requesting if the Plaintiff would sell the property before the Foreclosure. That was the juncture of time when the herein Plaintiff became aware that a scheme was in operation to steal the private property.

FACT: The Plaintiff invested $500,000 plus dollars over a six year period. Plus property values have been on the increase. The property is a full half City Block long and Plaintiff would never sell the property because the amount of

money invested far exceeds what could ever be recovered from any outright Real Estate sale.

To expand Due Process violations in concert and under STATE SPONSORSHIP of "CORPORATE" UNITED STATES, "PENNSYLVANIA STATE," Democrat Governor, TOM WOLF, in sheep's clothing! "SANCTUARY CITY OF PHILADELPHIA;" "COURT of COMMON PLEAS of PHILADELPHIA;" DEPARTMENT of JUSTICE under U. S. ATTORNEY for the EASTERN DISTRICT OF PENNSYLVANIA so named WILLIAM S. MC SWAIN in conclusion: GEORGE SOROS hand picked COMMUNIST AGENT, LARRY S. KRASNER as recorded DISTRICT ATTORNEY of PHILADELPHIA.

The U. S. Attorney and the Philadelphia District Attorneys did receive hand served NOTICES on three(3) separate occasions. Three strikes and your out. The last NOTICE served by hand Process Server being in late September of 2019 by resident in house Process Server "MICHAEL ALBRECHT." ALBRECHT who will be in attendance to the September 30th TRO filings and available for Proof of Service in person and accounted for.

The U. S. Attorney and Philly D.A. are twin brothers and in tandem have refused to open up investigations and now affording both LAW ENFORCEMENT

OFFICES to be listed as <u>unindicted co-conspirators who consensually agreed to</u> <u>join a conspiracy to obstruct the administration of Fair and Substantial Justice</u> <u>after Substantial and Credible Evidence was presented by the herein Plaintiff.</u>

At all times material to this Case and Controversy the herein Plaintiff has proof of Fifty-One (51) mortgage payments. On his person for the Court to examine on demand. Each and every mortgage payment made by same issuing source that being PNC BANK and one exception of a March 01, 2014 payment, said exception made out from <u>Police & Fire Federal Credit Union Cashier's Check.</u>

Nevertheless, all 51 payments were BANK CASHIER"S CHECK. Upon the "STATE SPONSORED FRAUDULENT MORTGAGE FORECLOSURE" scheme the Plaintiff stopped the <u>May 03, 2017</u> Cashier's Check of normal mortgage payment because of ultimate discovery of LAWSUIT for non payment of Six(6) months when no default of payment ever occurred and supported by the PNC Bank Cashier's Check being all 50 Mortgage Payment were indeed cashed by "WAYNE SHADOW, LLC." The last prepared mortgage payment in the form of a PNC BANK Cashier's Check amount being $443.81 <u>is still in the "possession of the</u> <u>Plaintiff"</u> still dated May 03, 2017, then scheduled for delivery to the drop off location at 423 Avondale Avenue, Haddonfield, NJ 08033 as was the drop location

for the previous 50 Cashier's Check payments.

In furtherance of the criminal scheme, on or about May of 2017 or there about, Enemy Combatant, "PREDRAG FILIPOVIC" and active co-conspirator, ASHLEY L. MUNZ assembled a Philadelphia Police Department Detail of at lease Six (6) officers and a contingent of several "white shirt" Sheriff Officers to arrive at the Mortgaged property known as 3434-56 Weymouth Street, Philadelphia, Pa 19134.

Upon arrival of the alleged but fraudulent official "Task Force" in strength, herein defendant, ASHLEY L. MUNZ shouted out words to the effect according to Plaintiff's renters "DIGIANVITTORIO no longer owns this property and you are no longer permitted to pay him any rents."

The renters taken back by the "Show of Force" and  were convinced by intimidation to obey the orders and for TWO(2) years and FOUR(4) months the renters present that day have yet to pay any rents. This case will eventually require an ORDER from the court to mandate the renters start paying again on a timely schedule.

Now the estimated <u>loss of income amounts to over $48,000.00</u> from the 18 garages impacted by the "Intimidation Shake Down Scheme."

That $48,000.00 amount shall be incorporated into this Case and Controversy and assessed against all and any of the listed Defendants in this case to include the Sanctuary City of Philadelphia.

Interestingly enough no attempts were ever initiated to collect rents from the "Shake Down Scheme" on the intimidated renters.

Currently as of September 2019 interviews by the herein Plaintiff with the impacted renters their first hand eyewitness testimony declare no one has returned to repeat another "Shake Down Exercise" for a period of TWO(2) years and FOUR(4) months culminating with the STATE SPONSORED FRAUDULENT MORTGAGE FORECLOSURE in the path of the FRAUDULENT CITY of PHILADELPHIA SHERIFF FORECLOSURE SALE dated for Tuesday, October 1st 2019 for which the Plaintiff has arrived in Washington, D. C. for the much required Emergency "TRO" against all Parties of Interest.

When plaintiff asked non-paying renters to describe who was present as the attorney representing the "Shake Down Intimidation" when Ashley L. Munz did arrive on the scene at 3434-56 Weymoth Street. In unison they all described the one and only "PREDRAG FILIPOVIC"as being tall, short balding hair, no facial hair such as beard or mustache. Perfect match, however when "PREDRAG

FILIPOVIC" was asked by plaintiff if he was ever at 3434-56 Weymouth Street Property his reply was he was never there.

Washington, D. C.  For the District of Columbia Court is baseline proper venue since the Genesis of the foundation of attacks have emanated from the three following d*e facto* Presidential Administrations: Bill J. Clinton, George W. Bush Scherff and Barry Soetoro (A.K.A. Barack Hussein Obama)

These three Presidential entities have several things in common as follows: All three are left handed; all three are life long members of secret intelligence organizations; all three are life long practicing pedophiles, all three were directly complicit to the 9-11 attacks.

Bill Clinton was assigned to prepare the ground work for 9-11 like shutting down military air bases near and around the New York City area so that no intercepts would be immediately available by military guard planes; George W. Bush Scherff was in position to execute the 9-11 attacks; and Barry/Barack was stationed to continue the cover up of 9-11 attacks.

All three entities working in synchronized concert to achieve the mission of one sole narrative shouting-must invade the Middle East, weapons of mass destruction everywhere.

NEXT the Court should observe the precise timing of a well planned scheme by criminal experts. It should be explained that when the Plaintiff originally made settlement after waiting four years to settle. The original owners were named Munz Partnership. What transpired was four partners up and died in four years straight.

Like clock work it took almost exactly one year to process and settle each of the estates over a four(4) year span of time. The issue at hand was there could be no settlement until the partner who died was completely settled in order to proceed for a Real Estate settlement. The original properties were not side by side or contiguous but in close proximity a half City block of separation. The original title for the two properties that the Plaintiff purchased were "in fact" on the same title and one Tax Assessment. The Plaintiff was reasonably thinking the taxes being paid were for all of the properties under one title and one amount.

Unbeknownst to the Plaintiff some time after settlement the single titled properties were separated without consent of the "Buyer," herein Plaintiff. That separation created four separate and distinct tax assessments revenues as opposed to the original single Tax Bill.

Now comes the furtherance of the criminal scheme to which the City of Philadelphia is a Major Defendant "BIG TIME."

During the entire 50 months of mortgage payments of $443.81 in the form of PNC BANK Cashier's Checks of which payment were made on time to WAYNE SHADOW, LLC in Haddonfield, NJ 08033. The record is attached herein and every month to which the BANK will back up the evidence that the Cashier's Checks to WAYNE SHADOW, LLC were all cashed in full.

Then, Out of the blue come the auxiliary *"coup de tete"* from the "CRIMINAL SANCTUARY CITY OF PHILADELPHIA." A tax bill dated from the original sit down settlement date of September 2013 to current 2019 almost FIVE(5) billable years. The tax bill is printed out that $8,000.00 dollars is due in back Real Estate Taxes plus late charges & penalties which amounts to $11,000.00 plus dollars.

FIVE(5) years and the "CRIMINAL SANCTUARY CITY OF PHILADELPHIA" never but never sent any TAX BILL NOTICES by mail supported, in part, by the mail carriers. Not one mailed tax billing ever arrived at the well known Plaintiff's mailing address known to all as 707 East Atlantic Street , Philadelphia, Pa. 19134 NOTICE!

Once the tax bill is revealed the plaintiff without any consultation with the City Revenue Department pays down half of the alleged $8,000.00 back taxes or

$4,000.00 to show a good faith response. This Tax Real Estate Billing comes as the "STATE SPONSORED FRAUDULENT MORTGAGE FORECLOSURE is in operation like a German Pincer Movement from both sides towards the center focus being the herein Plaintiff.

These assaults continue against the plaintiff for over 27 years since the DiGian vs Clinton 92CV-5494 was lodged in the Eastern District of Pennsylvania before Federal Judge Lowell Reed dated September 22, 1992. Then in the Third (3rd) Circuit Court of appeals SEE: DiGIAN vs Clinton 93CV-1123, Next, SEE: DIGIAN vs CLINTON U. S. Supreme Court on Writ of Certiorari 93CV-1056 where Ruth_Bader Ginsberg is immediately brought into the Supreme court as *de facto* Clinton first candidate and puts a fork in plaintiff's Writ of Certiorari and ends the Judicial branch exercise.

The constant attacks were designed to make the plaintiff "INSOLVENT" so that Plaintiff will stop demanding to get paid for the FIRE BOMBING at 6924-28 Woodland Avenue. SEE: DIGIANVITTORIO vs CITY of PHILADELPHIA 96CV-6974 Filed on October 15th 1996 same day as Complaint filing for TRO before Federal Judge Donald West Van Artsdalen.

The herein Plaintiff prevailed against the City of Philadelphia and walked

out of the 6th and Market Street Court House with the Temporary Restraining Order in hand.

Then Mayor of Philadelphia, Edward "Fast Eddie" Rendell, Bill & Hillary Clinton's Political Confidant who spent more time in the White House Lincoln bed room than Abraham Lincoln Springstein did as President. "Fast Eddie" Rendell told the demolition crew that was halted by Philadelphia Police Department on Saturday, October 12th 1996, TO HIT THE BUILDING in DIRECT CONTEMPT of the FEDERAL JUDGES RESTRAINING ORDER of Tuesday October 15, 1996. The "HIT" deliberately placed the high rise structure in imminent danger of collapse to stop Plaintiff from continuing to attempt and remove Bill Clinton from his *de facto* presidential status.

The Complaint stated $55,000,000.00 for the building and contents that was 23 years ago but at 1996 prevailing interest of 6% the settlement cost is over $200,000,000.00.

Then, on or about October 25, 1996, about ten days after the Rendell "HIT" was order by Rendell, three missiles were believed to be air launched and landed on the 6924-28 Woodland Avenue, Philadelphia, Pennsylvania Private Property. The plaintiff's next door neighbor was in fact a Viet Cong Colonel from North Vietnam.

How the Viet Cong Colonel arrived in the USA, God only knows.

The City of Philadelphia Fire Department stationed at the 12th District Police Station located at 6448 Woodland Ave, just up the Street from the Plaintiff's "High Rise" structure.

According to eyewitnesses who live in the neighborhood stated that the Fire Department arrived from some five short blocks away once the alarm was sounded and upon arrive to the Blaze at 6924-28 Woodland set up and charged the hoses with water and then did a folded arms and hands "Burn Baby Burn" protocol.

The fire went rapidly into a Towering Inferno because of CRIMINAL NEGLIGENCE on behalf of ORDERS from High ranking Fire Captains not to put water on the blaze as soon as the Fire Department arrived and set up hoses.

The Fire Units had to call upon POLICE in the middle of the night to intervene and evacuate a four(4) block radius for fear of losing another neighborhood like the May 12th 1985 "Mother Day Fire Bombing" against the "MOVE ORGANIZATION" when EDWARD RENDELL was Philadelphia's District Attorney and the "Brown Bomber" Mayor, WILSON GOODE who was in office from 1984 to 1992.

The court should be aware that the plaintiff is on the move to set the stage for

the criminal prosecutions. The plaintiff is in communications with the New Jersey U. S. Attorney General, Craig Carpenito office and his staff who have been briefed on the matter. The Cherry Hill, New Jersey FBI has been investigated by the plaintiff to have the FBI take the investigation because of the INTERSTATE COMMERCE on a mortgage foreclosure fraud originating in New Jersey and executed in Pennsylvania triggering Federal Jurisdiction Intervention.

Attached is a CONCISE HISTORY of MORTGAGE PAYMENTS consisting of Two(2) pages and outlines the (51) PNC BANK Cashier's Checks with identical amounts of $443.81 over an original Mortgage Note of $60,000.00 of which almost $20.000.00 has been paid. Then the matter of incorporation of a Defamation suit after publicizing that the plaintiff defaulted on his mortgage payments when no such default occurred. Where and How does the Plaintiff regain his good name and credit status.

The hardships against the Plaintiff are self evident by criminal acts in process with many in concert actors in play from many jurisdictions with Washington D. C. being the common denominator to land the Case & Controversy for immediate TRO resolution to halt the Sheriff's Fraudulent Mortgage Foreclosure Sale. While the FBI and New Jersey U. S. Attorney exercise a proper investigation and

prosecute any and all actors complicit to this demonstrated ongoing chain conspiracy to defraud the plaintiff of his private property.

## ACCOUNTS RECEIVABLE

The status is still open on $220,000.00 still out standing that plaintiff was to be paid when the Insurance payment was made but the main manager, Wayne Munz, up and suddenly died one Sunday, in October on the 21st of 2012. Inside Wayne Munz's head was the operational and obligations of the Munz Partnership. When Wayne suddenly perished he took all the information to the grave.

Wayne Munz carried all the affairs of the entire Munz Partnership because Wayne was believed to be the youngest Partner available and the one with the recognized soundest of mind.  The other partners were elderly as witnessed by the four(4) Partners who died in a Four(4) year span of time with their next of kin inheriting their stake in the Munz Partnership.

The plaintiff had understanding from Wayne Munz that because of the volume of partners involved in spreading the rental income around there was not enough to maintain maintenance on the original 100 garages which hastened the need to sell the properties at 707-727 Atlantic Street, Philadelphia , Pa. 19134 and the Property in the herein controversy known as 3434-56 Weymouth Street, also in

Philadelphia less than a City block apart.

There was a major flash fire at the 727 Atlantic Street Property that resulted in losing 36 Garage Units of income. When the plaintiff settled that real estate purchase the 727 East Atlantic property was already in a vacant lot status.

The garages were falling into massive disrepair but Wayne had LLOYDS of LONDON insuring the properties and had a policy provision that would pay for repairs such as water damage roofs.

The nature of that garage rental business is that people store items in the garages for year on end and stuff the garages to the very door ways. The problem that manifest is the owners and most times the renters are not aware if any leaks are actively deteriorating the almost 100 year old wood structure because of the lack of any maintenance policy of a yearly observation for water leaks.

That unknown water issue is what occurred at the 707 East Atlantic Street property resulting in a massive collapse in a domino fashion. Wayne stated the Munz partnership did not have the immediate cash on hand to support the needed construction rebuilding which collapsed on parked classic cars inside the garage units. Wayne suggested that if the Plaintiff fronted the money to repair the massive collapse Wayne would assure that the construction money would be paid off when

the insurance settlement arrived.

The plaintiff consented to help Wayne Munz because the Plaintiff was renting three adjacent garage units at the 3434-56 Weymouth Street property for several years after the City of Philadelphia was caught red handed trying to use a DIRTY-TRICKS DEMOLITION HIT at the Plaintiff's main High Rise structure at 6924-28 Woodland Avenue, Philadelphia, Pa.

TOTAL RECALL: The City of Philadelphia used three missiles to wipe out the plaintiff's structure eventually leaving the former Decorated Army Infantry Officer of the Vietnam War in technical homelessness at the hands of not the Viet Cong or the North Vietnamese but by one's own fellow citizens the likes of which was ordered from the Clinton's in the White House in 1996 and in part carried out by Mayor of Philadelphia, Edward "Fast Eddie" Rendell for Bill "Slick Willie" Clinton.

The plaintiff lost every possible in that property inside that large structure and has never been paid "Just Compensation" under U. S. Constitutional provision of taking private property rights as a bedrock of a basic provision to be repaid. Literally walked away with only the shirt, pants and shoes on the plaintiff's body. The truth does remains stranger than fiction! The same actors at 6924-28

Woodland Avenue were responsible for the 9-11 attacks on American and still as of the date of this Complaint not one person has been prosecuted for the 9-11 attacks.

BACK TO the Accounts Receivables: The insurance payments were to be transferred from Munz Partnership to the herein Plaintiff. After the Wayne Munz funeral on September 27th of 2012 the plaintiff was not going to introduce Accounts Receivable over the dead body of Wayne Munz who the plaintiff considered a close friend being politically aligned and served as Army Veterans and only several months apart in age.

When the Plaintiff waited for the time to heal the Munz family lost of Wayne Munz the Plaintiff did eventually asked for a dinner "SIT DOWN" at Ponzio's restaurant in New Jersey that was used many times before to have conferences on the MUNZ PARTNERSHIP PROPERTIES Construction projects and later on the actual formulation of the real estate sales of the Munz's Properties in Philadelphia.

It should be noted that Wayne Munz paid all accounts by Munz Partnership checks. If the plaintiff was paid for the massive construction project it would be reflected in bank statements made out to the plaintiff. However, no checks exist because Wayne died before any money was distributed to the plaintiff. Therefore receivables are due to Plaintiff and are indicative of the Case and Controversy

herein this cause of action in the present civil litigation.

## LISTED EXHIBITS IN SUPPORT OF COMPLAINT FOR "TRO"

1.) Fifty (50)Copies of the Fifty PNC BANK Cashier's Checks of $443.81 each so dated from October 01, 2013 to the time of being sued on or about May 03, of 2017 for the fraud of claiming Plaintiff Six (6) months of non payments to justify a **STATE SPONSORED FRAUDULENT MORTGAGE FORECLOSURE** Complaint complicit to "Interstate Commerce Fraud" invoking Federal Intervention, Investigation and anticipatory Criminal Referrals by the New Jersey, Cherry Hill FBI Detail and Philadelphia FBI detail.

2.) **CONCISE HISTORY of MORTGAGE PAYMENTS** Two (2) page document.

3.) **DEMAND NOTICE** dated September 26, 2019 to Office Building at 1735 Market Street, Philadelphia, Pa. 19103 Housing Enemy Combatant, "PREDRAG FILIPOVIC" giving "Aid and Comfort" subject to President Trump's Executive ORDER #13818 dated December 20th of 2017 and forfeiture of said Property.

4.) COPY OF Executive ORDER # 13818 **BLOCKING THE PROPERTY OF PERSONS INVOLVED IN SERIOUS HUMAN RIGHTS ABUSE OR CORRUPTION.** Fraudulent Mortgage Foreclosure is Corruption.

5.) TIMELINE OF OCCURRENCES RELATED TO DIGIAN vs CLINTON

"Mother of all Federal Lawsuits" - Additional Defendants and Co-Defendants
This herein MOTHER SUIT is deemed complex litigation by volume and with
complicity of International Foreign Nations.

Carol Ann Mueller, Esquire / Non U. S. Citizen by virtue of "Title of Nobility"
8 Hathaway Circle
Wynnewood, Pa. 19096
Email: carol.mueller2@verizon.net

Commonwealth Land Title Insurance Company
1700 Market Street, Suite 2110
Philadelphia, Pa. 19103 (Parcel No. :88-4-4626-00)

WAYNE SHADOW, LLC  a Pennsylvania
limited liability company, Headquartered in New Jersey State
by its Managing Member
ASHLEY L. MUNZ

Ms. Ashley L. Munz, Unregistered Agent of the Nation of Israel   NEW JERSEY
423 Avondale Avenue
Haddonfield, NJ 08033
Email: ashleymunz@yahoo.com

Deborah C. Munz Co-Defendant
423 Avondale Avenue
Haddonfield, NJ 08033

Patricia G. Munz Co-Defendant
423 Avondale Avenue
Haddonfield, NJ 08033

William C. Munz
423 Avondale Avenue
Haddonfield, NJ 08033

Jean R. Carron
423 Avondale Avenue
Haddonfield, NJ 08033

Frances Barford
423 Avondale Avenue
Haddonfield, NJ 08033

**Attorney representing the fraudulent Mortgage foreclosure**
**Predrag Filipovic, Esquire: Unregistered Foreign Agent of Nation of Serbia**
**1735 Market Street, Suite 3750**
**Philadelphia, Pa. 19103**
**Tel:267 – 265 - 0520; Fax:215 - 974 -7744**
**PA BAR ID: 312568**

**Lee M. Shlamowitz, Esquire:Unregistered Foreign Agent of Nation of Israel**
**Land Title Building**
**100 S. Broad Street, Suite 920**
**Philadelphia, Pa. 25110**
**Tel:267-908-5058**
**Fax:267-388-3780**
**Email: Lee@PillyBuzLaw.com**
**www.PhillyBizLaw.com**
**Member of PA & NJ BARS**

FILE NAME: DIGIAN LAW SUIT DOCKETS FILED
Reviewed & Printed Out 28 Feb. 2010

| DATES FILED | CAPTIONS | DOCKET NUMBERS |
|---|---|---|
| 22 September 1992 | DIGIAN vs. CLINTON | **92CV-5494**<br>United States District Court<br>Eastern District of Pennsylvania<br>J. Lowell Reed |
| Timely | DIGIAN vs. CLINTON | **93CV-1123**<br>United States Court of Appeals<br>3RD Circuit, Philadelphia, Penna.<br>Judges en banc |
| Timely | DIGIAN vs. CLINTON | **93CV-1056**<br>United States Supreme Court<br>Writ of Certiorari |
| 1993 | DIGIAN vs. RENO | **93CV-3421** |
| 15 Oct.1996<br>9:15am | DiGianvittorio vs<br>City of Philadelphia | **96CV-6974** |
| 7 April 1997 | DIGIAN vs. GINGRICH | **97CV-2363** |
| 4 April 2008 | DIGIAN vs.McCain &<br>Obama | **1:08-cv-00686** (J.HHK) |

Below relevant to bombing of Veterans Facility Structure-Woodland Ave.
City of Phila. Fire report Local #963000039 Alarm #1776, Arson

Phila. Police report 96-12-66934

Commonwealth Court 1581 C.D. 2000

*Administration of Donald J. Trump, 2017*

## Executive Order 13818—Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption
*December 20, 2017*

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 *et seq.*) (IEEPA), the National Emergencies Act (50 U.S.C. 1601 *et seq.*) (NEA), the Global Magnitsky Human Rights Accountability Act (Public Law 114–328) (the "Act"), section 212(f) of the Immigration and Nationality Act of 1952 (8 U.S.C. 1182(f)) (INA), and section 301 of title 3, United States Code,

I, *Donald J. Trump,* President of the United States of America, find that the prevalence and severity of human rights abuse and corruption that have their source, in whole or in substantial part, outside the United States, such as those committed or directed by persons listed in the Annex to this order, have reached such scope and gravity that they threaten the stability of international political and economic systems. Human rights abuse and corruption undermine the values that form an essential foundation of stable, secure, and functioning societies; have devastating impacts on individuals; weaken democratic institutions; degrade the rule of law; perpetuate violent conflicts; facilitate the activities of dangerous persons; and undermine economic markets. The United States seeks to impose tangible and significant consequences on those who commit serious human rights abuse or engage in corruption, as well as to protect the financial system of the United States from abuse by these same persons.

I therefore determine that serious human rights abuse and corruption around the world constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and I hereby declare a national emergency to deal with that threat.

I hereby determine and order:

*Section 1.* (a) All property and interests in property that are in the United States, that hereafter come within the United States, or that are or hereafter come within the possession or control of any United States person of the following persons are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in:

(i) the persons listed in the Annex to this order;

(ii) any foreign person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to be responsible for or complicit in, or to have directly or indirectly engaged in, serious human rights abuse;

(B) to be a current or former government official, or a person acting for or on behalf of such an official, who is responsible for or complicit in, or has directly or indirectly engaged in:

(1) corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery; or

1

(2) the transfer or the facilitation of the transfer of the proceeds of corruption;

(C) to be or have been a leader or official of:

(1) an entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section relating to the leader's or official's tenure; or

(2) an entity whose property and interests in property are blocked pursuant to this order as a result of activities related to the leader's or official's tenure; or

(D) to have attempted to engage in any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section; and

(iii) any person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to have materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of:

(1) any activity described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section that is conducted by a foreign person;

(2) any person whose property and interests in property are blocked pursuant to this order; or

(3) any entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section, where the activity is conducted by a foreign person;

(B) to be owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, any person whose property and interests in property are blocked pursuant to this order; or

(C) to have attempted to engage in any of the activities described in subsections (iii)(A) or (B) of this section.

(b) The prohibitions in subsection (a) of this section apply except to the extent provided by statutes, or in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted before the effective date of this order.

*Sec. 2.* The unrestricted immigrant and nonimmigrant entry into the United States of aliens determined to meet one or more of the criteria in section 1 of this order would be detrimental to the interests of the United States, and the entry of such persons into the United States, as immigrants or nonimmigrants, is hereby suspended. Such persons shall be treated as persons covered by section 1 of Proclamation 8693 of July 24, 2011 (Suspension of Entry of Aliens Subject to United Nations Security Council Travel Bans and International Emergency Economic Powers Act Sanctions).

*Sec. 3.* I hereby determine that the making of donations of the types of articles specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by, to, or for the benefit of any person

2

whose property and interests in property are blocked pursuant to this order would seriously impair my ability to deal with the national emergency declared in this order, and I hereby prohibit such donations as provided by section 1 of this order.

*Sec. 4.* The prohibitions in section 1 include:

(a) the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order; and

(b) the receipt of any contribution or provision of funds, goods, or services from any such person.

*Sec. 5.* (a) Any transaction that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate any of the prohibitions set forth in this order is prohibited.

(b) Any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

*Sec. 6.* For the purposes of this order:

(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, trust, joint venture, corporation, group, subgroup, or other organization; and

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States or any jurisdiction within the United States (including foreign branches), or any person in the United States.

*Sec. 7.* For those persons whose property and interests in property are blocked pursuant to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or other assets instantaneously, prior notice to such persons of measures to be taken pursuant to this order would render those measures ineffectual. I therefore determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to this order.

*Sec. 8.* The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA and the Act as may be necessary to implement this order and section 1263(a) of the Act with respect to the determinations provided for therein. The Secretary of the Treasury may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States. All agencies shall take all appropriate measures within their authority to implement this order.

*Sec. 9.* The Secretary of State is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA, the INA, and the Act as may be necessary to carry out section 2 of this order and, in consultation with the Secretary of the Treasury, the reporting requirement in section 1264(a) of the Act with respect to the reports provided for in section 1264(b)(2) of that Act. The Secretary of State may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States consistent with applicable law.

3

*Sec. 10.* The Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, is hereby authorized to determine that circumstances no longer warrant the blocking of the property and interests in property of a person listed in the Annex to this order, and to take necessary action to give effect to that determination.

*Sec. 11.* The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to submit recurring and final reports to the Congress on the national emergency declared in this order, consistent with section 401(c) of the NEA (50 U.S.C. 1641(c)) and section 204(c) of IEEPA (50 U.S.C. 1703(c)).

*Sec. 12.* This order is effective at 12:01 a.m., Eastern Standard Time, December 21, 2017.

*Sec. 13.* This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

The White House,
December 20, 2017.

[Filed with the Office of the Federal Register, 8:45 a.m., December 22, 2017]

NOTE: This Executive order and its attached annex were released by the Office of the Press Secretary on December 21 and published in the *Federal Register* on December 26.

*Categories:* Executive Orders : Human rights abuse or corruption, blocking property of persons involved.

*Subjects:* Foreign policy, U.S. : Civil and human rights, promotion efforts.

*DCPD Number:* DCPD201700923.

Maureen
2

*50 pages proof of Mortgage Payments*
*Still have May-03, 2017   Never no default Mortgage payments*
*uncashe Mortgage Cashier Check*
*that was not*
*delivered for payment*
*once sued.*

FORM1003541-0313
02000635

**CASHIER'S CHECK**

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No.  4542083

35/310

DATE APRIL 06, 2017

PAY TO THE
ORDER OF   WAYNE SHADOW LLC                          $    443.81

FOUR HUNDRED FORTY THREE AND 81 / 100***************************DOLLARS

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

*Karen Mirzoyan*
OFFICIAL SIGNATURE

⑈4542083⑈ ⑆031000053⑆   8500041542⑈

ENDORSE HERE
X
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

7448391164

| | |
|---|---|
| **Posting Date** | 2017 Apr 13 |
| **Account Number** | 8500041542 |
| **Dollar Amount** | $ 443.81 |
| **Check/Serial Number** | 4542083 |
| **Routing Transit Number** | 03100005 |
| **Posting Sequence Number** | 84386239 |
| **Paper Sequence Number** | 0084386239 |
| **Capture Bank Number** | 20 |
| **Posting App Id** | COR |

Maureen

5/9/2017



| Posting Date | 2017 Apr 13 |
|---|---|
| Account Number | 8500041542 |
| Dollar Amount | $ 443.81 |
| Check/Serial Number | 4531465 |
| Routing Transit Number | 03100005 |
| Posting Sequence Number | 84386240 |
| Paper Sequence Number | 0084386240 |
| Capture Bank Number | 20 |
| Posting App Id | COR |

Maureen                 5/9/2017



| Posting Date | 2017 Apr 13 |
|---|---|
| Account Number | 8500041542 |
| Dollar Amount | $ 443.81 |
| Check/Serial Number | 4477492 |
| Routing Transit Number | 03100005 |
| Posting Sequence Number | 84386241 |
| Paper Sequence Number | 0084386241 |
| Capture Bank Number | 20 |
| Posting App Id | COR |



| | |
|---|---|
| **Posting Date** | 2017 Apr 13 |
| **Account Number** | 8500041542 |
| **Dollar Amount** | $ 443.81 |
| **Check/Serial Number** | 4477488 |
| **Routing Transit Number** | 03100005 |
| **Posting Sequence Number** | 84386242 |
| **Paper Sequence Number** | 0084386242 |
| **Capture Bank Number** | 20 |
| **Posting App Id** | COR |

Maureen                                                                                      5/9/2017



| Posting Date | 2016 Dec 21 |
| --- | --- |
| Account Number | 8500041542 |
| Dollar Amount | $ 443.81 |
| Check/Serial Number | 4508442 |
| Routing Transit Number | 03100005 |
| Posting Sequence Number | 84797425 |
| Paper Sequence Number | 0084797425 |
| Capture Bank Number | 20 |
| Posting App Id | COR |



| | |
|---|---|
| **Posting Date** | 2016 Dec 21 |
| **Account Number** | 8500041542 |
| **Dollar Amount** | $ 443.81 |
| **Check/Serial Number** | 4508411 |
| **Routing Transit Number** | 03100005 |
| **Posting Sequence Number** | 84797426 |
| **Paper Sequence Number** | 0084797426 |
| **Capture Bank Number** | 20 |
| **Posting App Id** | COR |
| **Posting** | |





| Posting Date | 2016 Nov 03 |
| --- | --- |
| **Account Number** | 8500041542 |
| **Dollar Amount** | $ 443.81 |
| **Check/Serial Number** | 4398844 |
| **Routing Transit Number** | 03100005 |
| **Posting Sequence Number** | 86143330 |
| **Paper Sequence Number** | 0086143330 |
| **Capture Bank Number** | 20 |
| **Posting App Id** | COR |
| **Posting** | |

FORM 103541-0912

02000635

**CASHIER'S CHECK**

**☐ PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4542083

3-5/310

DATE APRIL 06, 2017

PAY TO THE
ORDER OF   WAYNE SHADOW LLC                          $   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

🔒 Security features
included.
Details on back

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

*[signature]*
OFFICIAL SIGNATURE

FSC
MIX
Paper from
responsible sources
FSC® C101537

⑈454 2083⑈  ⑆031000053⑈:  850004 1542⑈

PNC BANK
CASHIER'S CHECK

PNC Bank, National Association
Philadelphia, PA

No.  4531465

PRIVATE CLIENT GROUP

DATE MARCH 02, 2017

PAY TO THE
ORDER OF  WAYNE SHADOW LLC                                 $         443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE ALEXANDER

REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MP

⑈4531465⑈ ⑆031000053⑆    850004154 2⑈

Member of The PNC Financial Services Group

11830 Bustleton Avenue   Philadelphia   Pennsylvania   19116

www.pnc.com

VOID VOID VOID
VOID VOID VOID
VOID VOID VOID

02000635

**⊘ PNC BANK**
No. 4477492

PNC Bank, National Association
Philadelphia, PA

CASHIER'S CHECK

DATE FEBRUARY 03, 2017

PAY TO THE
ORDER OF    WAYNE SHADOW LLC                               $    443.81

FOUR HUNDRED FORTY THREE AND 81 / 100***********************DOLLARS

🔒 Security features
included.
Details on

ELAINE W ALEXANDER
REMITTER

PNC Bank, National Association

*Joseph Jacob*
OFFICIAL SIGNATURE

FSC
www.fsc.org
MIX
Paper from
responsible sources
FSC® C101537

⑈4477492⑈ ⑇031000053⑇ 850004154 2⑈

3-5/310

VOID VOID VOID VOID VOID VOID
VOID VOID VOID

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

CASHIER'S CHECK

No. 4477488

3-5/310

DATE FEBRUARY 01, 2017

PAY TO THE
ORDER OF  WAYNE SHADOW LLC

$  443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************ DOLLARS

Security features
included.
Details on back.

ELAINE W ALEXANDER

REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MP

MIX
Paper from
responsible sources
FSC® C101537

⑈4477488⑈ ⑆031000053⑆  850004154 2⑈

FORM103541-0912

02000617

**CASHIER'S CHECK**

PNC BANK
PNC Bank, National Association
Philadelphia, PA

No. 4508442

DATE   DECEMBER 19, 2016

PAY TO THE
ORDER OF   WAYNE SHADOW, LLC                          $   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE ALEXANDER
                    REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

�011"4508442"⑋ ⑈031000053⑈   8500041542⑈

MIX
Paper from
responsible sources
FSC® C101537

FORM 103541-0912

02000619

**CASHIER'S CHECK**

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4508411

3.5/3

DATE DECEMBER 02, 2016

PAY TO THE
ORDER OF   WAYNE SHADOW LLC

$   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100*********************** DOLLARS

ELAINE ALEXANDER

REMITTER.

PNC Bank, National Association

*Stormy Davis*

OFFICIAL SIGNATURE

FSC
MIX
Paper from
responsible sources
FSC® C101537

⑆4508411⑆ ⑉031000053⑉ 8500041542⑈

0912
35

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

CASHIER'S CHECK

No. 4398844

3-5/310

DATE  SEPT. 30, 2016

PAY TO THE
ORDER OF  WAYNE SHADOW LLC                                        $  443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE ALEXANDER

REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE                    MP

FSC
MIX
Paper from
responsible sources
FSC® C101537

⑆4398844⑆ ⑆031000053⑆    850004154 2⑈

*August payment*
*in*
*Sept 30.*

Case 2:19-cv-04532-MSG Document 11 10/01/19 Page 52 of 268

FORM 103541-0912
2000635

3-573 10

# PNC BANK

**CASHIER'S CHECK**

PNC Bank, National Association
Philadelphia, PA

No. 4477599

DATE SEPTEMBER 13, 2016

PAY TO THE
ORDER OF  WAYNE SHADOW LLC

$ | 443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************ DOLLARS

ELAINE ALEXANDER

REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MIX
Paper from
responsible sources
FSC® C101537

⑂"4477599"  ⑆0310000 53⑆:  850004154 2"

July Payment
in
Sept 13

FORM103541-0912

02000635

3-5/310

**CASHIER'S CHECK**

 **PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4423101

DATE JULY 05, 2016

PAY TO THE
ORDER OF  WAYNE SHADOW LLC                          $        443.81

FOUR HUNDRED FORTY THREE AND 81 / 100*************************DOLLARS

ELAINE W ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⑆4423101⑈ ⑆031000053⑈ 850004154 2⑈

June payment
on July 5

02000635

# ⚛ PNC BANK

No. 4398747

## CASHIER'S CHECK

PNC Bank, National Association
Philadelphia, PA

DATE MAY 02, 2016

PAY TO THE
ORDER OF WAYNE SHADOW, LLC $ 443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE W ALEXANDER

REMITTER

PNC Bank National Association

OFFICIAL SIGNATURE

MIX
Paper from
responsible sources
FSC® C101537

⑆4398747⑈ ⑆031000053⑈ 850004154 2⑈



020000635

CASHIER'S CHECK

No. 4398734

PNC BANK
PNC Bank, National Association
Philadelphia, PA

DATE   APRIL 29, 2016

PAY TO THE
ORDER OF   WAYNE SHADOW, LLC

$   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE W. ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MIX
Paper from
responsible sources
FSC
FSC® C101537

⑈4398734⑈ ⑆031000053⑆ 85000465⑈

FORM103541-0912

02000635

**CASHIER'S CHECK**

 **PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4398579

DATE MARCH 04, 2016

PAY TO THE
ORDER OF   WAYNE SHADOW, LLC                          $          443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE W ALEXANDER
                    REMITTER

MIX
Paper from
responsible sources
FSC
www.fsc.org   FSC® C101537

PNC Bank, National Association

OFFICIAL SIGNATURE

⑆4398579⑈ ⑆031000053⑈  8500041542⑈

02000635

3 5/3 1

**⊘PNC BANK**

**CASHIER'S CHECK**

PNC Bank, National Association
Philadelphia, PA

No. 4398502

DATE FEBRUARY 02, 2016

PAY TO THE
ORDER OF  WAYNE SHADOW

$   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************ DOLLARS

🔒 Security
Included.
Details on

ELAINE W ALEXANDER

REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

FSC
MIX
Paper from
responsible sources
FSC® C101537
www.fsc.org

⑈4398502⑈ ⑆031000053⑆ 850004154 2⑈



PNC BANK
PNC Bank, National Association
Philadelphia, PA

CASHIER'S CHECK

No. 4361810

DATE   JANUARY 04, 2016

PAY TO THE
ORDER OF   WAYNE SHADOW, LLC

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

$   443.81

ELAINE W ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⑆4361810⑆ ⑈031000053⑈ 850004154 2⑆

FORM10541-0912
020000635
FSC MIX Paper from responsible sources FSC C101537
89100250053  RR Donnelley ©2012. All rights reserved. — 0067



FORM 10354-0912
02000635

CASHIER'S CHECK

PNCBANK
PNC Bank, National Association
Philadelphia, PA

No. 4361721

DATE DECEMBER 01, 2015

$ 443.81

PAY TO THE
ORDER OF   WAYNE SHADOW , LLC

FOUR HUNDRED FORTY THREE AND 81 / 100************************* DOLLARS

ELAINE W. ALEXANDER
REMITTER

PNC Bank, National Association

Bokhbir Banks
OFFICIAL SIGNATURE

3-5/310.

"4361721" ":031000053:" 850004154 2"



FORM103554-0912
020000635

CASHIER'S CHECK

PNC BANK
PNC Bank, National Association
Philadelphia, PA

No. 4361640

3-5/310

DATE  NOVEMBER 02, 2015

PAY TO THE
ORDER OF    WAYNE SHADOW, LLC

$    443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE W. ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⑆"4361640"⑆ ⑈031000053⑈: 8 9000 4154 2⑈"

Security feature
included.
Details on back.

FORM103541-0912

02000635

**CASHIER'S CHECK**

VOID VOID VOID VOID

**⊘ PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4361520

3-5/310

DATE  OCTOBER 01, 2015

PAY TO THE
ORDER OF  WAYNE SHADOW, LLC                    $        443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

Security features
included.
Details on back.

ELAINE W ALEXANDER
REMITTER

MIX
Paper from
responsible sources
FSC® C101537

PNC Bank, National Association

OFFICIAL SIGNATURE

⑈4361520⑈  ⑉031000053⑉     850004154 2⑈



FORM103541-0912
02000635

CASHIER'S CHECK

PAY TO THE
ORDER OF   WAYNE SHADOW LLC

FOUR HUNDRED FORTY THREE AND 81 / 100************************************DOLLARS

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4361448

DATE SEPTEMBER 01, 2015

$   443.81

ELAINE W ALEXANDER
REMITTER

PNC Bank, National Association
OFFICIAL SIGNATURE

RM103541-0912

2000635

3-5/310

**PNC BANK**

PNC Bank, National Association
Philadelphia, PA

**CASHIER'S CHECK**

No. 4361378

DATE AUGUST 03, 2015

PAY TO THE ORDER OF   WAYNE SHADOW LLC

$   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE W ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE                                                        MP

Security features
included.
Details on back.

FSC
MIX
Paper from
responsible sources
FSC® C101537
www.fsc.org

⑈4361378⑈ ⑆031000053⑆     850004154 2⑈

FORM 103541-0912

02000635

CASHIER'S CHECK

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4361266

3-5/3

DATE JULY 01, 2015

PAY TO THE
ORDER OF   WAYNE SHADOW LLC                    $   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100***************************** DOLLARS

ELAINE W ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

FSC MIX
Paper from
responsible sources
FSC® C101537

⑈4361266⑈ ⑆031000053⑆ 8500041542⑈

FORM103541-0912

Q20000635

## CASHIER'S CHECK

**PNC BANK**

PNC Bank, National Association
Philadelphia, PA

No. 4361171

DATE  JUNE 01, 2015

PAY TO THE
ORDER OF     WAYNE SHADOW LLC

$     443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE ALEXANDER
                                                REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

�"4361171�"  ⑈0310000531⑈  85000465421⑈

8910020603 RR Donnelley ©2012. All rights reserved. — 0657

FORM 10354-0912

0200006355

## PNCBANK
PNC Bank, National Association
Philadelphia, PA

### CASHIER'S CHECK

No. 4292496

3-5/310

DATE  July 31, 2015

PAY TO THE
ORDER OF  WAYNE SHADOW LLC

$ 443.81

FOUR HUNDRED FORTY THREE AND 81 / 100**************************DOLLARS

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MIX
Paper from
responsible sources
FSC® C101537

"4292496"  ":031000053:"

⑆5000455427⑈

8910026053 RR Donnelley ©2012. All rights reserved. — 0867

FX1556M



FORM110541-0912

020000635

## PNCBANK

PNC Bank, National Association
Philadelphia, PA

No. 4292383

## CASHIER'S CHECK

DATE APRIL 01, 2015

PAY TO THE
ORDER OF _____ WAYNE SHARON LLC _____

$ *******443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⑆4292383⑆ ⑉031000053⑈ 85000415421⑈

MIX
Paper from
responsible sources
FSC® C101537

ORM103541-0912

2000635

**CASHIER'S CHECK**

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4292312

3.5/310

DATE  MARCH 06, 2015

PAY TO THE
ORDER OF   WAYNE SHADOW LLC

$         443.81

FOUR HUNDRED FORTY THREE AND 81 / 100**********************DOLLARS

Security fe
Included.
Details on

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MIX
Paper from
responsible sources
FSC® C101537

⑆4292312⑆ ⑈031000053⑈ 850004154 2⑆



FK1558M

8910026063  RR Donnelley ©2012. All rights reserved. — 0967

FORM1103541-0912
02000635

CASHIER'S CHECK

PAY TO THE
ORDER OF   WAYNE SHADOW LLC

FOUR HUNDRED FORTY THREE AND 81 / 100************DOLLARS

ELAINE ALEXANDER
REMITTER

PNC BANK

PNC Bank, National Association
Philadelphia, PA

No. 4292231

DATE  FEBRUARY 02, 2015

$   443.81

PNC Bank, National Association

OFFICIAL SIGNATURE

MIX
Paper from
responsible sources
FSC® C101537

3-5/310

541-0912

1635

3-5/310

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

CASHIER'S CHECK

No. 4292128

DATE  JANUARY 02, 2015

PAY TO THE
ORDER OF    WAYNE SHADOW LLC

$    443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE                    MP

MIX
Paper from
responsible sources
FSC® C101537

Security features
included.
Details on back.

⑈4292128⑈ ⑆031000053⑈ 850004154 2⑈

FORM 103541-0912

02000635

## PNC BANK
PNC Bank, National Association
Philadelphia, PA

**CASHIER'S CHECK**

No. 4291931

3-5/310

DATE  DECEMBER 01, 2014

PAY TO THE
ORDER OF  WAYNE  SHADOW  LLC                    $    443.81

FOUR HUNDRED FORTY THREE AND 81 / 100*********************DOLLARS

ELAINE  ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

FSC
MIX
Paper from
responsible sources
FSC® C101537

⑈4291931⑈ ⑆031000053⑇     850004154 2⑈

Security features
included.
Details on back.

FORM 103541-0912

000635

**CASHIER'S CHECK**

◆ **PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4198336

3.5/31

DATE NOVEMBER 03, 2014

PAY TO THE
ORDER OF   WAYNE SHADOW LLC

$   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************** DOLLARS

Security features
included.
Details on

ELAINE ALEXANDER

REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⑈4198336⑈ ⑆031000053⑆   850004154 2⑈



CASHIER'S CHECK

PNCBANK

PNC Bank, National Association
Philadelphia, PA

No. 4292050

55/310

DATE December 01, 2014

PAY TO THE
ORDER OF    WAYNE SHADOW, LLC

$ 443.81

FOUR HUNDRED FORTY THREE AND 81 / 100 ************************************ DOLLARS

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⑁ Security features included. Details on back.

⑈'429205O⑈' ⑈:031000053⑈: 85000⑈15421⑈'

FORM103541-0912

020000635

FK1558M

89100208063 RR Donnelley ©2012. All rights reserved. — 0687

FSC MIX Paper from responsible sources FSC® C101537

M103541-0912

000635

## PNC BANK
PNC Bank, National Association
Philadelphia, PA

No. 4198277

3-5/310

CASHIER'S CHECK

DATE SEPTEMBER 02, 2014

PAY TO THE
ORDER OF   WAYNE SHADOW, LLC                    $           443.81

FOUR HUNDRED FORTY THREE AND 81 / 100******************************* DOLLARS

Security features
included.
Details on back

ELAINE ALEXANDER

REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

MP

FSC
MIX
Paper from
responsible sources
FSC® C101537

⑈4198277⑈ ⑆031000053⑈   850004154 2⑈

103541-0912

00635

**CASHIER'S CHECK**

◆ **PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. **4216593**

3-5/310

DATE AUGUST 01, 2014

PAY TO THE
ORDER OF  WAYNE SHADOW, LLC

FOUR HUNDRED FORTY THREE AND 81 / 100************************** DOLLARS

$  443.81

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE                        NP

FSC
www.fsc.org
MIX
Paper from
responsible sources
FSC® C101537

Security features
included.
Details on back.

⑈4216593⑈ ⑆031000053⑆  8500041542⑈

ORM103541-0912

2000635

## CASHIER'S CHECK

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4216506

3-5/310

DATE JULY 01, 2014

PAY TO THE
ORDER OF     WAYNE SHADOW, LLC          $    443.81

FOUR HUNDRED FORTY THREE AND 81 / 100*************************** DOLLARS

Security features
included.
Details on

ELAINE ALEXANDER
                    REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

FSC
MIX
Paper from
responsible sources
FSC® C101537
www.fsc.org

⑈4216506⑈ ⑉031000053⑉: 8500041542⑈

FORM 10354 I-09/12

2000006335

CASHIER'S CHECK

PNC BANK

No. 4216338

PNC Bank, National Association
Philadelphia, PA

3-5/310

DATE JUNE 02, 2014

PAY TO THE
ORDER OF    WAYNE SHADOW LLC

FOUR HUNDRED FORTY THREE AND 81 / 100******************************** DOLLARS

$    443.81

ELAINE W. ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⊞    Security features
included.
Details on back.    MP

⑆4216338⑈  ⑆031000053⑈   85000415542⑈

MIX
Paper from
responsible sources
FSC® C101537
FSC

ORM103541-0912

2000635

3-5/310

## CASHIER'S CHECK

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4216216

DATE MAY 01, 2014

PAY TO THE
ORDER OF ___WAYNE SHADOW LLC_____

$ 443.81

___FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

Security features
Included.
Details on ba

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE                    MP

FSC
MIX
Paper from
responsible sources
FSC® C101537
www.fsc.org

⑈4216216⑈ ⑆031000053⑆   8 50004154 2⑈

ORM103541-0912

/2000635

3-5/310

CASHIER'S CHECK

## PNC BANK
PNC Bank, National Association
Philadelphia, PA

No. 4216442

DATE April 01, 2014

PAY TO THE
ORDER OF   WAYNE SHADOW LLC                                   $   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

Security fea...
Included.
Details on t...

ELAINE W ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

FSC
MIX
Paper from
responsible sources
FSC® C101537

⑈4 2 1 6 4 4 2⑈  ⑆0 3 1 0 0 0 0 5 3⑆   8 5 0 0 0 4 1 5 4 2⑈

---

## PNC BANK

020
SOMERTON (635)
11830 BUSTLETON AVENUE
PHILADELPHIA, PA., 19116
Cashbox 42

Business Date                          APR 1, 2014
Calendar Date                          APR 1, 2014

Purchase
Transaction Number                     13:04
                                       00157
Account Type                           Official Check
Account Number                         XXXXXX5457
Document Number                        4216442
Transaction Amount          $          443.81
Funded by Cash              $          453.81
Fee Amount                  $          10.00

Payee:
WAYNE SHADOW LLC
Remitter:
ELAINE W ALEXANDER

This deposit or payment is accepted subject to
verification and to the rules and regulations of
this bank. Deposits may not be available for
immediate withdrawal. Receipt should be held
until verified with your statement.

| TLR | BRN | TER | T/C | AMOUNT | TRAN # | ACCOUNT # | Q# | SEQ. |
|-----|-----|-----|-----|--------|--------|-----------|-----|------|
| 02 | L | L18 | W | 443.81 | 02 | MS 3201 0 | | DIRECT |



No. 2313972

3-8428
2360

DOCUMENT CONTAINS A TRUE WATERMARK, VOID PANTOGRAPH, INVISIBLE FLUORESCENT INK BACKER & BLEED THROUGH MICR

POLICE AND FIRE FEDERAL CREDIT UNION
901 ARCH STREET · PHILADELPHIA, PA 19107

DATE 30114   CHECK NO. 02313972

PAY   FOUR HUNDRED FORTY THREE AND 81/100 DOLLARS

TO THE
ORDER
OF   PAYNE SHADOW LLC

$******443.81

VOID AFTER 180 DAYS

AUTHORIZED SIGNATURE

⑈236084285⑈0000⑈30231397220⑈300

TELLER CHARGE SHAIN

No. 2313972

---

POLICE AND FIRE FEDERAL CREDIT UNION
901 ARCH STREET
PHILADELPHIA, PA 19107

DATE 30114   TRANSACTION WITHDRAWAL

| | BALANCE TYPE | OLD BALANCE | AMOUNT | NEW BALANCE | ADJUSTMENT REASON | AMOUNT |
|---|--------------|-------------|--------|-------------|---------|--------|
| 1 | SAVINGS | 1,291.94 | 443.81 | 848.13 | | |
| | CHECK AMOUNT | $******443.81 | 443.81 | 0.00 | LESS ADJUSTMENT | 0.00 |

FORM 10354 (rev 9-12)
02000240

## CASHIER'S CHECK

**PNCBANK**
PNC Bank, National Association
Philadelphia, PA

No. 4228703

DATE FEBRUARY 03, 2014

PAY TO THE
ORDER OF  WAYNE SHADOW, LLC                                        $        443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE W ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

8910026063_RR Donnelley ©2012. All rights reserved. —0667

MIX
Paper from
responsible sources
FSC® C101537

⑈4228703⑈ ⑈031000053⑈ 850004154 2⑈

FORM 103541-0912

02000635

**CASHIER'S CHECK**

**PNCBANK**
PNC Bank, National Association
Philadelphia, PA

No. 4197983

3-5/3

DATE  JANUARY 02, 2014

PAY TO THE
ORDER OF  WAYNE SHADOW, LLC

$  443.81

FOUR HUNDRED FORTY THREE AND 81 / 100********************* DOLLARS

ELAINE W ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

FSC C101537
MIX
Paper from
responsible sources

⑆4197983⑆ ⑈031000053⑈   8500041542⑈



FORM103541-0912
02000635

**CASHIER'S CHECK**

**PNC BANK**
PNC Bank, National Association
Philadelphia, PA

No. 4198116

DATE NOVEMBER 01, 2013

PAY TO THE ORDER OF  WAYNE SHADOW, LLC

$ 443.81

FOUR HUNDRED FORTY THREE AND 81 / 100*****************************  DOLLARS

ELAINE ALEXANDER

REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⑈4198116⑈ ⑆031000053⑆ 850004154 2⑈





FORM 103541-0912

020000635

CASHIER'S CHECK

PNCBANK

PNC Bank, National Association
Philadelphia, PA

No. 4211431

DATE OCTOBER 01, 2013

PAY TO THE
ORDER OF    WAYNE SHADOW, LLC

$   443.81

FOUR HUNDRED FORTY THREE AND 81 / 100************************DOLLARS

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⑆4211431⑆  ⑉031000053⑈  8500041542⑈



PNCBANK
PNC Bank, National Association
Philadelphia, PA

CASHIER'S CHECK

No. 4211431

DATE OCTOBER 01, 2017

$ **443.81**

PAY TO THE
ORDER OF   WAYNE SHADOW, LLC

FOUR HUNDRED FORTY THREE AND 81 / 100****************DOLLARS

ELAINE ALEXANDER
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

⑆4211431⑆ ⑈031000053⑈ 850004154 2⑆



Robert DiGian
1124 Green Street
Marcus Hook, Pennsylvania
Zone Improvement Plan (ZIP) 19061
610-800-8915

**FILED**

APR 2 1 2008

Clerk, U.S. District and
Bankruptcy Courts

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert DiGian | : **CIVIL ACTION** |
| Unincorporated, 12 January 1946 | : |
| U.S. Army Infantry Officer, Act of Congress | : |
| Vietnam Veteran | : |
| | : |
| Plaintiff, in Fiduciary & Under Oath | : **Case Number:** |
| | : |
| Vs. | : **Judge:** |

**JOHN SIDNEY MC CAIN III**
Incorporated 29 August 1936,
U.S. Naval Aviation Officer, Act of Congress
Vietnam Veteran, Ex Prisoner of War,
2008Member of United States Congress,
United States (S) Senator from Arizona State,
Declared Republican Party Candidate for
4 November 2008 election for the Office of
President of United States of America. AND

**BARACK HUSSEIN OBAMA, JR.**
Incorporated 4 August 1961,
Member of United States Congress,
United States (J) Senator from Illinois State,
Declared Democratic Party Candidate for
4 November 2008 election for the Office of
President of the United States of America.

Defendants in Fiduciary & Under Oath    :

Case: 1:08-cv-00686
Assigned To : Kennedy, Henry H.
Assign. Date : 4/21/2008
Description: Civil Rights-Non-Employ.

*JURY ACTION*

# COMPLAINT
## For Special Extraordinary Emergency Relief

(If Applicable: Trial by Jury of Twelve to All Issues Demanded Pursuant to Rule 38 of the Federal Rules of Civil Procedure)

# I UNABRIDGED INTRODUCTION

**All truth passes through three stages. First it is ridiculed: second,**

**it is violently opposed; and third, it is accepted as self-evident.**

**-- Arthur Schopenhauer**

**1.)** All language is subject to construction. Plaintiff who owns the suit defines all language construction within Complaint. Complaint deemed an extraordinary occasion, which demands immediate fair and substantial justice through judicial declaratory relief.

**1a.)** The Plaintiff's belief is that the herein Complaint will be potentially deemed as a case of first impression and may ultimately result in the nature of a **dual test** for both the Defendants and the court, Defendants (herein after) **MCCAIN** and (herein after) **OBAMA**, and with the court, this in order to satisfy a just resolution of the controversy that asks this court to disqualify two (2) leading 2008 presidential candidates **MCCAIN** and **OBAMA** that are accused of concealing a felony **HATE CRIME**, supported by substantial and credible evidence, of a third (3rd) leading presidential candidate, Hillary Rodham Clinton, who did order the actual commissioned of a felony **HATE CRIME** cognizable by a court of United States.

**1b.)** The Plaintiff's belief is that the herein Complaint will be potentially deemed as a case of first impression and may ultimately result in the nature of a **dual test** for both the Defendants and the court, Defendants (herein after) **MCCAIN** and (herein after) **OBAMA**.

**1c.)** The Plaintiff's Complaint asks the Court to examine the facts supported by substantial and credible evidence herein below, consisting of sixteen (16) years, much of

which is relevant evidence recorded in the official U.S. Court dockets, Police Incident reports, Fire Reports of arson, et al., and begs the question.

**1d.)** Then subsequent to court review after diligent examination of the official court documents and the submitted exhibits, a reasonable man would have a spirit of expectancy that the court may render a **Declaratory Judgment,** declaring that two leading 2008 presidential candidates, as herein Defendants, **MCCAIN** and **OBAMA,** be disqualified in their capacity as 2008 presidential candidates for alleged concealment of a felony **Domestic Terrorist Hate Crime,** on domestic soil. (See Hate Crime more fully explained herein below and in EXHIBITS)

**1e.)** That **MCCAIN** and **OBAMA** campaign camps perhaps should be advised by an expert or some political confidant, to voluntarily resign from the United States Senate membership to save face and avoid indictment. What if anything, the Clinton's have on the Defendants, **MCCAIN** and **OBAMA,** may never be revealed, but it would appear by their collective silence, which speaks volumes, and has given birth to this Complaint, that they should take the judgment rightly due the Clintons,' one must truly marvel.

**1f.)** The resignations however would be in keeping with National Election Resignation Officers Doctrine (NEROD). Some Policy Resignation alumni are President, Nixon, Vice President, Agnew, U.S. Senator, Gary Hart, New Jersey Governor, McGreevey, New York Governor, Spitzer, et al.

**1g.)** The above developing series of events may generate, of its own volition, a scenario that can best describe that all three leading presidential candidates may have a political near death experience of sorts, only to awake and find themselves deleted from their presidential candidate status and this from the court of public opinion before a court

is afforded a time slot to surrender any judgment(s). *"Public opinion in this country is everything." Abraham Lincoln Source:Speech, Cinn, Ohio 1859.*

**1h.)** The aforementioned **Domestic Terrorist Hate Crime** was an "actual commission of a felony cognizable by a court of the United States" and ordered by the other 2008 leading presidential candidate, **Hillary Rodham Clinton.**

**1i.)** *The following paragraphs are relevant and material to the herein Complaint, the contents of which below will massage one's conscience into a reasonable solidified presumption of guilt by association and practice, that, Hillary Rodham Clinton, has been contiguously involved her entire career, since at lease "hooking up" with William Jefferson Clinton, in one long monolithic path of felony acts cognizable by a court of the United States and amazingly has escaped prosecution from same.*

**1j.)** Hillary's published accounts detail that a quasi verbal "contract" was entered into with Bill Clinton, and was purported to be that they would both acquire the office of President of the United States, and as it turns out, that agreement was by any and all means necessary to get inside the White House and hold on to that office at all cost.

**1k.)** At all times material to this Complaint, **Hillary Rodham Clinton,** (Herein after **"The Commissioner Hillary"** as one who commissions acts) is declared by the Plaintiff, as owner of the suit, for **"The Commissioner Hillary"** to be "the" major premise object of this evolving case, to include all the relevant actions surrounding the herein controversies and a central figure in the **NOTICE** served on the Defendants.

**1l.)** That is to say, one must by necessity now employ this action to pass through Defendants, **MCCAIN** and **OBAMA** to reach **"The Commissioner Hillary,"** because

the Defendants, well suited and positioned to act on their fiduciary obligation in exposing

**"The Commissioner Hillary's"** criminal acts, refused or failed to do so and this action

had to be pursued by the **Plaintiff.**

      **1m.) "BIMBO ERUPTIONS"** explain linkage of felony activity by Clinton "Hit

Squads" and source of financing to pay for burglaries of Bill Clinton's damage control

operations.

      In the fall of 1992, when **"The Commissioner Hillary"** was busy working

damage control by managing all those bimbo eruptions of women Bill had raped or had

consensual affairs with to witness as follows:

**Note:Current google search results under ~ "1992 bimbo eruption" = 38,600 sites**

"Jerry Seper, writing in the *Washington Times*, criticizes former President Clinton for
_not mentioning all of the women_ he was accused of raping, sexually harassing, or having
extra-marital affairs with. This strikes me as an unfair criticism. After all, the book was
only 947 pages".

  c Dolly Kyle Browning, a real estate lawyer and Clinton high school classmate

who said she had an off-and-on-again romance with Mr. Clinton for 30 years.

  c Sally Perdue, a former Miss Arkansas who said she had a four-month affair with

him in 1983.

  c Connie Hamzy, a self-proclaimed rock-and-roll groupie, who said Mr. Clinton

propositioned her in 1984 while she was sunbathing by a Little Rock hotel pool.

  c Juanita Broaddrick, a gubernatorial campaign volunteer who said Mr. Clinton

raped her during a nursing-home-operators convention in Little Rock in April

1978.

  c Bobbie Ann Williams, a one-time Little Rock prostitute who said Mr. Clinton

fathered a child by her when he was the governor of Arkansas.

c Eileen Wellstone, an English woman who said Mr. Clinton sexually assaulted her after she met him at a pub near Oxford University where Mr. Clinton was a student in 1969.

c Sandra Allen James, a former Washington, D.C., political fund-raiser who said Mr. Clinton invited her to his hotel room during a 1991 campaign trip, pinned her against the wall and put his hand under her dress.

c Christy Zercher, an airline flight attendant on Mr. Clinton's 1992 campaign plane, who said Mr. Clinton exposed himself and grabbed her breasts.

c Lencola Sullivan, a former Miss Arkansas and fourth runner-up in the Miss America pageant.

c Elizabeth Ward, a former Miss Arkansas and Miss America.

c Susie Whitacre, press aide to Mr. Clinton when he was governor.

**1n.)** These bimbo damage control acts required an order from **"The Commissioner Hillary"** to dispense, what former Clinton handler, **Dick Morris**, has stated on many a public occasion, that the Clintons have **"HIT SQUADS."**

**1o.) RE: "HIT SQUADS"** ~ Published accounts did circulate that many of the women involved with Bill Clinton had their homes and apartments burglarized during the bimbo eruption timeline and most reported that nothing of value was taken only revealing photos and incriminating correspondence with Bill Clinton and at no time did any of these burglars get arrested in Arkansas.

**1p.)** The Clinton model or Standard Operating Procedure, S.O.P. is exhibited early on and according to, **Dick Morris,** and words to the effect that their model was 'developed in Arkansas and exported to Washington, DC' and that working model

displayed a grossly large volume of time, money, and resources to carry out any and all

actual commissions of felony acts cognizable by a court of the United States. (SEE: As

material and relevant to herein Complaint because "Marc Rich" herein below, is

named in **NOTICE** served on Defendants, as herein mentioned as bankrolling the

Clinton's "Hit Squads" in exchange for a much needed "pardon.")

1q.) The immediate below paragraph(s) and the documented history is a wide

spread foundation laid to positioned and strike any and all preemptory contentions by the

Defendants or their counsel challenging the manner and procedure applied by the

Plaintiff under the particular means of the use of doctrine of agency by which to effect

the **NOTICE** to be served on the Defendants as true, correct, and complete:

1r.) Commence of Historical facts: On the 22nd of September of 1992, date of

filing and service of **DiGian vs. Clinton** (92CV-5494), [ Before **Paula Jones vs. Clinton**

which was incubated by filing on May 6, 1994] {NOTE – *with interest - compliance to*

*U.S. Supreme Court rulings from 1803 or there about, that to challenge a person*

*applying for elected office it must be effected or commence prior to the election*

*because the election process stands as the ultimate* *qualification* *or* *disqualification*

*standard of any candidate back then in* *1803* *and currently as of this case in* *2008.*

*This was reinforced in the matter of* *McCormack vs. Powell, when Speaker*

*McCormack tried to remove Powell from being seated as a member of the House of*

*Representatives, but the U.S. Supreme court in the end, of the dances with wolves,*

*ruled against McCormack and stated that Powell's, Harlem congressional district*

*voted him in office as 'qualified,' and in Powell did remain.*

*The die is cast once the election process is exercised with regards to a candidate's qualifications or disqualification's "if" the case leading to a controversy is not commenced before the election process, and it might be added, significantly before the election process to give courts room not to rush to judgment as was the case against Clinton disability not to serve any office under the United States. SEE EXHIBITS },*

Bill Clinton's election chances were pushed to the precipice when his first private ("citizen") civil Complaint did arrived at the **Clinton/Gore** Political Headquarters Office, on 22 September 1992, **prior** to the general election, on the upper floors of South Broad Street, Philadelphia, Pennsylvania.

1s.) (The service of summons and Complaint merits instant review because of the material and relevant nexus to the context of the herein case.)

*[Note: Material is subject matter to herein case: "Scooter Libby," recently disbarred, records that he started his law career in Philadelphia, at the Schnader's law firm; birds of a feather do indeed flock together, "Scooter Libby," later in life also represented, "The Fugitive Billionaire, Marc Rich," the same Marc Rich that Bill Clinton as de facto President issued an 11th hour pardon scheme in 2001, is material to this herein case and Plaintiff's claim that Marc Rich bankrolled all of the Clinton "Hit Squads" criminal acts for a period of at lease twelve (12) years of record that the Plaintiff was subject to the criminal acts, and that Marc Rich supplied the three (3) each missiles that did enter into U.S. Domestic space, that were employed and commissioned by Hillary Rodham Clinton's to preserve her husband's office, and for Bill Clinton to remain seated in his unlawfully seated office of President, and that Hillary did destroy the Veterans Church facility at 6924-28 Woodland Avenue,*

*Philadelphia, Pennsylvania, on 26 October 1996, with the use of said missile devices, where offices were actively prosecuting to remove Clinton from the presidency, later, even after Clinton left office, the Clinton removal program was continuing past the 2000 election cycle with help from two top Pennsylvania lawyers, who believed Clinton was de facto for both of his terms as President, Miles Warner of Chadds Ford, Pa. and Malcolm H. Waldron, Jr. of Phila., both found with bullet holes in their heads months apart in 2003, all this for a quid pro quo of a pardon from a de facto U.S. President! )*

Continuing: That 1992 Complaint served on Clinton's Headquarters' agency in Philadelphia, in fact, was initially challenged that the **service** of the Summons and Complaint was defective by the **private** Democratic Law firm hired by **private citizen**, Bill Clinton, so named ~ Schnader, Harrison, Segal, and Lewis. (Hereinafter "Schnader")

The official court record documents state Clinton **personally** **authorized** to defend the suit, stated by a Schnader Law firm representative from Philadelphia and the firm's agent representing Clinton first private civil Complaint also stated on the record, **'That Clinton was never in Pennsylvania State the entire month of the 1992'**

**The Plaintiff's belief is that OBAMA, likewise, was not in Pennsylvania State when the NOTICE was served on his Headquarters agency on or before the Ides of March)**

With regards to the 1992 campaign cycle, and the claim that service of summons and Complaint (92CV-5494) was a defective service. **(Established by Clinton's own authorization to defend, is proof that Bill and Hillary overtly knew, in fact, he had a live "disability" prior to the election and aware that it may be subject to a possible**

retroactive nullification process with regards to the 1992 general election results, all of which gives rise to a powerful motive to ultimately end up playing a very risky card of throwing all caution to the four winds by ordering to destroy a Church building in Philadelphia on 26 October 1996.)

1t. Later, the Schnader private Law Firm capitulated and did agree <u>service</u> was properly executed under the doctrine and or law of agency did prevail, inasmuch as both of the <u>services</u>, the one in <u>**1992**</u> at the <u>**Clinton/Gore headquarters**</u> <u>and</u> the herein Defendant, <u>**OBAMA'S 2008 headquarters**</u>, are deemed by the herein Plaintiff to be Philadelphia twin brothers, separated by a sixteen (16) gap, <u>because both were served on</u> <u>campaign agents</u> <u>working in campaign Political Headquarters agencies in Philadelphia</u> and herein served <u>**NOTICE**</u> did issue in the same procedural manner, therefore it follows that <u>**Notice to agent is Notice to Principal,**</u> and is at all times still valid and this unabridged introduction should explain and should resolve, up front, <u>any</u> future contentions that the herein Defendants, **MCCAIN** and **OBAMA** or their counsel shall attempt to challenge whether a tried and tested method of a hand carried <u>service</u> did or did not have valid service of <u>**NOTICE**</u> is put to rest.

1u. Those acts culminated in the Clinton's mother of all "risky" criminal acts described herein as the <u>**Domestic Terrorist Hate Crime,**</u> which remains the central nucleus for understanding the complexities of this herein case and controversy matter.

The Complaint's cause of action stems from the Plaintiff's aforementioned <u>**NOTICE**</u> hand delivered service of a particular <u>**NOTICE**</u> (Note: Hereinafter always underlined throughout the pleadings as the object served on Defendants, as to distinguish it from the general terms of Notice not underlined.) on the Defendants campaign agents

on or about the Ides of March, within Pennsylvania State, at a time when the next scheduled primary election contest would occur on the 22nd of April 2008, and the Pennsylvania primary represents the only national state primary for the entire month of April.

1v. The contents of the hand carried **NOTICE** did give both Defendants a document consisting of two (2) high density pages of substantial and credible evidence of a major **DOMESTIC TERRORIST HATE CRIME ACT** (Hereinafter **HATE CRIME**).

1w. The **HATE CRIME** was executed against the Vietnam Veterans Church & Rest Home (Hereinafter VVC) a facility located in the City of Philadelphia's Southwest region at 6924-28 Woodland Avenue, that was destroyed by a missile attack, after a failed dirty-tricks demolition hit, some twelve (12) years ago in the City of Brotherly Love, Philadelphia: "The City that bombs you back" to witness the infamous Osage avenue bombing incident that leveled an entire City block on Mother's Day, a Sunday back in 1985.

1x. The **MOTIVE** to destroy the VV Church comes from the fact that the Veterans activist arm, Lawtech, was relentlessly prosecuting Bill Clinton from offices inside the facility to have Clinton removed with a retroactive nullification of his *de facto* held office of President of the U.S., an office that Hillary Rodham Clinton needed as a springboard platform for her contract with Bill to become President sometime after his two terms at bat.

1y. The **MEANS** to destroy the VV Church comes from the fact that the Clintons made a determination on government property, known to many as the White House, to

destroy the building where the threat was emanating from, all of which conversations were tapped by the Israeli Mossad, and one good fortune was that the Clintons did have a political confidant in the Democratic majority City of Philadelphia named, Edward Rendell, who was the Mayor of Philadelphia in October of 1996, and was District Attorney during the 1985 Osage Avenue bombing incident that caught a world of attention, and Rendell by this time in his career is a certified Democratic Party expert Demolitionist & Mad Bomber, willing to risk all to gain all, and recruited as live component to the "Hit Squads" made credible by a former major league Clinton confidant named, Dick Morris, the order is given by the Clintons to City of Philadelphia to destroy the VV Church before the 1996 general elections.

1z. The **OPPORTUNITY** to destroy the VV Church comes on the recognition of a Federal Columbus Holiday weekend, in 1996, under cover of the layback Holiday, the Clinton's did plan, finance, and supervise from the White House, the **DOMESTIC TERRORIST HATE CRIME.** At first, the plan is to pull off a simple and clean dirty-tricks demolition hit on the VV Church, at 6924-28 Woodland Avenue, but that plan is compromised by getting caught, by the herein Plaintiff, when the Philadelphia Police were summons by a recorded 911 call from the Plaintiff, and ultimately even the Police that day in question, had to recognize that the construction crew from New Jersey, (*Later determined, under supervision by then "Republican" New Jersey Governor, Christie Todd Whitman, who ends up in the W. Bush White House cabinet!*), did not have a permit issued by the complicit, City of Philadelphia, to demolish the VV Church (**SEE Philadelphia Police Incident Report # 96-12-66934, indicates they shut down and told construction crew to cease operations immediately.**) and the covert operators, as

the registered hired demolition construction crew, are being paid $50,000, with **tax payer**

**funds** to execute a **State sponsored felony Hate Crime** against a recognized Church in

Philadelphia, under Mayor, "Fast Eddie", Rendell, working in concert with,"Slick Willie"

Clinton. Next, on the first day of court business after the Columbus Holiday, a Tuesday,

on 15 October 1996, the herein Plaintiff did obtain a temporary restraining **ORDER**,

issued and signed by, Federal Judge, Donald W. VanArtsdalen, (SEE 96CV-6974) [ Just

as Lenin, of the Soviet Revolution fame did state, 'Treaties are like pie crust, they

are meant to be broken.'] Rendell, Lenin's DNA counter part, a generation removed,

could have issued a similar statement as follows, 'Restraining **ORDERS** from Federal

Judges, are meant to be broken and held in contempt.' On the same day of 15 October

1996, the issued ORDER, by J. VanArtsdalen , the City, who bombs you back,

Philadelphia, under Mayor, Rendell, in overt and willful contempt did commission to

render the once temporary "saved" Church, to suffer a disposition whereby the City,

accomplished their assigned task, and did subject the VV Church in danger of imminent

collapse. On the 26 of October 1996, the Philadelphia's own Fire Report #963000039

Alarm #1776, did list as Arson the cause of fire, but neglected to mention surrounding

neighbors heard in coming missiles which did trigger the resulting fire that developed

into a towering inferno that did require a three block radius to be evacuated door to door

by Philadelphia Police.

　　　**1aa.)** The Plaintiff's belief is that the herein Complaint will be potentially deemed

as a case of first impression and may ultimately result in the nature of a **dual test** for both

the Defendants and the court, Defendants (herein after) **MCCAIN** and (herein after)

**OBAMA**, and with the court, this in order to satisfy a just resolution of the controversy

that asks this court to disqualify two (2) leading 2008 presidential candidates **MCCAIN** and **OBAMA** that are accused of concealing a felony **HATE CRIME,** supported by substantial and credible evidence, of a third (3rd) leading presidential candidate, Hillary Rodham Clinton, who did order the actual commissioned of a felony **HATE CRIME** cognizable by a court of United States.

**1bb.** Further, in the first instance, the Plaintiff specifies for clarification, that the Defendants are in fact in all ways sued in their capacity as **private citizens** are.

**1cc.** Further still, in the second instance, same Defendants as **private citizens** who did declare themselves as 2008 presidential candidates are in fact in all ways subject to an inescapable obligation under fiduciary in their capacity as **private citizens.**

**1dd.** Further yet, in the third instance, same Defendants as **private citizens,** as declared presidential candidates, as under fiduciary, and now introduced as recipients of a formal **NOTICE** (hereinafter underlined) served on Defendant's agents as NOTICE to Defendant principals, the contents (hereinafter more fully explained below) of which did have *knowledge of the actual commission of a felony* HATE CRIME *cognizable by the court of the United States, conceals and does not as soon as possibly make known the same to some judge or other person in civil or military authority under the United States,* are guilty of a misprision of felony, **Title 18 U.S.C. § 4.**

### Title 18 U.S.C. § 4 (misprision of felony).

**Whoever,** having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined not more than $500 or imprisoned not more than three years, or both.

1ee. The presumption before the court, as of the filing date of Plaintiff's Complaint, suggest that the Defendants in fact did conceal the commission of a felony **HATE CRIME**, a political autocidal act, and simultaneously did ask 'We the People' to vote them into the highest office in the land, as President of the United States of America, while under the specific live disability of an alleged concealment of an in fact **HATE CRIME**.

1ff. Plaintiff gives, in the nature of **JUDICIAL NOTICE** to the court, and reasonable NOTICE to all and any anticipated parties of interest, that the Defendants are summons to court in the herein matter, at a pivotal juncture prior to the political party conventions, where by candidates have not as yet been translated into concrete party nominees, and therefore herein Defendant candidates are readily subject to immediate dismissal, by this court, from the 2008 presidential race, said dismissal of Defendant candidates elicit no substantial collateral damage to the ongoing general election process.

1gg. Plaintiff's herein action intent to **'Swift Boat'** Defendants out of the Potomac, in their capacity as **private citizens**, who did declare to the public that they are 2008 live presidential candidates for the office of President of the United States, which demands an oath or affirmation by the Defendants with regards to their anticipatory office of President, shall require Defendants under specific performance to **preserve, protect** and **defend** the Constitution of the United States of America.

1hh. At present, as of the date of filing herein Complaint, and at issue, Defendants did conceal the actual commission of a felony **HATE CRIME**, cognizable by a court of the United States, in which Defendants also did preemptively fail all three (3) enumerated demands of the **preserve, protect** and **defend** clauses of the Constitution of the United

States of America, subsequent to service of felony **HATE CRIME NOTICE**, did render

Defendants fatally defective on their face and unfit for **any** office of trust or profit under

the United States.

    **1ii.** Plaintiff's claim is material to demanded relief (herein below) supported by

clearly established law, **SEE Title 18 U.S.C. § 4 (misprision of felony)**, cognizable by

this court of the United States, and that the court may take liberty to exercise it's

Congressional grant of jurisdictional authority to declare, subject Defendants, **MCCAIN**

and **OBAMA**, like **'Swift Boated'** 2004 Democratic Party Presidential nominee, **JOHN**

**FORBES KERRY**, before them, are as **unfit** for the provision of **Commander and**

**Chief of the United States Armed Forces**, and deny them the privilege to continue in

the image and likeness of 2008 Presidential candidates, who do seek the highest office in

the land, while the American nation exist under the urgency of a **WAR FOOTING**.

## II JURISDICTION AND VENUE

    **2.** This action arises under the Constitution and laws of the United States regarded

as 'Federal Questions' which Congress did establish jurisdiction for the above court over

this case and controversy pursuant to 28 U.S.C.§1331.

    **3.** Further, this action is a tripartite citizenship compilation with regards to:

Plaintiff's Pennsylvania State, Defendant **MCCAIN'S** Arizona State, and Defendant

**OBAMA'S** Illinois State, as such invokes diversity of citizenship pursuant to 28

U.S.C.§1332.

    **4.** Further still, Plaintiff's claim for declaratory and injunctive relief is authorized

by 28 U.S.C. § 2201 and § 2202, and by Rules 57 and 65 of the Federal Rules of Civil

Procedure.

5. Venue within the known enclave of the 'District' of Columbia is proper for *de jure* **Article III § 1. and § 2. Court**, where defendants traffic and maintain substantial contacts within 'District' with regards to acts or omissions giving rise to this case occurred, or will occur.

6. 'District' of Columbia United States Supreme Court retains original jurisdiction over everything, including State sponsored terrorist acts on domestic United States soil, which States make themselves a party to.

## III  IDENTIFICATION OF PARTIES

7. At all times material to the herein Complaint, Plaintiff did sue named Defendants, in his capacity as a domestic natural born **private citizen**, as subordinate under oath to the U.S. Constitution in perpetuity, devoid of any record of a personal act of voluntary expatriation, under **"recognition"** by the U.S. Government, date of military commission 1967, as U.S. Army Infantry Officer, as Veteran of record in Republic of Vietnam War, and as of this Complaint, remains a live subject citizen of the United States of America, and as subject inhabitant within the voluntary incorporated  Pennsylvania State, and person subject to **Whoever,** with open access to the court(s), subject to the filing fee compliance of $350.00, said newest fee consistent with the tacit "American Motto" of nothing for nothing and damn little for a Hundred bucks!

8. Defendant, **JOHN SIDNEY MC CAIN III, nom de guerre** (again herein after **MCCAIN**), as campaigner in the capacity as a **private citizen** person, while under alter ego membership of the U.S. Senate, did declare to the public that he is and remains as of the date of this Complaint, a live 2008 presidential candidate and person subject to **Whoever,** for an office of profit and trust under the United States Constitution, whereby

the U.S. Government did give **"recognition"** to the same **private citizen** person, herein Defendant MCCAIN, as witnessed by **"eligibility"** for U.S. Secret Service protection.

**8a.** As a result of the U.S. Government's self evident exhibit of **"recognition,"** of Defendant MCCAIN, demonstrated by the government's offer of U.S. Secret Service protection, under the **"eligibility"** clause one's status is by necessity elevated, *(to whom much is given much is expected)*, did make protection available for all the leading 2008 presidential candidate(s), it now follows that the candidate(s), herein directly above as Defendant MCCAIN, is now subject and being held to a higher level of accountability, in part because of the **"recognition"** factor, this in line with the existence of the published and prominent exponential vote tally, thus subjecting Defendant to an implied term of candidate "good behavior" and to be of account for any and all wrong behavior during the cycle of the presidential candidate selection process, and is a fundamental root issue at stake in the herein Complaint with regards to Plaintiff's prayer for Declaratory judgment relief to prevent further injury to Plaintiff by dismissal of Defendants from continuance as presidential candidates for 2008.

**9.** Defendant, **BARACK HUSSEIN OBAMA, JR., nom de guerre** (again herein after **OBAMA**), as campaigner in the capacity as a **private citizen** person, while under alter ego membership of the U.S. Senate, did declare to the public that he too is and remains as of the date of this Complaint, a live 2008 presidential candidate and person subject to **Whoever**, for an office of profit and trust under the United States Constitution, whereby the U.S. Government did give **"recognition"** to the same **private citizen** person, herein Defendant OBAMA, as witnessed by his **"eligibility"** for U.S. Secret Service protection.

**9a.** As a result of the U.S. Government's self evident exhibit of **"recognition,"** of Defendant **OBAMA**, demonstrated by the government's offer of U.S. Secret Service protection, under the **"eligibility"** clause one's status is by necessity elevated, (*to whom much is given much is expected*), did make protection available for all the leading 2008 presidential candidate(s), it now follows that the candidate(s), herein directly above as Defendant **OBAMA**, is now subject and being held to a higher level of accountability, in part because of the **"recognition"** factor, this in line with the existence of the published and prominent exponential vote tally, thus subjecting Defendant to an implied term of candidate "good behavior" and to be of account for any and all wrong behavior during the cycle of the presidential candidate selection process, and is a fundamental root issue at stake in the herein Complaint with regards to Plaintiff's prayer for Declaratory judgment relief to prevent further injury to Plaintiff by dismissal of Defendants from continuance as presidential candidates for 2008.

## IV   INTRODUCTION TO FACTUAL ALLEGATIONS

**10.** The Plaintiff's 'necessary clause' of this case and controversy summarized below is the Alpha & Omega as to why **MC CAIN** and **OBAMA** find themselves named as Defendants, just as they are attempting to prepare to cross their Rubicon/Potomac river to obtain the victory laurel wreath of the office of President of United States.

**11.** The eminently relevant timing and material background in support of the Complaint, will reveal on the 22nd of April 2008, in the Pennsylvania Primary Election, where Democrats & Republicans may vote in the "Keystone State" being of supreme strategic and keystone concern to all three (3) residual leading presidential candidates, by

seniority, **JOHN MCCAIN, HILLORY RODHAM CLINTON, BARACK OBAMA,** and of even greater material concern to the Plaintiff's Complaint.

12. Plaintiff did observe that the prevailing status of all three (3) leading presidential candidates are reaching critical mass since the last State primary contests ended in early March 2008.

13. Further, Plaintiff believes that any mere penetrating tactical cross wind of doctrine, introduced by anyone, at this juncture of the existing State primary status may forever alter the course of the 2008 presidential candidate's campaigns and their political careers.

14. Further still, Plaintiff remains an equal opportunity litigate and demonstrates he shall suffer both Democrats and Republicans, but let experience show and have history prove that the herein mentioned **HATE CRIME** against the Veterans Church facility that was destroyed by a missile attack, after a failed dirty-tricks demolition hit, some twelve (12) years ago in the City of Brotherly Love, Philadelphia, was an act engineered by the *de facto* **Clinton Administration** and condoned by **National Democratic Party** as an effort to prevent the Veterans in the Philadelphia region from having the *de facto* Clinton administration retroactively nullified by an Act of the Gingrich Congress.

15. In conclusion to section **IV,** **Introduction to Factual Allegations,** Plaintiff takes this liberty to address that the design intent of the Complaint's action is not to dissect and dismember the **National Democratic Party Beast System** but may be the unintended reaction. Selah

## V ACTUAL FACTUAL ALLEGATIONS

**14.** At all times previous and now material to this Complaint, Plaintiff exhibits the following records in the courts of the United States (92CV-5494) (93CV-1123) (93CV-1056) (93CV-3421) (96CV-6974) same **Court Docket Records** do verify a substantial factual paper trail exposing the enormity of domestic and foreign government actors, in concert with *de facto* **Clinton Administration** to facilitate success with regards to engineering the September 11th of 2001 airborne attack on domestic United State soil, as of the date of filing this action, with specificity the Clintons remain absolute immune to prosecution.

### FACTS COMMENCE HERE

**15.** On or about the Ides of March 2008, within Pennsylvania State, Plaintiff, accompanied by witnesses, did serve **NOTICE** on campaign agents on behalf of principals, **MCCAIN** and **OBAMA,** herein named as Defendants of this action.

**16.** Service of **NOTICE** hand carried, on or about mid morning, to unnamed by request, **MCCAIN** campaign agent, while herein Defendant, did address Town Hall Meeting inside Springfield Country Club, 400 West Sproul Road, Springfield, Pennsylvania State.

**17.** Service of **NOTICE** hand carried, on or about late afternoon, to herein Defendant, **OBAMA,** campaign agent, unnamed by request, at **OBAMA** Philadelphia Campaign Headquarters, situate 1500 Block of Samson Street, 4th floor, Philadelphia, Pennsylvania State.

18. At all times material to the service of **NOTICE,** Plaintiff did exercise doctrine of agency, therefore NOTICE to the Defendants campaign agents is NOTICE to Defendants campaign Principals, named **MCCAIN** and **OBAMA.**

19. Plaintiff claims that **NOTICE** recipient Principals, **MCCAIN** and **OBAMA,** herein Defendants, in their corporate campaign venture capacity as **private citizens** persons, who did engage to publicly declare that they are administratively competent, 2008 presidential candidates, as implied *compos mentis*, and well suited to negotiate anticipatory high office responsibility, therefore as such, did receive service of said **NOTICE.**

### CONTENTS OF SERVED **NOTICE**

20. **NOTICE** did consist of two (2) pages of highly condensed in the nature of a self evident 'Bill of Information' which did detail substantial and credible evidence in support of **HATE CRIME** act. (SEE EXHIBIT P-1)

(SEE EXHIBIT P-2) Division of the Independent Counsel, for the Circuit of the District of Columbia, In the Court of Appeals of the United States, IN THE MATTER OF WILLIAM JEFFERSON CLINTON, so named Report of Affiant, dated September the 25th of 1998, the purpose of Report was to expand the Office of Independent Counsel under then (OIC), Kenneth Starr, because of the documented HATE CRIMES recorded in (96CV-6974) against the Plaintiff of the herein Complaint, by the Clintons, U.S. Attorney General, Janet Reno, refused to sign, so the Court under Judges, Sentelle, Butzner, and Fay could not order Starr to expand his OIC into New Jersey, Pennsylvania where a missile attack was launched against the Vietnam Veterans Church in Philadelphia, after the City of Philadelphia, under Mayor, Edward Rendell, and Clinton political confidant

was caught and failed at attempting to pull off a dirty tricks demolition hit, evidence was sufficient for Federal Judge, Donald W. VanArtsdalen to give owner, herein Plaintiff, of Veterans Church a restraining ORDER against the City of Philadelphia, whereby all of the contents in averment number 20 supports public statements by former Clinton handler, Dick Morris, that the Clintons routinely employed "Hit Squads" that did carry out criminal acts far and wide, domestic and foreign fields

21. For an independent source See: The New Federalist ~ September 21,1998, Titled ~ *What Was the Mossad Role in the Lewinsky Affair?* By Edward Spannaus @ opening paragraph, *"Sept.16, 1998 (EIRN)—According to a little-noticed passage in the Starr Report, during March 1997, President Clinton told Monica Lewinsky that he suspected a foreign embassy was tapping his telephone conversations."*

22. Plaintiff did obtained possibly 2nd generation copies from a New Jersey operative of many of the Mossad wire taps of Clinton's conversations and not only of the Lewinsky conversations from her 'Watergate' apartment complex but the sex talk from alleged secure Air Force One communication lines, and apparently the entire White House was wired under the Clinton administration to include rest room facilities, same Clinton tapes survived a missile attack in Philadelphia but were destroyed by an agent of Wall Street who feared the market would crash if the contents were exposed.

23. Plaintiff did serve **NOTICE** on herein named defendants in their private citizens capacity and claims that as private citizens they are subject to an inescapable obligation under citizen fiduciary to perform when informed of substantial an credible evidence as exhibited after receipt of served **NOTICE**.

24. Further, defendants, MCCAIN and OBAMA sued as private citizens are now as of this action presented by the Plaintiff subject to (misprision of felony) and under their new title of ***Whoever, having knowledge,*** such as was contained in the **NOTICE** served on defendants on or about the Ides of March, ***of the actual commission of a felony cognizable by a court of the United States,*** Federal Judge, Donald W. VanArtsdalen, U.S.D.C. Eastern District of Pennsylvania did issue restraining ORDER on 15 October 1996, against the City of Philadelphia and City Solicitors did stipulate before VanArtsdalen that they understood the ORDER and shall not touch Plaintiff's Veteran Church, but that did not stop Edward, Fast Eddie, Rendell to issue his order in direct willful contempt of a Federal restraining ORDER to continue the demolition "Hit" rendering the Vietnam Veterans Church in imminent danger of collapse and there is not statute of limitations on HATE CRIMES, ***conceals and does not as soon as possible make known the same to some judge,*** such as the United States Judge assigned to this Complaint, ***or other person in civil or military authority under the United States***, let the defendants pick somebody on the streets of Washington, DC or ***shall be fined not more than $500.00 or imprisoned not more than three years, or both.***

25. Plaintiff declares and publishes in herein Complaint at averment number twenty five (25) an offers to defendants, MCCAIN and OBAMA, a grace period consisting of six (6) days from date of service of summons of this Complaint to afford defendants time to regroup, if their agents were negligent and failed to deliver **NOTICE** to principals in a timely manner as instructed by Plaintiff within the time sensitive space of twenty (20) days from receipt of **NOTICE**.

# PRAYER FOR RELIEF

## WHEREFORE, Plaintiff prays for judgment as follows:

That this **Court** extend its long arm reach and so render a **Declaratory Judgment** declaring that both **private citizens** as herein above and below named **Defendants**, **JOHN SIDNEY MC CAIN III** and **BARACK HUSSEIN OBAMA, JR.** are <u>unfit</u> for **Commander in Chief of the United States Armed Forces** while the nation subsists under a **WAR FOOTING,** and be henceforth disqualified as leading 2008 presidential candidates, who do seek the office of trust and profit as President of the United States of America, which office shall demand subordination of oath or affirmation to **PRESERVE, PROTECT** and **DEFEND** the Constitution of the United States of America from both foreign and domestic enemies, did in contempt of said Constitution violate the clearly established law at Title 18 U.S.C. § 4 (misprision of felony) while under "recognition" by the United States Government, same recognition sufficient to make **Defendants** eligible for the privilege of United States **SECRET SERVICE** protection, **Defendants** acting under their publicly declared 2008 leading presidential candidate status did conceal the actual commission of a felony **HATE CRIME** cognizable by a court of the United States after Defendants did receive service of a <u>hand</u> carried formal **NOTICE** which did contain substantial and credible evidence of a sufficiency to clearly exhibit the identity of an in fact existence of a **HATE CRIME,** commissioned in part by, **HILLARY RODHAM CLINTON,** and **D**efendants did further fail to, *as soon as possible make known the same to some judge or other person civil or military authority under the United States.* Let Justice be done or the Heavens fall for there is no statute of limitations for a HATE CRIME at all.

B. Such other relief as may be just and proper.

Robert DiGian, Plaintiff
Monday,  21 April 2008

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert DiGian | : | **CIVIL ACTION** |
| | : | |
| | : | |
| | : | |
| | : | |
| **Plaintiff, in Fiduciary & Under Oath** | : | Case Number: |
| | : | |
| **Vs.** | : | Judge: |
| | : | |
| **JOHN SIDNEY MC CAIN III, and** | : | Deck Type |
| | : | |
| | : | Date Stamp: |
| | : | Monday 21st of April 2008 |
| **BARACK HUSSEIN OBAMA, JR.** | : | |
| | : | |
| **Defendants in Fiduciary & Under Oath** | : | |

# VERIFICATION

**I, Robert DiGian, declare under penalty of perjury that the foregoing is true and complete.**

Executed on 21 April 2008

_Robert DiGian_

Robert DiGian

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Robert DiGiann

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro Se N/A

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DEFENDANTS**

John S. McCain, III

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
T

Case: 1:08-cv-00686
Assigned To : Kennedy, Henry H.
Assign. Date : 4/21/2008
Description: Civil Rights-Non-Employ.

JURY ACTION

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☑ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**☐ A. Antitrust**

☐ 410 Antitrust

**☐ B. Personal Injury/ Malpractice**

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— 0 —

| □ G. Habeas Corpus/ 2255 | □ H. Employment Discrimination | □ I. FOIA/PRIVACY ACT | □ J. Student Loan |
|---|---|---|---|
| □ 530 Habeas Corpus-General □ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | □ 895 Freedom of Information Act □ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ K. Labor/ERISA (non-employment) | ☑ L. Other Civil Rights (non-employment) | □ M. Contract | □ N. Three-Judge Court |
|---|---|---|---|
| □ 710 Fair Labor Standards Act □ 720 Labor/Mgmt. Relations □ 730 Labor/Mgmt. Reporting & Disclosure Act □ 740 Labor Railway Act □ 790 Other Labor Litigation □ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act) □ 443 Housing/Accommodations □ 444 Welfare ☑ 440 Other Civil Rights □ 445 American w/Disabilities- Employment □ 446 Americans w/Disabilities- Other | □ 110 Insurance □ 120 Marine □ 130 Miller Act □ 140 Negotiable Instrument □ 150 Recovery of Overpayment & Enforcement of Judgment □ 153 Recovery of Overpayment of Veteran's Benefits □ 160 Stockholder's Suits □ 190 Other Contracts □ 195 Contract Product Liability □ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

| ☑ 1 Original Proceeding | □ 2 Removed from State Court | □ 3 Remanded from Appellate Court | □ 4 Reinstated or Reopened | □ 5 Transferred from another district (specify) | □ Multi district Litigation | □ 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

42 USC 1983

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS □ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint    **JURY DEMAND:** ☑ YES    □ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    □ YES    ■ NO    If yes, please complete related case form.

DATE 4·21·08    SIGNATURE OF ATTORNEY OF RECORD    UCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

EMAIL CONTACT                           **EXHIBIT P-1**
LAWTECH318@COMCAST.NET

# HATE CRIME

# NOTICE

## TO

**Vietnam Veteran & 2008 Presidential Candidate, U.S. Senator John McCain
Springfield Country Club, 400 West Sproul Road, Springfield, Pa.**

**2008 Presidential Candidate, U.S. Senator Barack Obama,
Headquarters 15th & Samson Street, Philadelphia, Pennsylvania**

Today, 14 March 2008, agents for the Veterans for Truth 2008 did <u>NOTICE</u> Vietnam Veteran & U.S. Senator John McCain and U.S. Senator Barack Obama within the provisions of the doctrine of agency at above listed locations.

That on or about 15 September of 1996, on government property, known as the White House, Washington, DC, then occupants, now presidential candidate U.S. Senator Hillary Rodham Clinton, in concert with then, de facto U.S. President William Jefferson Clinton, did order the actual commission of a felony HATE CRIME in the nature of an act of war against the Vietnam Veterans Church & rest home at 6924-28 Woodland Avenue, South West Philadelphia, Pennsylvania.

On or about 6:00am on Saturday, 12 October 1996, the first of a three (3) day Columbus federal holiday weekend, the City of Philadelphia, under Clinton political confidant, Edward Rendell, in the capacity of Mayor of City of Philadelphia, did act on the Clinton's order and did commission a felony HATE CRIME and did execute a dirty tricks demolition hit on the high rise, 36,000 sq. ft. building structure known as the Vietnam Veterans Church & rest home.

Philadelphia Police from the 12th & 14th Districts at 65th & Woodland Avenue did answer the 911 call placed by agents of the Vietnam Veteran's church upon discovery of the demolition hit ordered by the executive branch of government for the City of Philadelphia under Mayor, Edward Rendell.

The church was saved late in the day when the second shift Philadelphia police commander was convinced and did recognized that the state of New Jersey demolition construction crew, A&E Greenman, did cross state lines into Pennsylvania, under interstate commerce, and was devoid of a City of Philadelphia issued demolition permit.

On Tuesday, 15 October 1996, the first day of Federal court business after the Columbus holiday, Vietnam Veteran church agents lodged a suit 96CV-6974 against the City of Philadelphia, officers, agents, & employees of the executive & legislative branches of City government.

The assigned Philadelphia U.S. District Court Federal Judge, Donald W. Vanartsdalen, did address the actual commission of a felony HATE CRIME demolition hit cognizable by a court of the United States and did issue a temporary emergency restraining ORDER against the City of Philadelphia in favor of the Vietnam Veterans church.

The legal staff from the City of Philadelphia Solicitor's office, under the supervision of lead Solicitor, Reena Parambath did stipulate before Federal Judge, Vanartsdalen, that the City of Philadelphia will honor the restraining ORDER and not touch the Veterans church.

On the same day of the issuance of the restraining ORDER, 15 October 1996, Edward Rendell, in contempt of same Federal restraining ORDER did continued the actual commission of a

08 0686   **FILED**

APR 2 1 2008

**Clerk, U.S. District and
Bankruptcy Courts**

HATE CRIME felony cognizable by a court of the United States. Edward Rendell did again order the demolition of a portion of the church to render the structure in imminent danger of collapse.

From 16 October 1996 to 25 October 1996, the City of Philadelphia under Police protection did consecutively remove, devoid of consent, and in contempt of existing federal restraining ORDER the entire church private property from the HATE CRIME site with employment of tractor-trailers.

On 26 October 1996, on or about 12:45am, with the church empty of contents at 6924-28 Woodland Avenue, neighborhood residents did witness three incoming missile explosions, minutes apart. The first missile fell short of the upper church target wall and did strike at the base of the structure and did hit the parked tractor trailer cab.

That missile did destroy the tractor cab and sent the diesel engine with transmission attached across four lanes of roadway and engine & transmission did stop in a grass covered dirt embankment. The target church tallest structure in the entire immediate area. Target church about eight (8) stories, surrounding row homes consist of two (2) stories.

Alarm called in on or about 12:45am, Philadelphia fire department located with Police at 65th & Woodland Avenue, consisting of four (4) blocks away from target church at 6900 block.

Neighborhood witnesses did confirm that fire companies arrived, did charge hoses with water, and willfully refused to place water on church structure. Criminal negligence by Philadelphia Fire Department not to start pumping water did cause towering inferno and subsequently did cause Police to be called in for three (3) block door to door evacuation of children and elderly. Philadelphia Fire Department report did list arson as cause of fire. Neighborhood witnesses did state that by late morning demo crews removed all evidence of arson or missile fragments.

There exist no statutes of limitations for HATE CRIMES. The Vietnam Veterans have substantial and credible evidence that Marc Rich, the fugitive billionaire put up the money to finance the initial covert operations and did supply armaments against the Veterans to prevent William Jefferson Clinton from being removed from office in exchange for Marc Rich to obtain his presidential pardon from Clinton. The veterans did attempt to have the 1992 & 1996 elections retroactively nullified on the merits of clearly established constitutional law (See U.S. Const. 14th amend. Sec. 3)

Every branch of the Federal Government did block or obstruct the removal of Clinton from office. The FBI & BATF did willfully refused to investigate an interstate commerce commission of a HATE CRIME felony cognizable by a court of the United States without impunity. The Veteran's church did not receive just compensation for the taking of private property.

If any above NOTICED presidential U.S. Senators refuse to make known to the public said HATE CRIMES and or some judge or other person in civil or military authority under the United States same Senators shall be accused of Title 18 U.S.C. section 4, Misprision of felony (See Below)

**If New York Governor, Eliot Spitzer merited impeachment if he refused to resign over the prostitution matter, how much more should be demanded by 26 million living military veterans if the above U.S. Senators refuse to expose and adjudicate this HATE CRIME by one of their 100 member U.S. Senate.**

14 March 2008        *Response time: 20 days from date of service

                                    _Robert DiGian_
                                    Robert DiGian 610-800-8915

# Title 18 U.S.C. § 4

Title 18 U.S.C. § 4 (misprision of felony). Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined not more than $500 or imprisoned not more than three years, or both.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

ROBERT DiGIAN,

            **Plaintiff,**

        **v.**

JOHN SIDNEY McCAIN III

       **and**

BARACK HUSSEIN OBAMA,

         **Defendants.**

---

**Civil Action 08-00686  (HHK)**

**MEMORANDUM**

    Plaintiff, Robert DiGian, proceeding *pro se*, initiated this suit by filing a complaint on April 21, 2008, styled "COMPLAINT FOR EXTRAORDINARY SPECIAL RELIEF." Referring to the then-ongoing campaign for the presidency of the United States, DiGian complaint requests, among other things, and there are many such things, that "this court . . . disqualify two (2) leading 2008 presidential candidates MCCAIN and OBAMA that are accused of concealing a felony HATE CRIME, supported by substantial and credible evidence, of a third (3rd) 2008 presidential candidate, Hillary Rodham Clinton, who did order the actual commissioned [sic] of a felony HATE CRIME cognizable by a court of [the] United States. Compl. I.1a. In his prayer for relief, DiGian requests that "[t]his Court extend its long arm reach and so render a Declaratory Judgment declaring that [Barack Obama and John McCain] are <u>unfit</u> for Commander in Chief of the United Sates Armed Forces while the nation subsists under a war footing . . . . Compl. Prayer for Relief.


AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

Before the court are the defendants motions to dismiss [##5,6]. Defendant Obama argues that plaintiff's complaint should be dismissed under Fed. R. Civ. P. 12(b)(1) because it fails to establish the court's jurisdiction or the plaintiff's standing to sue because plaintiff "does not allege that he personally suffered any injury, that that injury was caused by defendants, or that it can be redressed by a decision from this court." Obama Mot. Dismiss at 5. Alternatively, defendant Obama contends that the complaint should dismissed under Fed. R. Civ. P. 12(b)(6) because plaintiff fails to state a claim upon which relief can be granted because "[p]laintiff identifies no constitutional or statutory provision that has been violated by defendants, or that provides him a private right of action . . . [n]or does he demand relief that is within the court's power to grant." *Id.* at 4.

Similarly, defendant McCain maintains that plaintiff lacks standing because "there is no private right of action to enforce criminal statutes — including 18 U.S.C. § 4, the only statute Plaintiff purports to invoke." McCain Mot. Dismiss at 2. Defendant McCain also argues that plaintiff does not state a claim upon which relief can be granted, as he "fail[s] to allege facts sufficient to establish the existence of a legal duty to report the 'domestic terrorist hate crime' he alleges took place . . . ." *Id.* at 4.

Upon consideration of these motions and the entire record of this case, the court concludes that defendants' motions should be granted and the complaint dismissed for the reasons set forth in the points and authorities that accompany the motions. The complaint is also subject to dismissal because it egregiously violates Federal Rule of Civil Procedure Rule 8(a), which requires that a complaint contain a "short and plain statement showing that the pleader is entitled to relief." DiGian's complaint is anything but "short" and "plain."

An appropriate order accompanies this memorandum.

Henry H. Kennedy, Jr.
United States District Judge

NUREMBERG II TRIALS        Code Name: "MOTHER of all Civil Lawsuits" 2018
707 East Atlantic Street
Philadelphia, Pennsylvania
Zone Improvement Plan (ZIP) 19134
267-205-6153 (Primary)

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **R. Caesar Augustus DiGianvittorio** | : | **CIVIL  ACTION** |
| **Unincorporated, 12 January 1946 - Capricorn** | : | **Jury Trial Demanded** |
| **US Army Infantry Officer, Vietnam - 1968** | : | |
| **Commission, Act of US Congress** | : | |
| | : | |
| | : | |
| **Plaintiff, in Fiduciary - Under Oath** | : | **Case Number:** |
| | : | |
| **vs.** | : | **Assigned Judge:** |
| **ROBERT SWAN MUELLER III & Estate** | : | |
| **Incorporated, 7 August 1944 - Leo** | : | |
| **US Marine Infantry Officer, Vietnam – 1968** | ; | |
| **Commission, Act of US Congress** | : | |
| | : | |
| **ANNE CABELL STANDISH MUELLER & Estate** | : | |
| **[You judge a man by the woman he keeps.]** | : | |
| | : | **SPECIAL NOTICE:** |
| **Defendants(s)** | : | **To Clerk, Please be advised** |
| | : | **All Judges commissioned under the** |
| <u>**Notice to U,S. Court or Military Tribunals-**</u> | : | |
| **Massive Defendant List,** | : | **Following Presidents:1992-2016** |
| **Calculated In the Millions,** | : | **#42.Bill Clinton,** |
| **To Accommodate High Volume** | : | **#43.George W. Bush** |
| **Requires Defendant Exhibition Section** | : | **#44.Barack Obama** |
| **NOTE:Suit to requires Many Amendments** | : | |
| | : | **Must Recuse because all three** |
| | : | **Presidential Administrations** |
| | : | **are under challenge in this suit being** |
| | : | **Subject to be retroactive nullified.** |

# COMPLAINT

## For Special Extraordinary National Emergency Relief

# Unabridged Judicial

# NOTICE

This instrument is in the nature of a "Military Operation."

With the Designated Code Name:

# "OPERATION INSOLVENT"

Dedicated to 26 Million "Living American Military Veterans."

For the sole purpose of

# "SELF PRESERVATION"

When War and Rumors of Civil War are crouching at the door.

While Living in a Nation Suffering Decline.

*So the last shall be first, and the first shall be last: for many be called, but few chosen.*

Parable - Matthew 20:16 (KJV)

"Plans are Useless, Planning is Priceless"

Is this anyway to open up a Federal Judicial NOTICE?

"**P**erversion is the prerequisite rule for government service, the higher the office the higher the perversion, with few exceptions." As given to the Plaintiff from on high.

(Merriam - Webster since 1828)

**Perversion defined**: 'Something that improperly *changes something that is good*.'

**Example**: President Donald Trump Ordered a ban on certain known Nations that manufactured known Terrorism.

**Alpha** - Then certain Officers of the court, specific Federal Judges imbedded in the Judiciary as ones trusted within the Zionist Cabal were venue shopped, for the expressed intention that "*changes something that is good*."

**Bravo** -Yes, as it arrives at the U. S. Supreme Homosexual Court, chances are those reasonable provisions of executive orders shall prevail. The acts by certain Judiciaries promote resistance when resistance is not warranted, except to promote a Marxist political agenda that "*changes something that is good*."

Mandatory introduction for the reader of this legal document shall acknowledge that a common theme impregnates the words, sentences, phrases, and paragraphs that circulates around three(3) immediate terms.

The three(3) terms possess different meanings but consist of a single common word. That common word is birthed as "Deep."

Next, the "Deep" expands into three sub-phrases as follows: "Mom Deep," "Deep State," and "Jew Deep." The three(3) "Deep" elements morph into the whole menagerie to exhibit a nation in decline. AMERICA,Home to the Military Veterans.

These phrases are introduced to shine illumination on the entire saga of events that has necessitated the elective remedy to lodge this "Complaint."

The contents of the herein complaint generates a level of information sufficient to be described as an "InfoSuit."

Rather than exposing the reader to mundane facts of great lengths, instead, the pages tell a story that is dedicated first and foremost to the living American Military Veterans who have the greatest personal stake in America and then on down to the general population in slumber.

Within the plaintiff's complaint resides the intent to construct a great wall of information and the auxiliary purpose of which is assigning blame along the way.

The wall is likened unto a course upon course of brick with each brick representing the truth to counter the prevailing untruths.

The brick wall shall reveal that a great many teachings throughout life's experiences are reduced to willful untruths. If what people have been taught over the centuries has been untrue, then one must consider how great are the untruths and where or when does the truth return from the grave.

In more modern times, cast your eyes upon operations behind the United States Federal Judiciary. The Federal Judiciary has been positioned by the hand of Zionist Marxists to establish the premier bulwark to obstruct, impede, and hinder what would in times and half times past be ruled as self-evident truths.

The opening salvo across the Federal Judiciary's bench reads like a rap sheet of decades of unrestrained corruptions commingled with extremely bad behavior and dragging behind the judicial black robes is the accompanied body count.

Nothing but nothing has changed for decades, then, like a bolt from out of the heavens comes the non-politician, Donald J. Trump! Everything that can be shaken will be shaken in this season of change. For the President, Donald J. Trump, is the undisputed "MESSENGER" for this season. Forgetting all those things that lie in the past, behold, Donald Trump is now God's man for this season of change.

The following is a peek of what is contained in this Judicial NOTICE. The NOTICE exposes the United States Federal Judiciary under its hijacked posture since 1947 when the Nation of Israel was recognized By President Harry S. Truman, the traitor from Missouri.

Yes, we recognized and give deference to Harry S. Truman, as a military veteran of World War I, Captain in Artillery for yet another Jewish World War.

Truman, in 1947, was bribed by Zionist interest of Israel to the tune of 2 million dollars frigid cash, inside the actual White House while it was under major renovations and wheel barrows were coming and going without special notice.

The bribe was in exchange for the United States President, Harry S. Truman, to recognize the newly formed Nation of Israel in 1947.

Everyone was against Truman's recognition of Israel: his staff, his cabinet members, the Joint Chiefs of Staff, but Truman was weak before the "bride." It was George Washington who cried out from the grave to no avail and said aloud" Few men have the virtue to withstand the highest bidder." Truman failed that test.

That historic event was when the former United States went over Niagara

Falls in a wooden strapped barrel and in effect has never surfaced. When Truman left the presidency, he commented, 'He came to the White House a poor man but was leaving a rich man!'

After all is said and done, Truman was from Missouri, The Show Me State. Truman had a sign on his desk that read, "The buck stops here." Truman had the Zionists show him the money and true to that desk sign the buck did stop there.

The modern saga starts with the assassination of General George S. Patton Jr. Patton was a major commander in another Jewish created World War II conflict. One motive to start WWII was to defeat the main threat to the Jewish Marxist Regime in the Jewish Soviet Union, and that threat was Germany.

( *Benjamin Netanyahu must confess as he did with Jonathan Jay Pollard, that Pollard worked for Israeli as a master spy, and Now Netanyahu must admit that a Zionist under cover in the Office of Strategic Services, OSS one Douglas Bazata did murder General George Patton on orders of General "Wild Bill" Donovan because the Zionist ordered it to be.*)

Patton was going to return to the United States after WWII and state that there was no Holocaust in Europe and had to be silenced. The Holocaust was designed as the "Gravy Train" to generate money after WWII to support world wide conquests through the instrument tool of "Marxist Terrorism."

Germany during WWII was ruled by the third greatest recognized Jew in written history, Adolf Hitler. Third only to Moses and Jesus of Nazareth. WWII

commenced with the German invasion of the European country of Poland in 1939.

In 2018, as of the filing of this complaint, some 79 years later, village tribes, Nations, and the earth bound inhabitants still can not stop talking about Hitler, both in good terms and bad.

The Jewish Soviet Union was created to conquer all of the known world and enslave that world under Fake Jewish control. It almost worked out for the Zionist Marxists but #40 showed up, namely, Ronald Reagan, to put the beast down. The Fake Jewish Soviet Union was and is no more. The Soviet Union went back to being Russia, and Russia chased out all the Fake Jews and many landed in the former U. S. A.

Commencing from the arrival of Arkansas, a serial rapist and murderer who has the distinctive and palpable title of *"de facto"* President, William Jefferson Clinton. Let it be known for all to see, hear, and weep, that it was our very own people operating in concert with the *de facto* Nation of Israel that delivered Bill Clinton up, against all odds, into office of President of the United States. Subsequent to that unconstitutional con job, all hell did flood into the United States.

The United States Federal Judiciary was solely responsible for  facilitating Bill Clinton being seated as the first *de facto* presidency in the entire history of the United States.

Bill Clinton's assignment in the office of US President on behalf of Israel was

to lay down a foundation for the intricate 9-11 attacks. Same 9-11 attacks did proffer the excuse for a preemptive attacks on unsuspecting foreign nations.

It eventually did take three(3) *de facto* US Presidential Administrations to A. (Clinton) Lays the foundation for 9-11;  B.(W. Bush) Executes the 9-11 attack; C. (Obama) Keeps the 9-11 cover up valid. SEE: hereinafter below more fully explained.

### ENTER THE CRUCIBLE - BAREFOOTED

<u>The last matter before this court</u> shall be addressed first. Inasmuch as one may never possibly conceive, in a reasonable lifetime, a device being lodged into the United States District Court for the District of Columbia of this nature and scope.

The 'intents and purposes' of this device is to identify targets, assign blame and execute judgments. The herein above named Plaintiff is a surviving student of Vietnam, as such that warfare was lost, in part, due to the inability to identify targets. The entire Republic of South Vietnam did partake of the same identical black apparel/pajamas. When devoid of any target identification one shall commit to engage and fight a thousand battles but lose the war. Such is the lesson of the Vietnam contest and the herein plaintiff shall never slide down that 50 foot razor blade bannister ever again.

On its face, the image of this device purports to be a mere kind or type of simple civil procedural endeavor but behind the mask lurks stealthy capital crime indictments reserved for the NUREMBERG II TRIALS.

What's in a name? The herein above plaintiff partook of a recent casual colloquy, on the street as it were, that was given over to small talk until the young man in his late twenties did observe the printed name NUREMBERG II TRIALS.

That name, just a name, on some papers and effects that were in the plaintiff's possession. The same young man's age bore witness that he was absent when the original NUREMBERG TRIALS started on November 20th of 1945-October 1st 1946. Despite his apparent youth he was obviously above average in sufficiency and historically coherence. That upon the plaintiff exposing the "name" NUREMBERG II TRIALS he simultaneously took a rapid step backwards. That young man's reaction to just seeing the name NUREMBERG II TRIALS may have indeed invoked an omen, out of the past, of things to come.

What's crouching at the Federal Judiciary doorstep? To the conscious man who has eyes to see, it may or may not be observed as an approaching mist of a cloud descending to serpentine up and down the terrazzo floors and within the courthouse walls as were originally built to serve justice.

Behold to those who have ears to hear, the cloud is no ordinary cloud, as some men view clouds, because this cloud comes equipped with a voice projecting loud shouts from a source outside the land of the living crying aloud demanding judgment on those still on earth.

In part, the plaintiff's device desires in earnest to thwart the 2nd American Civil War; for the wars and rumors of wars are coming home to visit. It may be a

bad time to be dwelling in the land of the living, especially for the U. S. Judiciary!

<u>The first matter before this court</u> shall be addressed last. The Federal Judiciary in totality is subject to this herein device because the Federal Judges are scattered across the country like so many seeds in the wind.

This device is no respecter of persons, be ye a "good" Judge or be ye a "Bad" Judge, or be ye a middle of the road Judge affords no salvation to the title holder.

The herein plaintiff is by no means Jewish and yet all the steps taken for seven decades plus are depicted like the Jewish traditions conducted in a wholesale manner. Likewise, this complaint's action is a model wholesale act devised to level the playing field of contemptuous corruption that lives and thrives in the currently existing United States Federal Judiciary without ceasing. Enter, <u>Thomas Jefferson</u>:

<u>Thomas Jefferson</u>, though he be dead yet does he live through his words. America's youth, Harken to the words of a dead man,

*"You seem to consider the judges as the ultimate arbiters of all constitutional questions; a very dangerous doctrine indeed, and one which would place us under the despotism of an oligarchy. Our judges are as honest as other men, and not more so. They have, with others, the same passions for party, for power, and the privilege of their corps....Their power [is] the more dangerous as they are in office for life, and not responsible, as the other functionaries are, to the elective control. The Constitution has erected no such single tribunal, knowing that to whatever hands confided, with the corruptions of time and party, its members would become despots.*

*It has more wisely made all the departments co-equal and co-sovereign within themselves."*

*The germ of dissolution of our federal government is in the constitution of the federal judiciary; an irresponsible body,( for impeachment is scarcely a scare-crow) working like gravity by night and by day, gaining a little to-day and a little tomorrow, and advancing its noiseless step like a thief, over the field of jurisdiction, until all shall be usurped from the States, and the government of all be consolidated into one.*

<u>**Jefferson's Letter to Charles Hammond, August 18, 1821**</u>

*At the establishment of our constitutions, the judiciary bodies were supposed to be the most helpless and harmless members of the government. Experience, however, soon showed in what way they were to become the most dangerous; that the insufficiency of the means provided for their removal gave them a freehold and irresponsibility in office; that their decisions, seeming to concern individual suitors only, pass silent and unheeded by the public at large; that these decisions, nevertheless, become law by precedent, sapping, by little and little, the foundations of the constitution, and working its change by construction, before any one has perceived that the invisible and helpless worm has been busily employed in consuming its substance. In truth, man is not made to be trusted for life, if secured against all inability to account.*

<u>**Jefferson Letter to Monsieur A. Coray, October 31, 1823**</u>

**ENTER THE DRAGON TO RECUSE**

Next, Introduction of a list of all Judges who are immediately eligible to recuse from the herein above recorded case and controversy and the grounds.

To recuse or not to recuse, that is the question. There exist no questions apart from answers. The answer is determined by under what presidential administration did the seated judges receive their respective commissions.

To as many identified Judges who are subject to recuse, same selected Judges must submit by recorded and registered affidavit to the United States Congress to absolutely refrain from any and all direct or indirect participation within or without this "Complex Litigation Event" and thus remain contingent to the good behavior clause.

The recuse factor rests exclusively on what Judges arrived into the Federal Judiciary service under the *de facto* Presidential Administrations of Clinton, Bush(W) and Obama.

These subject matters and issues arriving before this venue are deemed extreme and shall be considered to merit complex litigation, involving multiple parties, foreign and domestic defendants, large amounts of money, lengthy trial or complex legal issues, of which include the retroactive nullification of no less than three(3) *de facto* Presidential Administrations, William J. Clinton (1992-2001), George W. Bush (2001-2008) and Barack Hussein Obama, Jr. (2008-2016)

Again, reasonably, any and all federal judges who did accept, claim, receive, or retain their commissions to serve a life long position as a federal judge during

the above listed *de facto* Presidential Administrations are mandated to recuse.

The act to recuse is for the self-evident conflicts of interests, inasmuch as retroactive nullification of said Presidential Administrations has now been manifested on the sacrificial alter to be incorporated into the hereinafter pleadings. The Federal Judiciary has the preeminent HONOR to be chosen for the alter under Karma.

<u>COMPLAINT PAUSE - HISTORICAL NOTE</u>: The territory before it was turned over to be named Washington, District of Columbia was owned by Daniel Carroll, a Jesuit, who called the land "Rome" and the current Potomac river he did call the "Tiber" river. Coincidence that Carroll's land was destined to become the eventual settled Capital of the United States?

Daniel's younger brother, John Carroll, founded Georgetown University. Their cousin, Charles Carroll of Carrollton was the only Catholic that signed the Declaration of Independence and the last signer to die in Baltimore, Maryland in 1832 at the super prime age of 95. Charles was regarded as the wealthiest man in the American Colonies when the American Revolution commenced in 1775.

<u>If Necessity Remains the MOTHER of All Inventions</u>.

"NUREMBERG II TRAILS"

At Present, every and all established American governmental institutions are increasingly found acutely lacking and with respect to and focus on the Department of Justice and the Federal Bureau of Investigation they have managed to travel off

the charts to the extent they are absolutely devoid of any respect and declared broken, bent, and completely compromised and subject to be vanquished as an act of mercy!

*For he shall have judgment without mercy, that hath showed no mercy; and mercy rejoices against judgment.* James 2:13 (KJV)

In times and half times mercy is known to suffer exhaustion and overrun by judgment. Is this such a time and pleading?

Compilation extracted from the *"Declaration of Independence"* (*in italics*)

IN CONGRESS, July 4, 1776.

*"When in the Course of"* modern American *"events, it becomes necessary for one"* Veteran to depart the sea of humanity to make it to the other side. Once secure on the other side, a preparatory Command shall be issued for the remaining living American Military Veterans. The Command, to issue is be prepared *"to dissolve the"* Marxist *"political bands"* in place by the former Democrat Party, supported in the greater part by the efforts of the existing Federal Judiciary, in concert with Marxist Mainstream Media, solely controlled by Zionist interests *"which have connected them with another, and to assume among the powers of the"* living but slumbering, American Military Veterans, the largest (26 million) assembly of living American Military Veterans in all recorded history, *"the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the options of mankind requires that they should declare the causes*

*which impel them to the separation."*

*"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty, and the pursuit of Happiness,--That to secure these rights,"* If, *"Governments are instituted among Men, deriving their just powers from the consent of the governed,"* Then who among the living American Military Veterans consented to be governed under the present "Deep State" Zionist-Marxist regime?

*"That whenever any Form of Government becomes destructive of these ends, it is the right of the"* (Living American Military Veterans) *"to alter or abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness."*

*Everything that is revealed by the light is light. Therefore, it says, Wake up sleeper! Get up from the dead, and Christ will shine on you.* Ephesians 5:14 (CEBA)

There is no "separation" apart from an "awakening."

If one among us embraces honesty, then and only then will it become most apparent that the only remedy to fix all of the in-house damages to country is to call on the name of the Military for repairs unto national salvation.

The American Military exudes the most patriotic assembly of people in the history of the country and is steadfast worthy of heightened trust.

And further, American Military veterans are most <u>un</u>likely to capitulate to

the prevailing "Deep State" elitist Zion/marxist/muslim Interlopers that have hijacked America and have thrown the Veteran's country to the ground to eat dirt.

This is the prevailing school of divine thought for the resurrection of the NUREMBERG II TRIALS. It cometh but to prosecute and hammer the perpetrators out of existence and back into the dirt elsewhere.

In the name of transparency, the plaintiff enters the Washington, D. C. jurisdiction to "wear many hats" [idiom]. The major premise hat is that of the herein above named sole plaintiff within this case and controversy, whose designated case nicknamed shall hereinafter be referred to as "Infosuit."

Another major premise hat, but second to the role of sole plaintiff, is lead prosecutor for the NUREMBERG II TRIALS. Said NUREMBERG II TRIALS to convene in the City of Revolutions, Philadelphia, Pennsylvania the Commonweal.

The NUREMBERG II TRIALS shall be one in esprit de corps with the 26 million living Military Veterans with approximate commencement upon a just conclusion of the herein above case and controversy, or sooner!

The NUREMBERG II TRIALS prior to convening at Philadelphia shall secure two(2) honorably discharged American Military Veterans from all 49 states to sit in judgment of all and any domestic enemies of State. Hawaii is not invited.

Selected Military Veterans from the 49 several states shall reasonably have the resources to financially support themselves and age shall not be a factor to serve at NUREMBERG II TRIALS. However, but one should have their wits about

them intact to judge the legions of anticipated capital crimes.

Still Further: The NUREMBERG II TRIALS by its very nature shall be classified as gruesomely combative and just as our country maintains a prohibition to condone females in combat, therefore, LET the females be gracefully exempted from that exposure of duty to serve at the NUREMBERG II TRIALS. Amen!

Hawaii shall not be permitted the HONOR to be a participant to serve at the NUREMBERG II TRIALS. The rebuke surfaces against the Hawaiian State for dereliction of duty unto dishonor for failure to repair because of the Republican Governor, Linda Lingle and the subsequent Democratic Governor, Neil Abercrombie. The two(2) immediately listed Hawaiian Governors remain complicit to obstruct, hinder and impede the knowledge of the existence of the imposter Barry Soetoro/Barack Hussein Obama's birth certificate.

To add insult to injury to all Living American Military Veterans, Obama's "expendable" agent provocateur, one Loretta Fuddy, rhymes with muddy. Sorry!

Who had one capacity in Hawaii as an American health official and social worker from the U. S. State of Hawaii; then simultaneously as Director of the Hawaiian Department of Health. Fuddy was willing, able, and available to have total access to any and all records afforded to recorded and registered birth certificates in Hawaii. One could say she was the "Mother Superior in Charge" since she is alleged to have attended and graduated " Sacred Hearts Academy"on the island of Oahu. Those Jesuits show up everywhere! The strange twist that turns

the head completely around the neck similar to Linda Blair role in the 1973 film "The Exorcist"is that Ms. Fuddy became a practitioner of SUBUD.

Obtaining the "Big Chalupa" position as chairwoman of Subud, USA's National Committee from 2006 to 2008 when Obama became *de facto* President. The leader of the Subud spiritual movement is Muhammad Subuh Sumohadi whose photos indicate a near perfect DNA matched facial recognition of Barry/Barack Soetoro/Obama, take your pick. We all get by with a little help from our friends.

Fuddy's reward for assisting Obama to deflect any and all controversies for or against the so called "Birther Movement,"and the consent to have or have made the fake online birth certificate will soon surface. In any event, Fuddy perished in the water of the pacific ocean awaiting rescue after the plane she was traveling in did a soft landing close to shore but in the water. The claim was she had a heart attack, but all the other travelers on the same short hop plane managed to survive the soft water landing and lived another day.

Just like any criminal enterprise, after the assassin assassinates the target, the assassin gets assassinated and that completes the assignation cycle until a reboot for the next target to surface.

The original host of the 1963 JFK assassins did well after the JFK hit, up and until Oliver Stone created the 1991 movie "JFK."

Prior to the movie "JFK," the U. S. Congress had to open up a fresh 1975

Church Committee investigation into many facts including JFK: then after that Committee started in 1976, Johnny Roselli  revealed in the JFK movie, which in turn required most if not almost all practitioners in the art of assignation in the JFK hit, to be eliminated under the new Congressional findings.

That Obama's birth certificate crime controversy shall be subjected to a fork stuck in it until the known truth is once and for all published for the world to observe that many Intelligence Services masterminded the birth certificate crime that impacted seven(7) billion inhabitants under the dome. It is no longer an issue of who was complicit to the Obama birth certificate matter, but rather, who wasn't complicit. Enough said!

The land at Philadelphia was an original "Capital of the United States" and "going back to the future" represents the New Start with New Beginnings under the exclusive control of the American Military Veterans.

Know this or suffer, the American living Military Veterans are the "undisputed messengers for this season" and own the greatest personal stake in all the land, second to none. Only the in country domestic American living Military Veterans possess the inherent willpower to fix a broken and corrupt nation state that currently prevails on the landscape.  "For what is a man without a country or a country without a military."

Soon, Coming from over the horizon is The National Capital Transplantation Act. That shall stipulate the details to exchange the current National Capital,

Washington, D.C., back to the Spirit of 1776, which still resides within Philadelphia. Philadelphia is the anticipatory new location for the Secunda (2nd) res publica (Republic) of the New United States of America to be ushered in under the authority of the tour de force 26 million strong living Military Veterans of America.

The expanse of word of mouth revelations within and without the American Military Veteran Community shall hear of this herein Complaint lodged in Washington D.C., United States District Court for The District of Columbia, and that knowledge shall spread likened unto a grass fire which no man can out run.

The fragrance from the grass fire will impact every Military Veteran's nostrils, high and wide, to trigger NOTICE to the largest ever sleeping dragon military tour de force consisting of 26 million perturbed living American Military Veterans that will be alert to patiently wait for any "preparatory commands."

We are Legion, for we are many, and await that preparatory command to take back our country we diligently fought for! First desire in the courts, then in the field of honor if the courts fail to repair. It should be known that even disabled Veterans in wheelchairs can still shoot straight if Civil Wars breaks outs.

With respect to the sum total of the organic 26 million living Military Veterans there exists a detachment of approximately 20 million "Angry White Men." Same "Angry White Men" expressed heightened concerns of the willful destruction of their Nation they fought for while the elitest in government remain static. With daily fluid empirical evidence that the nation is suffering destruction

from within and from without by the hand of former Democrat Party Alien Marxist Muslim Interlopers flooding into North America but to come to rob, kill and destroy the entire society within the North American continent since they were cast out of Russia and the Middle East. The die is cast for the destruction over American, but when is the reconstruction? After the mighty purge?

These Interloper's acts of deceit and deceptions are supported by the Main Stream Media "MSM." The MSM remains in totality a consenting subsidiary of the Alien *de facto* Nation of Israel. Each and every unrecorded and unregistered foreign agent of the Worldwide Israeli Cabal who are employed as operators within the MSM are complicit to crimes against humanity and conspiracy against peace of mankind and in violation of the Foreign Agents registration Act(FARA).

The MSM is scheduled to be held accountable for all and any acts and omissions against mankind. They shall suffer much in the name of Marxist Doctrines and who exercise and traffic in direct violations of the Monroe Doctrine.

<u>Current Events 2018</u>: The MSM have recently celebrated their glorious Marxist/Communist recognition of 100 years of existence and by their own omission celebrate the 100 million people murdered for sport under Communism.

The entrenched North American Marxist supporters, such as Nancy Pelosi and Chuck Schumer to name a few, and simultaneously supporters for profit of the 9-11 Attacks. Ever planning are the leadership of the Marxist Community imbedded in the corrupted American government under color of a political party.

With respect to the actual profile behind the failing mental state of one Nancy Pelosi, (which is representative of the failing mental state of the former Democrat Party) like Obama after her the Marxist can't keep their story straight maybe because a lie has so many facets to constantly realign.

Nancy Pelosi professes, if not confesses to (A.) Being an Italian, (B.) Being a Roman Catholic. To the contrary, the herein plaintiff is indeed a full blooded Italian and  by birth and inheritance an authentic Roman Catholic and as such a decedent of the household Rome and under the Julian gens, as supported by DNA.

The plaintiff intuitively and hands down knows an Italian when observing one. Both Pelosi and her under study, Obama the lesser, are insufficient liars and (Bible verse-John 1:27) the straps of Bill Clinton's sandals Nancy and Obama are not worthy to untie. This because Bill Clinton is not only a registered Democrat, he is a registered and qualified congenital liar. Clinton could not earn that congenital title as a Rhodes Scholar. Clinton also, under pattern and practice, who rehearsed before the entire world his role, being second to none in modern history under the International Liar Credentials Forum.

Bill Clinton was also on the international scene back in 1968 & 1969 when he was the European theater leader of the entire anti-war movements while under color of participating in the Rhodes Scholarship at Oxford when age 22. Clinton failed to complete his degree being so damn busy leading those anti-war movements all across Europe and giving all that aid and comfort to the North Vietnamese

Regime, such can wear down even a young lad.

Bill Clinton once said he knew more about the Vietnam War than anyone alive. The herein plaintiff counters that above statement and states he knows more about Bill Clinton than anyone alive!

The Plaintiff did serve in Vietnam. Bill Clinton missed the Boeing 707 to Vietnam by sophistication and did evade it! Books will take a reader just so far and Clinton claims he read 300 books at his Oxford, England hermitage escape abode.

When the herein plaintiff sued Bill Clinton on the 22nd of September 1992 SEE: DiGian vs. Clinton 92CV-5494 that traveled up to the US Supreme Court by 1993 SEE: DiGian vs. Clinton 93CV-1056 in which Ruth Bader Ginsburg, (Of the US Federal Judiciary) was already seated on the US Supreme court by *de facto* Bill Clinton administration but refused to recuse herself when the matter on writ of certiorari came before the US Supreme court in 1993.

How could she not recuse when the case was specifically about the eligibility of Bill Clinton being seated as president. If Bill Clinton was determined to be ineligible to be president then Ginsburg's seat on the US Supreme court would be vaporized. Now, some 26 years later, that strange event will be recycled and come to full fruition when she least expects it and of late is very, very frail and all her sins shall come upon her like a tsunami.

Just imagine and think of all the lives that would never have been wasted if the United States Federal Judiciary had performed their collective jobs and served

justice that was clearly established law: SEE 14th amendment, section 3, that made Bill Clinton ineligible from holding any position, State, Federal, or military under the United States because he gave aid and comfort to the enemies of the United States, namely North Vietnam.

The issues above shall be addressed though postponed some 26 years and the real action, as always, will be the reaction to the acts of 26 years ago and will be harsh under NUREMBERG II TRIALS jurisdiction, so help us God.

Nancy, as a type of Jacob, what does she think of her offering a bowl of lentils to Esau! (Genesis 25:34). Can a descendent of Caesar, indeed, be deceived over a bowl of lentils?  Did not you like your grand parents sojourn from eastern Europe (Southern Russia) as blood decedents of the Khazars (Fake Jews).

What manner of Hebrew would ever find himself inside Southern Russia in the 6th century, its very cold there?

Then Nancy's grandparents immigrated to flee Russian oppression against the Khazaras (Fake Jews). The Khazaras wanted to [over throw?] the Russian Czar government. It eventually happened in 1917. After immigration, Nancy's grandparents landed in Argentina, South America. Once in Argentina they realized they could not get work unless they were Italian. So they changed their name to D'Alesandro and obtained work.

The policy in America was to immigrate from South America because it was a much faster application process than immigration from Europe or Eastern

Europe because of volume.

The newly named "D'Alesandros" made application to immigrate to the United States and this move landed in Baltimore, Maryland. They were already pimping their rides as Italians so they might as well land in little Italy at Baltimore and blend in. 'For when in Rome do as the Romans do.'Explained hereinafter below more fully.

These Core Interlopers precipitate talks abounding with rumors of civil war smoldering under the hoods of Patriots. Not a good predicament going forward.

All Federal Communications Commission "FCC" issued licenses shall suffer revocation and by the hand of President Trump's direct authority, for he has already spoken it into existence by addressing the four winds after a flip suggestion by mail, that passed General John Kelly scrutiny, from the herein plaintiff, on orders from the heavenly courts. Recall the reaction of the controlled press, they went ballistic! Screaming, he's going to take our licenses away. Remember, every word that proceeds out of the mouth of President Trump comes to past. Why? Because President Trump has had his entire life as what is described as intuitive prophecy.

History will record that Marxist Interlopers in North America, controlled by the Fake Jews, once had total dominance over so called free rein and license over the ears of the general population and then it vaporized like the morning due.

First the FCC has to suffer a purge to eliminate deep seated rotten wood

supplemented by deep state bloodlines. President Trump has come but for this purpose, to purge the Deep State, which translated means "Jew Deep!"

Since the conversation has drifted into the "Deep"space. From this juncture on, when these pleadings begin in earnest, the theme that will reoccur over and over again are the three(3) Deeps. The first deep is "Mom Deep."The second deep is "Deep State." And the third deep is "Jew Deep." These Deep terms wholly account for every action and reaction under the dome that have the ability to provide a forensic examination as to what and how things come about.

Further, In conclusion to "wear many hats," the last hat standing exhibits to be thrown into the ring of fire and trafficking in so called "Next Friend" territory.

The "Next Friend" title worked well in Federal Court ( W. Temple & Spring Streets, L.A.) for the herein plaintiff in representing Orenthal James Simpson for 13 weeks back in the day of 1994-95. More fully explained hereafter below. Stay tuned, one shall not believe their eyes what are cemented into the Federal Court archive records, clue - the matter introduced had nothing to do with O. J. Simpson's guilt or innocence.

The introduction of the "Next Friend" tool shall be employed for an entirely different remedy. This time around is for the definitive purpose to smack and execute conflict resolution for corrupting the morals of minor children inclusive to Chief Justice John Roberts.

John Roberts, consents to remains in the closet, so be it according to his faith,

but concerning the welfare of his male & female two adopted rent-a-children John(Jack) and Josephine(Josie) the plaintiff takes exception to abuse.

Chief Justice Roberts, is this not the man who gave the Nation in waiting both the Obamacare, composed out of thin air to be tax and whose hand pulled the lever to leverage voting for same sex marriage. Confess, is this the same man or do we error.

Barry Soetoro a.k.a. Barack Hussein Obama, aka etc, aka etc, aka etc...the man who would become King Impersonator over the nations & cohort, Michael LaVaughn Robinson a.k.a. Transvestite, Michelle Obama.

Concerning their staged fake family appearance on the world stage consisting of two rent-a-children females: Sasha and Malia from Morocco. There are only five nations the US has no extradition treaty with and Morocco is on the list.

Which could have rendered a verdict as to why Valerie Jarrett, Obama's Jewish Iranian puppet handler picked Morocco. Real bio-parents shall be returned to America's Military Veterans to face the music and dance to the crime of the millennium and expect to suffer much being complicit to bring the American Military's country down to the ground to eat the dirt of judgment of a massive Obama fraud.

What kind of country would condone such a scheme to defraud an entire population, you guessed it, one that has no extrication Treaty with the US. Likewise

the same fate under Karma, somewhat similar to grass fires that are impossible to

out run shall deliver the justice Obama has escaped for his entire fake lifetime.

The fake daughters are already trafficking in the drug trade under crack

head Obama, and Michelle is an anti-robo-woman from birth and could never even

pretend to be a mother when even real mothers struggle with children.

Even Trump before he announced his run for president, exalting his intuitive

prophecy, so stated the whole episode of Obama birth certificate "smelled fishy."

Was it not citizen Trump who offered up a cool hand Luke 5 million dollars cash to

any charity of  Obama's choice if Obama would release his long form birth

certificate.

That challenge is what forced Obama to suffer a default by being so publicly

intimidated, or shall one say rightly, Obama was InTrumpadated to putting on the

internet that fake birth certificate.

Once that fake certificate was posted, one million hackers, God bless them in

that case, converged like a feeding frenzy on that fake document and tore it to

shreds over the multiple layers of fabrication. People, we are now ultra high tech

under the sun, you can no longer pull off fabrications like in times past, We are

currently Digital people!

Then as the pressure built over the fake fabrication, like a pressure cooker,

the actual counterfeiter crawls up and raises his hands out of 7 billion people under

the dome and confessed the following, less one forget, OK, OK, I made the fake

birth certificate either prosecute me or the people who paid me to do it.

Immediately, after that real bombshell statement the entire certificate controversy shrunk into oblivion because the hunt would have to be on if US had any semblance of an honest press corps. That is why all and any actor who ever possessed press credential is in position to be prosecuted. Why else form the 2nd NUREMBERG II TRIALS. All who promoted and fought for the fake birth certificate shall lose even what little they have. The birth certificate is just the tip of the fake agenda that Israel perpetrated on the American Living Military Veterans.

All the fake Obama educational credits of known existence, all the records withheld, over and over the fraud is enough to fill the Great Lakes three times over.

The next resurrection about the fake birth certificate was against candidate Trump when Trump had to state he no longer disbelieved that Obama was not born in the USA to put the matter to rest during the presidential campaign.

Hawaii will lose their statehood over that birth certificate massive cover up. It is already written in the stars. Even nature is upset over the negativity of frequency and vibrations generated over that massive coverup. Nature is revolting over the prolonged frequency and spewing forth it's resentment of fire and ash because the former Hawaiian leadership has violated the island mass and its inhabitants have to share in the sufferings of lost homes and the like..... Selah

### THE PLANNING REVEALED

NOW, finally, here comes the requisite addendum planning, chiseled in hard

granite stone for an everlasting symbol for future generations and at present for all to observe the "New Process" that arises out of sheer necessity.

The planning is to be adhered to by the <u>United States Federal Judiciary</u> and the <u>Plaintiff</u> of record. Both entities to coexist and proceed in the nature of a mutual pact. The court has to select one judge, in good health, to withstand the volume, density, and depth of the large defendant inventory.

The end results are to expedite matters in the herein <u>Special Extraordinary National Emergency Relief</u> case and controversy.

What is at stake? Just the inherent required stability of the very national union to perform unto survival. Once the drum beat cadence is syncopated, from the herein complaint, then the plethora of clearly established, and many first hand facts, are released to comport to center axis, being the massive cover up of the 9-11 attacks. The complicit cadre remain the same officers, agents, and employees of local, state, federal and yes military personnel to include foreign actors all complicit to cover up the massive crimes before, during, and after the other "Great Event."

Almost and very similar to the other staged "Great Event," relating to the JFK assassination complex consortium. On the world stage from the JFK rehearsals to the world stage of the 9-11 rehearsals that were also identically executed at the property of the herein plaintiff at 6924-28 Woodland Avenue, Philadelphia, Pennsylvania on October 12ᵗʰ of 1996 as more fully explained

hereinafter below.

How the American general public will respond is an unknown factor. How the world public will respond is likewise as unknown. Next, that by reason of chronological progress the case proceeds into the preemptive Blood Wars of the Middle east created by and on behalf of the Nation of Israel. True to the statement by some that all wars are Jewish wars. Where by all wars were, is, and is to come Jewish harvest.

It being presented herein before the court in the pleadings below the articulated merits of which are supported by substantial and credible evidence to sustain the addendum planning going forth. Progressive movement shall be absence the DOJ and the FBI participation. THE DOJ and FBI have committed autocidal termination and wiped out any residual trust for ever more....In substitution of the DOJ and the FBI terminations and or suspensions because those entities are AWOL, President Donald Trump may execute Executive Orders to attach Military legal Officers to substitute for investigations and prosecutions with all defendants being subject to Military tribunals but remain afforded due process rights. Recall these civil complaints will eventually be converted to criminal indictments to accommodate judicial economy since the defendants are legion.

There shall be three (3) applicable elements found in this "New Process," borne of necessity and initially, in part, outside U. S. Congressional intervention loop. The US Congress suffers to catch its tail and who are found severely lacking,

overwhelmed, as witnessed by the Russian Collusion Saga in perpetuity!

Each and every DEMAND placed upon the Federal Judiciary by the herein moving party requires a purposeful expression for a **rapid deployment response** to service any and all Judicial ORDERS so deemed a time and space priority by the COMPACT .

<u>P<small>REVIEW</small></u>

A. Reasonableness

B. In the Intense Public Interest

C. Above Supported by Substantial and Credible Evidence

A. <u>The First</u> requisite element to satisfy DEMAND is "<u>Reasonableness</u>."

Whatever and whenever the plaintiff, who owns the suit, and maintains deference to "We the People" and is a complicit blood party to 26 million living Military Veterans, submits for a specific DEMAND ORDER to be formally issued and when reasonable grounds are present the ORDER shall follow devoid of delay. To some, the criterion of "Reasonableness" when "observed at random times"[quantum mechanics] equates to a self-evident expression common among the inhabitants of the United States. "We the People" know reasonableness when we see it or when we hear it, so help us God and even the herein court!

# MIKE START HERE BELOW

B. <u>The Second</u> requisite to satisfy DEMAND is "<u>In the Intense Public Interest.</u>"

What the plaintiff submits is granted a common concern among the United States citizenry. Further, it is on its face reasonably confined to the "intense Public Interest"of solely the population of the United States. However, Now is the appropriate and acceptable time to expand all considerations when <u>7 billion</u> people who inhabit under the dome are sucking their respective thumbs in anxiety waiting for results, not rumors, to spring forth from the Federal Judiciary at Washington, D. C. to explain World Wide Wars of blood triggered by the 9-11 attacks when no such motive to attack existed.

The substantial and credible material evidence of the 9-11 attacks (whose body count expands in the millions) have lingered in a 17 year long politically induced coma under the Knowingly, Willfully, and Corrupt oppression of the U.S. Department of Justice, "DOJ", and it's cohorts in crimes identified as the Federal Bureau of Investigation, "FBI." Both the immediate above mentioned, DOJ & FBI serve at the pleasure and remain consensual subsidiaries of the Israel Mossad since 1947, that is to say lock, stock, and barrel complicity, bar none.

For the entire <u>former</u> United States of America government, now titled with a slight of hand name change known as "United States" since the former United States of America is set aside as insolvent. This fiction identified as "United States"

blatantly serves at the pleasure of Israel and if any soul takes exception to that clairvoyant statement, examine why all alleged Presidential Candidates must grovel on their knees and wear a hole in their collective pants at the feet of the *de facto* State of Israel. Suffer That!

LET, it be known that the three complicit *de facto* Presidential administrations of Bill Clinton, George W. Bush, and Barack H. Obama, all of which the immediate above prior listings are in the spirit already retroactively redacted from the history books as null and void administrations, (SEE herein below more fully explained.)

What about the assassination of the first federal prosecutor in the entire history of the United States to be slain in the line of duty. Does this Federal Court even know of his tragic existence?

The United States Attorney at Seattle, Washington, one Thomas C. Wales was done away with, via assassination, just 30 days after the September 11, 2001 9-11 attacks, on the evening of October 11, 2001.

The assassination was executed subsequent to Thomas C. Wales, who did uncover that Israeli Art Students had robbed a Naval Depot on Indian Island of the stock piled nano-thermite. (Current events: Total Recall - in May of 2018 Israel did claim it robbed over a thousand pounds of documents from an Iranian safe containing information about Iranian efforts to develop nuclear devices and the like.)

The nano-thermite supplies were designated for the World Trade Towers destruction and were employed to reduce the 1000 foot plus Towers down into dust particles in a mater of free fall seconds. WAKE UP PEOPLE!

Had the prosecution of the Israeli Art Students been allow to proceed by the hand of Thomas C. Wales, the entire scheme of the 9-11 attacks would have been sent airborne into the upper Thermosphere and land on Israeli territory and on the head of FBI Director, Robert S. Mueller III.

The resulting exposure by Thomas C. Wales' prosecution, if it were not for his assassination, would have leveled the massive cover up by the DOJ and FBI protocols in place before, during, and after the 9-11 attacks.

Knowing this in 2001 would have turned out for the better and saved all that blood from being spilled into the ground.

All blood has a voice and to all those complicit with the 9-11 attacks who still dwell on the earth, suffer this, And they cried with a loud voice, saying How long, O Lord, holy and true, do you not judge and avenge our blood on them that dwell on the earth? (Revelation 6:10)

Yes, the plaintiff is a life long Pennsylvanian but not even remotely a Quaker, but the plaintiff does exceedingly shake as to what is to become of all who remain responsible for the 9-11 attacks to include the Federal Judiciaries who supported to obstruct, hinder, and impede the truth from surfacing.

Those who were slaughtered as a result of the 9-11 attacks, foreign &

domestic, are "crying out with a loud voice" which shows they are awake and not in slumber as one might imagine, and their souls do not sleep with their bodies in the grave.

Just as it was that the blood of Abel cried from the ground to God.  Cain, Abel's brother, the first recorded murderer, could no longer farm the ground because the ground refused to support Cain's efforts and he was reduced to become a city dweller after he built the first city as a refuge from God.

Have Thomas C. Wales' adult son, Thomas Wales Jr., or his adult daughter, Amy Wales, no standing among mankind to be rewarded with conflict resolution?

Now the plaintiff introduces this matter of their father's assassination to be dragged screaming and wailing into the Federal Judiciary at Washington, D. C. for that very reward of conflict resolution to be put to rest for the survivors' sake of peace.

After 17 years, not one lick or splinter of information on the murder of Thomas C. Wales has surfaced before or even after United States Deputy Attorney General, Rod Rosenstein, in February 2018 returned to the scene of his cover up crime in Seattle, Washington to assuage his guilt by adding yet another $500,000.00 to the existing one million dollars reward, making a reward total of 1.5 million.

That reward money will deteriorate under natural oxidation because no one will ever slither forward to claim the reward because the <u>government of the United States shoots its own</u>!

Continuing on the path of "shoots it's own" protocol: What about the JFK assassination, MLK, Martin Luther King assassination, RFK, Robert F Kennedy assassination. What about Lee Harvey Oswald's two surviving daughters? Do they among others deserve resolution to clear the deck of all deceit and deception spewed out of an Alien foreign control of the World Populations through the conduit known as the United States of a former America.

What about the attack on the USS Liberty ship and it's body count of 34 Navy personnel who swim with the fishes? Don't they count for swat? Plus the 174 wounded from the USS Liberty attack at the deliberate hands and feet of Israel.

When Israel paid compensation for the attack on the USS Liberty, they used US taxpayer money from foreign aid. President LBJ and US Senator, John McCain's Admiral father figured in on the cover up on behalf of Israel. Thank You Traitors for your repetitious service to an Alien Foreign nation of low intrigue!

The Oklahoma Murrah Federal building bombing of the exhibited controlled demolition, it's only a 168 body count. The FBI and ATF failed to show up for work in the Murrah office building that day. Where was the Federal Judiciary on the Murrah operation? Do you think for a nano second the plaintiff is found lacking, that he is unaware of Merrick Garland, Jamie Gorelick, and Janet Reno's complicity in the cover up of the Murrah Operation inside the DOJ? Think again!

WACO, Texas, Hillary Rodham Clinton told US Attorney General (Third String/Florida-alligator wrestler) Janet, *Sappho-Lesbos*, Reno, to put an end to that

54 day stand off at WACO, Texas. by whatever means necessary because the stand off posture that impedes and is distracting Hillary's Pet "Health Care initiative."

WACO, Texas – a mere 76 body count within the building, to hell with the women and children, they were in the way! The above report is just the elusive tip of the submerged iceberg drifting towards the United States Federal Judiciary for a historic collision, more fully explained hereinafter below. This is merely the Judicial Notice, the beef comes later.

Do not forget to factor in "intern" Chandra Levy into the slime mass of the Murrah Operations and Timmy McVeigh concerning the Federal Bureau of Prisons. Explained hereinafter more fully below.......

Tonto, side kick to the Lone Ranger would say: The Federal Judiciary is in Heap Big Trouble! This case and controversy is assembled as the last ditch chance for redemption to save reputations, jobs, pensions, and one way travel expenses fully paid to GITMO.

However, there shall be extended no redemption for the complicit Main Stream Media Complex of criminal cover ups for decades upon decades. One is better to strike a relationship with a serial rapist and murderer like Bill Clinton or a mass murderer like Benjamin Netanyahu than to associate with a journalist.

<u>The Third</u> and final requisite element to satisfy DEMAND is the test of "<u>Substantial and Credible evidence.</u>"

The Substantial and Credible Evidence clause is hot branded into the

pleadings before the Federal Judiciary for all to observe and bares witness to the ongoing repetitious cover up of "Crimes of State."

Hereinafter below supports the DEMAND of "Reasonableness," followed by "In the Intense Public Interest" as the exhibits culminate to attend to fair and substantial justice denied by the House of Justice and the House of Investigations for decades on end.

NO, absolutely NO, the citizenry population will not tolerate another 54 years waiting on the JFK materials for public release only to have them again and again postponed as in 2018.

Those who remain in the land of the living grow intolerant to demonstrated willful delays. The conscious forecast demand that any and all materials must be devoid of redacted expressions; a pattern and practice utilized to protect the guilty and deny the innocent of the nation the just unmitigated whole truth.

The immediate herein above matters are just a miniscule particulate of the massive tsunami of great "intense public interest" that now is pace flooding against the barrier reef of the United States Federal Judiciary's residual corrupt fortifications.

The Federal Judiciary has to facilitate and surrender the ORDERS when "We the People" place the demands upon the Court posture to comply with the Court's "Inescapable Obligation Under Fiduciary To Perform." Further, the Court shall comply in a manner of technique compatible with "rapid deployment" of the

exhibited justice demands as hereinafter below described. Any delays in the courts performance will accelerate aging among the general population in waiting.

## Opening Prayer

I believe, therefore I speak, that prayer is the absolute dominant force in all of the created universe. As such, these herein prayers will likewise be dominant throughout this universe of proceedings and no weapon formed against these prayers shall prosper; for it will not be known why these prayers are answered in the manner that they manifest. For the effective fervent prayers of a righteous man availeth much and the desires of the righteous shall be granted, and so too shall the wealth of the wicked be laid up as an inheritance for the righteous.

LET Any and All Acts or Omissions to Obstruct, Hinder, or Impede be Bound and Cast into Sheol (*Sheol-First known use 1597AD*), for all such 'Resistance is Futile.' LET Loose all dominion and power by His Spirit prevail and accomplish all that is declared herein, lacking no good thing. In closing, the most devastating of prayers if the tongue or the hand of the proclaimers is duly anointed goes as follows: LET all things hidden be revealed with the eyes of Him to whom we all have to do. END/Finito

## Opening Statement - Unabridged Introduction

America is ripe for Civil War, who among us can prevent it!

'All truth passes through three stages. First, it is ridiculed. Second,

<u>**it is violently opposed. Third, it is accepted as self-evident.**</u>'

<u>**Alleged to be attributed to German Philosopher -**</u>

<u>**Arthur Schopenhauer (1788 -1860, Died at 72)**</u>

**First Introductions make for lasting Impressions: Make no mistake, this instrument has all the ear marks of a Military Plan of Operations. This plan is dedicated to all 26 and one half million living American military veterans and their families including, yea those veterans who have passed on and their surviving families. By herein design, supported by intent, no living or former military veteran is left unattended.**

**This operation could only be contemplated because of necessity; the collateral damage of some inventions. The nomenclature title of this lawsuit is a deliberate action being called the "Mother of all Civil Lawsuits."**

**The title "Mother of all Civil Lawsuits"which contains two active words. One word is "Mother" and the other word is "Civil." The term "Mother"could represent the Mother of all Wars and the term "Civil" could complete the enigma and address "Civil War."**

**No one wants civil war to erupt in America. America has already had it's first civil war in the 1860's. Ancient Rome had no less than six(6) civil wars. Every living American military veteran nevertheless should be prepared.**

**The Vietnam veterans know the taste of being on the losing side of war. The Vietnam Veterans were forced to slide down a fifty foot razor blade banister by the**

Tribe only to be sliced in two after all the blood and treasure went into the ground for naught. The nation of Germany tasted defeat twice at the hands of the Tribe in WW I & WWII. It's a hard thing to swallow for any military man anywhere.

Every veteran family should be equipped with 10,000 rounds per household. Uniformity is key in conflicts and the proper rifle should be the same AR-15 in the event Civil War breaks out. The sharing of ammunition is obvious and you need the same weapons to share the same ammunition.

The motive in warfare is "Self Preservation" for the veteran and his family. Confusion will no doubt reign in the commencement of Civil War. Time will lapse and the opposition will become manifest. Food and water are critical items and those supplies will soon dissipate to hunger and thirst if no preparations are made.

The creators of war and famine already have dug their secure bunkers. The contest will be who can hold out the longest. The plan to disarm the nation is in process; even the blind can see it coming down the path.

Lenin of the Soviet Union stated : If you want to make an omelet, you must be willing to break a few eggs.  Today in America the same tribal members state: If you want to get rid of the 2nd amendment, you must be willing to kill a few school children!

What is it like living in a country where they murder school children to push a political agenda to disarm the citizens? What Tribe is behind this activity, and what quasi political party has gun removal as their drum beat platform? Can

anyone distinguish the former Democratic Party from the current Mass Media Tribe agenda of gun removal.

Within the herein above Judicial NOTICE, it is clearly presented that the Federal Judiciary is challenged with respect to averting an American Civil War. Upon hearing the above statement, it would be reasonable for one to ask: how would that work, or could it work?

The Federal Judiciary must surrender to the cause of Justice or suffer a collective loss. The Federal Judiciary is a sin bearer based operation that has blood all over its collective hands. Every officer of the court is complicit by virtue of pledge and oath, but to whom do they pledge their oath. Every officer is individually part of the sum of corruption. Any decent judges are insufficient to bring salvation to the dead wood branch of the US Judiciary. In the original Nuremberg Trials in Europe after WW II, no soldier or government official could surrender a remedy for their wrong doing by stating that they were just following orders. Those individuals were all eliminated under sentence of death.

The herein plaintiff, through no fault of his own, is a descendant of the household of Rome under the Caesars. That gene inventory is supplemented with DNA sufficient to support all that is needed to compete in the modern day world.

Same inheritance can be proficient in the political landscape of wins and losses. Rome's vast accomplishments are present in the plaintiffs blood as an inheritance to use or to remain idle. For everything is reduced to an issue of blood

and without the shedding of blood there is no remission of sins.

Roman command and control government was the only ancient entity that could effectively correct ancient Israel. Rome ordered the sacking of Israel three times. The last sacking was 70 AD. During that sacking no stone was left unturned, and in conclusion the land was salted to prevent any return again to live off the land. The wealth taken by Rome in 70 AD from Israel was used to build the 10 year construction project known as the Colosseum. Rome remains the eternal city and the Colosseum is present for all to observe and contemplate. Is history always cyclical?

This document has given birth and arrives out of the cyber delivery room designated to be a kind or a type of infant hybrid "Info-suit." "Info-suit," not to be confused with "Infowars."

Rather, the Info-suit is positioned to inform and instruct for the expressed reflection of the future of America, it's youth. Everything under creation has a Father, even a lie has a Father. Therefore, the Father of this infant hybrid Info-suit, for the readers sake of argument, shall remain the herein plaintiff.

NOTE: Whenever and whereever the vertical brackets "[ ]" appear in this action, the enclosed content is not directly or party to the pleadings but exists nevertheless outside the pleadings. The court may disregard or option out of the bracketed contents and address the substantive matters perhaps in the immediate interest of judicial economy.

American youth, who have been willfully denied basic elementary truths by supervising adults of low intrigue to enslave yet another nation under the Marxist Doctrine like a thief that comes only to steal, and kill, and destroy mankind, must be vanquished.

In part, the herein "Mother Info-Suit" provides the engineering plans to facilitate a robust design to level all opposition and provide restoration to reboot the deficit that so befalls the former great nation of America. We of the baby boomer generation were most fortunate to bask in the sunlight of post WW II America with all of our factories wholly intact to pump the engines of the economy.

As a former Vietnam Veteran Combat Infantry Officer, only 10% of deployed troop strength is normally forwarded into combat; as the 550,000 peak troop strength inside Vietnam, at any given time, reflects that only 55,000 were actually in line combat and that interestingly determined the approximate death toll of about 55,000 deaths. The other 90% of the troops supported the combatants. The 9 to 1 ratio is the normal logistics being 9 men in the rear supporting every 1 man in the front lines.

Recently, Royal Glorification has been granted to the 100th anniversary of Marxist/Communism from the North American Marxist Media. By their own conservative admission, Marxist/Communism killed over 100 million souls and now they are spinning webs of deceit and deception around American children when they are not cannibalizing them under Marxist Rituals.

The herein Plaintiff has seven decades of on the job training of life in America and has a heightened "personal stake" in this country along with 26 and one half million living military Veterans who did serve America in a capacity of the military service. Service to country is a good thing but requires sacrifice of time (Years of service), loss of income (Money) and postponed use of resources (Careers & Marriages).

Second, In the course of human events, history is known to be cyclical. My ancestors, of the household of Rome under the Caesars, did suffer no less that six(6) civil wars. America has registered and recorded one such civil war in the 1860's of near on four(4) years duration or over a half million killed and scores of walking wounded missing arms and legs, eyes, ears and teeth.

This complaint is going to be verily, verily, verily hard on the herein listed civil defendants. The *prima facie* impression is <u>almost</u> devoid of mercy, but the herein plaintiff is mindful that 'mercy rejoices over judgment', but even mercy may at times have it's limitations and suffer exhaustion.

<u>The following below is a MEMORIAL to a just man who happened to practice law and is worthy to be engraved in this the "Mother of all Federal Civil Lawsuits"</u> :

"Jurisdiction is always before the court."[*That specific simple quote immediately registered with the herein plaintiff who owns that quote in his cerebral Rolodex memory banks forever. That casual quote was told to the herein plaintiff by his very first attorney in 1970, one year from returning alive from Vietnam and at the*

*age of a mere 24 years in time and in the first year of the Construction Business rightly called 'Command Construction.' So named because of the three years of influence of military service and as a combat infantry officer in the No-Win War of Vietnam and being subjected to military nomenclature terms of endearment.*

*The attorney, Thomas J. Reilly was his name ( Born July 1ˢᵗ, 1903 - June 1988, died age 85), was a tough old Irishman, Roman Catholic, married to the same woman on earth unto death; what a blessed man and his family.*

(((NOTE: Ireland was the last bastion to support marriage and the last country <u>in all of Europe</u> to permit divorce as a result of a 1995 referendum. In part, segments taken from a SPARK21 document published 26 March 2016, "The Biography of  the woman named Mary Robinson: "The woman who changed the Irish presidency forever."  Mary Robinson promoted divorce as an alternate lifestyle. Mary, Mary, quite contrary, the first female president of Ireland who proved that women could be the hands that rocked the system as well as the hands that rocked the cradle. Mary claims that the 1960's Jewish Woman's Liberal (Marxist) movement in America, which if one recalls properly was to crack the courts wide open to permit Jewish Lesbian woman in America the right to legally adopt children. Russian President, Putin states nyet (NO) to adoptions of Russian children will be permitted to lesbian women.

To hell with children, they now have government awarded same sex marriage thanks due to the efforts of the United States Supreme Homosexual/Pedophile

Court. Mary reasoned: 'why not me', and Mary followed suit to use the law as a hammer and sickle tool to screw Ireland from within. After all, the British Israel Government for 800 years of bondage over the island of Ireland was being screwed from without, Whats a few more screws here and there from within.

Mary Robinson seduced a nation in waiting into voting to make her the first female president of Ireland. Mary then advocated removing the prohibition of divorce. Readers - Study and show yourselves approved: Divorce is an ancient Jewish Doctrine that came in under Moses' jurisdiction, Moses rejected divorce and pleaded with God the creator not to let the Hebrew people entertain divorce to the position that Moses fell on his face before God and continued to plead against divorce and then God stated to Moses, get up off your face and let my people suffer their pleasure of divorce to have what they should not have.

Divorce has <u>never</u> been a blessing for the Hebrew Tribes, only more of a curse throughout the centuries; and how could it be any less of a curse for the Gentile Tribes who have consented to the false doctrine of divorce. Mary was party to her own curse by attending the Jewish controlled and now cursed Harvard College in America where she attended while doing a masters in law which changed everything for her!

Harvard opened her eyes to the Jewish philosophy and feminism, intensifying the deep compulsion she felt to use the law as a hammer and a sickle to make changes. The article confesses that Irish society was in many ways resistant to

liberal change.

What was needed was a hypnotized student, someone just like Mary Robinson. Mary, Mary was converted at Harvard, after all, Divorce has been Jewish harvest in the western European culture and when the Europeans chased the Jews from Europe, some rushed to America and immediately set up shop as Jewish Law firms specializing in, of all things, DIVORCE American style.

The article tells that not everyone was happy with "along came Mary", In 1970 Archbishop McQuaid proclaimed her a 'curse upon our country' in every church in his archdiocese.

Mary found this challenging, being portrayed as 'the devil incarnate', yet it showed that her deep beliefs must come with the conviction to hold her ground, regardless if it takes down an island nation like Ireland.

Turns out Mary meets the devil's agent incarnate when true recognition finally comes from the hand of the Reptilian Prince himself, *de facto* President, Barack Obama, when in 2010 Obama's claw presents the Medal of Freedom award to Mary Robinson. Enough said.)))

*Back to the Memorial and out of that rabbit hole.....The plaintiff observed Mr. Reilly at random times, if not every single day, driving his yellow Mercedes Benz to the local parish of St Lawrence church in Upper Darby, Pa. Mr. Reilly, at about 26 years of age, was a United States Attorney under President Hoover's administration in the 1920's. In 1970 he was about 67 years of age and still in practice when the herein*

*plaintiff was introduced to Mr. Reilly and this some 41 years after his US Attorney office position was retired. Everyone should be so fortunate to find such an honest man practicing Law.*

*Mr. Reilly is physically dead and so is that generation which has taken flight into the dust of history; all that remains is the memories of the living.* **END Memorial ]**

"Back to the Future,"The herein below subject matter on it's face represents a <u>Civil Complaint</u> under United States Federal Court Jurisdiction consistent within the United States Congressional branch that established the Federal Rules of Civil Procedure.

However, Let it be proclaimed here and now, for all and any of those who remain in the land of the living, the complaint simultaneously exists in the nature of a parallel universe twin brother duality inasmuch as the detailed listed civil defendants are already in the spirit converted to criminal defendants under the anticipatory Nuremberg II Trials, with few exceptions. Does history experience cycles?

Recently, a young man who is classified somewhat as a remote neighbor to the herein plaintiff who happens to occupy 26 years of age. But it turns out the young man is intimate with his history more so than the 'average Bear' comprehension at street level.

Upon the plaintiff casually revealing the face page of the formal Civil

Complaint and reading the opening page of the herein Complaint at the upper left hand side where on occasion resides the name, address, and phone contact of the moving party.

The young neighbor's sharp eyes, no need for glass yet, caught the term Nuremberg II Trials, he physically lurched backwards on his feet and knew beyond any doubt what those words implied. Some people hearing of this event may speculate that the revelation experience by the young man could be deemed as a kind to type of prophetic recognition of things to come.

We shall all live to see the results of the young man's first impression of a term from the past becoming the future through the present.

In support of transparency to a fault, the herein listed Plaintiff just happens to be the designated Lead Prosecutor for the Nuremberg II Trials. Coincidence? This Nuremberg II Trial shall be supported by 26 and one half million living Military Veterans which consists of no less than 20 million angry "White Men" when learning of its existence such as the filing of the Mother suit.

*NOTICE: To all living American military veterans: the Nuremberg II Trials will require two honorably discharged veterans from each State of the Union with the exception of the state of Hawaii. The selected veterans shall serve in the capacity to participate in the proceedings in Philadelphia when the Nuremberg II Trials convene. Veterans who are selected statewide should be reasonably positioned to afford the assignment of judging the legions of listed defendants under similar Military Tribunal*

*Protocols.* ]

The Nuremberg II Trials are tentatively scheduled to convene in the City of Revolutions, "Philadelphia," within the voluntary incorporated Commonwealth of Pennsylvania after the just conclusion of this Civil Complaint, so help us God.

"Philadelphia" currently hijacked by the Zionomuslin Marxist "Sanctuary City" Doctrine since the Marxists were cast out of Russia and since have set up shop in North American Cities under color of the former Democrat Political Party.

In general, to the youth of America, harken to these words: All Language is Subject to Construction. Experience shows and history proves the prevailing language was, is, and is to come by custom and practice in the United States of America, to always be expressed in English.

(*[In the late 1770's under Colonial America the German Language missed out by one vote in Philadelphia. The German language is somewhat harder than English but Germans remain the largest ethnic group in America and Philadelphia had it's influential German town community.*)

This herein complaint submits to the natural flow of a common language and is written in English, as it should be, because this language has served America well! One nation under God requires one language under the Republic.

However, Foreign Nations are exhibited in the detailed defendant's list. The plaintiff is constructed to be the sole owner of the suit by contract as witness to payment of a registered and recorded $400.00 filing fee.

Said plaintiff, under contract, reserves in the nature of a first right of refusal to define any and all anticipatory introduced language constructions from foreign defendant nations to include domestic actors with dual citizenship and or known or unknown third party agent provocateurs.

The expressions exist when an idiom is proffered such as, "Its not about the money"does not apply to this civil complaint.

This herein "case and controversy" is all about "The Money." LET it be known and shouted from the gutters to the penthouses that in 26 years of trafficking in the Federal (Tribal) Courts, never suffering a frivolous indictment for removal. (Commencing with the Bill Clinton eligibility complaint dated 22 September 1992 and lodged in the USDC, Eastern District of Pennsylvania - DIGIAN vs CLINTON 92CV-5494 ;US Court of Appeals, 3rd Circuit, Philadelphia – DIGIAN vs CLINTON 93CV-1056 ; US Supreme Court on writ of certiorari – DIGIAN vs CLINTON 93CV-1056 ) and being repetitiously subjected to the inherent command and control that reside inside the federal courts, at all strata of jurisdictions, resulting in obstruction of fair and substantial justice for sport. For this reason and others the officers of the court state "Just-Us" as opposed to Justice.

The plaintiff in this matter maybe labeled a "White Man" by some and "Cracker" by others. The plaintiff could also be identified just as a "person" who has not been able to secure or uncover justice until now with this new paradigm.

Reasonably, the previous cases filed by the herein plaintiff did exhibit high density mass **Political Consequences** of great magnitude. Nevertheless, the cases at all times were maintained to employ clearly established United States Constitutional virtues and declared values which hover, like a nebulous cloud over the Tribal Courts in name only and while the practice of justice be damned.

Therefore, minorities can forget it when the "White Man" (Rolling Stones) 'Can't get no satisfaction'. Where is the minorities door for entrance in seeking after justice.

This complaint surfaces in the swamp as a case of "first impression" because the plaintiff for the very first time is seeking 'Money Restitution' and 'War Reparations' while the nation teeters on the cusp of Civil War (Patience Please, explained herein below more fully.)  By virtue of the term "War Reparations", it rightly gives elevation  and is translated that 'All's fair in Love and War.'

The plaintiff is not merely seeking scraps from the master's table. To the contrary, the plaintiff is unleashing a political tsunami, by design, that no court or government can escape judgment as the substantial and credible evidence penetrates then permeates public opinion.

Even the second tallest Jew, Abraham Lincoln Springstein, at 6'4" who claimed that, "Public Opinion is more powerful than any Army ever amassed.' Springstein second in height only to Lyndon Baines Johnson coming in at 6'5."(More on American Jewish US Presidents hereinafter below.)

START PLEADINGS

## THE CONTINUING "PHILADELPHIA EXPERIMENT" IN CRIMINAL CONSPIRACY

At all times material to this Information, the Acts or Omissions revealed and written within, without, or around this instrument, with respect to any and all named domestic former United States persons, places, or things, or identified foreign alien individuals, to include any and all names who have escaped the immediate jurisdiction of the former United States such as Denise Rich. Denise Rich (Denise Eisenberg) apart from her contemporary song writing profiles, did marry in 1966 what had become known as the "Fugitive Billionaire," Marc Rich (Marcell David Reich) [Deceased 26 June 2013, age 78 in Lucerne, Switzerland cause of death-Stroke]

It may be worthwhile to make note* of this sidebar factum that Denise Rich did give up her American citizenship to flee from the herein plaintiff. Denise can run for a season but can not hide for a duration and also remains a fugitive forever complicit to the Hate Crimes of supplying military ordinance to destroy a private property at 6924-28 Woodland Avenue, Philadelphia, PA. owned by the herein plaintiff, now lead prosecutor of the NUREMBERG II TRIALS to convene in the City of Revolutions, Philadelphia, Pennsylvania.

Denise Rich was rewarded a handsome $500,000,000.00 "500 Million Dollars" divorce settlement. Denise did make large bribes, strike that,

contributions to the Democrat Party, to Hillary Clinton's Senate campaign to help pay for the expense of getting rid of her only New York Senate competition, John F. Kennedy Jr. and last but not least "The Bill Clinton Library Foundation." What are friends for but to come for to Rob, Kill and Destroy Mankind.

IN The Matter of (8 February 2001) US House of Representatives, Committee on Government Reform. Washington, DC. Titled: <u>THE CONTROVERSIAL PARDON OF INTERNATIONAL FUGITIVE MARC RICH</u>. The committee met, pursuant to notice, at 10:15 am, in room 2154, Rayburn House Office Building, Hon. Dan Burton (chairman of the committee) presiding. <u>SEE: page 2 - 12th paragraph from top paragraph as follows:</u> (chairman Dan Burton speaking) *"Last night we received some news that I find troubling. Mr. Rich's ex-wife, Denise Rich, it's been well reported that she gave $1 million to Democratic campaigns over the last decade. It's also been well reported that she sent the President [Clinton] a letter asking for this pardon. She also talked to the President about the pardon. We asked Mrs. Rich, through her lawyer, to answer a number of questions. Last night, we received a letter from her lawyer* [SEE: attached to herein "Mother Infosuit"inline exhibits] *stating that Mrs. Rich is going to take the fifth amendment and not respond to our questions."*

<u>Later on same document page 7-</u> Chairman Burton states: "Let step back and take a quick look at why the Marc Rich pardon was controversial.

*In 1983, he was indicted on more than 50 counts of wire fraud, tax evasion,

racketeering and violating the Iranian oil embargo.

*He was accused of evading more than $48 million in taxes. It was the largest tax evasion case in U.S. History.

*He faced up to 300 years in prison if he was convicted on all counts.

*Mr. Rich fled the country to avoid prosecution.

*He renounced his citizenship and took up residence in Switzerland for 17 years.

[ *Denise Rich renounced her citizenship as well, Jews have no allegiance to any country or laws*]

*His companies were found in contempt of court and fined $20 million for defying a judge's order. All told, they paid $200 million in penalties.

*His aides were caught smuggling subpoenaed documents out of the country.

*He was subject of hearings in this Committee in 1991 and 1992. The Bush Administration was accused of not doing enough to try to bring Marc Rich to justice. [Suffer this: *President George Herbert Walker Bush accused of not doing enough! President Bush #41 is a closeted Fake Jew of the Synagogue of Satan, Remember "Yale University" - Skull and Bones? So why wouldn't Bush #41 assist his fellow Fake Jew, Marc Rich? reasonably to evade prosecution.*]

After all why was the Nation of Israel really created but to establish the "Ultimate Sanctuary City State." But for to flee to a sanctuary haven  from crimes of murder, indictments, etc.

Suffer this lest we forget that the past becomes the future through the present

and have to reboot it all over again, very painful and a time killer.

The name SAMUEL SHEINBEIN!  Sheinbein was an American - Israeli convicted murderer. On 16 September 1997 (Under Bill Clinton *de facto* Administration with Bull Dike, Janet Reno, posing as the first female Lesbian United States Attorney General when she wasn't killing woman & children at Waco, Texas.) Wikipedia - Sheinbein, a 17-year old senior at John F. Kennedy High School in Montgomery County, Maryland, and Aaron Benjamin Needle, a former classmate from Charles E Smith Jewish Day School, killed Alfredo "Freddy" Enrique Tello, Jr. They subsequently dismembered and burned the corpse in Aspen Hill, Maryland, Sheinbein fled to Israel, where he was eligible for citizenship: Israeli law at the time prohibited extradition of citizens. Sheinbein was sentenced to 24 years in prison by an Israeli court in 1999. In 2014, he was killed in a shootout with Israeli police special forces in Rimonim Prison after he shot and wounded six officials and another prisoner with a gun that had been smuggled into the prison.

Bill Clinton's Administration, nothing but a shameful sham and let the record exhibit show it was the corrupt "Federal  Judiciary" that "put Clinton in office." After the herein Plaintiff struggled up to the US Supreme Court to block him from being a presidential candidate;  utilizing "Special Extraordinary Emergency Relief" measures to prevent him from running as a presidential candidate. Because of Clinton's live constitutional disability, clearly established  at the 14th amendment section 3 with respect to 'giving aid and comfort" to the known

enemies of the United States, namely North Vietnam when Clinton was the anti war leader for the entire European Continent. The choice of "aid and comfort" over "treason" in the lawsuit. The term "aid and comfort" burden of proof was a slam dunk because all that is required was that the physical act took place which was supported by front page news reports in the British Guardian News paper. The "treason option" was reasonably ruled out because the burden of proof requires two witnesses. Again, reasonably the two witnesses would have never made it to court to testify alive because even then (1969) Clinton was raping and murdering his way through life.    Clinton In Britain  1969, was alleged to be enrolled in the Rhodes Scholarship but only employed the scholarship as his cover and had no intention to ever complete the program.

TOTAL RECALL: It was First "Lesbian" Lady,  Hillary Rodham Clinton, from inside the February 1993 White House, who provoked US Attorney General Reno ( Dade County Florida gator wrestler and third string bench warmer after Zoe Baird and Kimba Wood [Selected to rig the Cohen Case in the Southern District of New York ) to put down the 54 day siege at Waco, Texas in 19 April 1993 because the damn standoff was taking all the breathe out of Hillary's Heath initiative. Bull Dike Reno states, 'they were going into Waco to save the children!' Salvation comes from Janet Reno's rescue with a number 76 body count of men, women and children. The incident at Waco triggered Reno's ultimate Parkinson disease by 1995 and eventually Reno gave up the ghost at age 78 on 7 November

2016. It's hard enough being a women on earth and identifying in the lesbian life is triple the norm, Amen!

Examine in North America and the rise of the Communist (Socialist) Sanctuary Cities. Same concept same Fake Jews. Know this and suffer, behind every American Sanctuary City is a pedophile Fake Jew running the Cities! ] Big City Philadelphia - "Fast Eddie" Rendell, compromised pedophile, homosexual, lets not forget the (full montie) a devout cross dresser!     These acts were confirmed by Philadelphia Police and Pennsylvania State Police but officers remained silent to preserve their jobs and pensions.

How about the Big City of Chicago – Rahm Emanuel compromised Homosexual from the ranks of the male Ballot Dancers. Rahm, Obama, and Reverend Jeremiah Wright all brothers in the flesh. The herein plaintiff can't take any more, Jeremiah Wright was also born and raised in Germantown, Philadelphia, Pennsylvania. What the heck is it about Pennsylvania's breeding grounds.

Back to Marc Rich, while in the land of the living, did engage many lawyer but two(2) titles of nobility "Esquires" named: Scooter Libby and Eric Holder stand out for contrast (SEE: hereinafter above, below, and around more on these two(2) Actors, Libby & Holder)

The salt & pepper Libby and Holder tag team, were complicit in the majestic last literal "hour" of the *de facto* Bill Clinton Administration of Shame, on 20

January 2001 at the 11th hour, pulled off a *de facto* pardon on behalf of the Fugitive

Billionaire, Marc Rich.

Bill Clinton on 18 February 2001 released an <u>Opinion</u> in the paper that prints

everything that's unfit and slime "The New York Times." The New York Times is

were the FBI directors all send their leaks. When Bill Clinton, who suffers from a

life long "reverse conscience," that is to say bad is good, good is bad stated in the

Opinion that "There was absolutely no quid pro quo." To properly interpret the

true meaning of what Clinton's statement revealed one need only "reverse the

statement" and expose the self-evident truth that it was a "quid pro quo." Clinton

also tips his hand when he states, "that many present and former high-ranking

Israeli officials of both major political parties and leaders of Jewish communities in

America and Europe urged the pardon of Mr. Rich because of his contribution and

services to Israeli charitable causes, to the Mossad's efforts to rescue and evacuate

Jews from hostile countries...."

That special *de facto* presidential pardon issued by Bill Clinton to favor Marc

Rich was contrary to the entire Clinton Administration's advise and consent policy

teams even the corrupt Department of Justice "DOJ" took exception to the notion

of a pardon for Marc Rich at the time in late 2000 until early January 2001. The

pardon did have the effect to opened wide the door to release Marc Rich from exile

in Switzerland and to traverse the world on behalf of the Terrorists Nation of

Israel's field of criminal endeavors to injury the world at large.

Fugitive Billionaire "Marc Rich" is the same "Marc Rich" who provided three(3) missiles on behalf of the Clinton's while the Clinton's under *de facto* status inside the White House in October of 1996 and post the 1996 General election results to which Bill Clinton retained his former *de facto* seat a fresh. That Hate crime missile attack transpired at the direction of then 1996 Philadelphia Mayor, "Fast Eddie" Rendell on behalf of "Slick Willie" Clinton at the geographical location known and registered in the Philadelphia real estate files to the herein plaintiff. The Philadelphia Fire Department for the City of Philadelphia Fire Report Local #963000039 Alarm #1776, "Arson" report likewise reflects the owner of the bombed out high rise structure registered to the herein plaintiff. The City of Philadelphia Police report 96-12-66934 likewise reflects the owner of the bombed out high rise structure again remains the herein Plaintiff. The official records speak volumes but make no mention of the criminal Acts and Omissions by the City of Philadelphia Police and Fire Departments. One could imagine that Rabbi Benjamin Franklin of Philadelphia fame and flier of kites who instituted the first fire department in North America and even took the time to consult with inhabitants of the 13 colonies to form a new republic and help instruct a constitution is turning several rotations in his grave site that his beloved Fire Department is being employed as an instrument of Hate Crimes some 200 years after the fact. Denise Rich who gave up her American citizenship to flee from the herein plaintiff; further, any and all who entertain exemption from prosecutions

from any attempt to claim a barr relevant to statute of limitations predicated on these claims which are supported in whole by Crimes Against Humanity, Conspiracy Against Peace, and Hate Crimes to which there exists no statute of limitations of record world wide.

At all times material to this information, on or about 21 April 2008, a Civil Complaint was filed in the corrupt United States District Court for the District of Columbia, consisting of twenty seven (27) pages, and the case docket was 1:08-cv-00686, assigned to *de facto* Judge Henry H. Kennedy Jr., a Bill Clinton judicial nominee; Plaintiff is a life long advocate for chemistry and recognizes and accepts the "Chemistry Doctrine Rule" - that scum rises to the top, be it Big Government, Big Business, or Big Religion. OK, OK, already, every rule is entitled to exceptions!

At all times material to this Information, the rules governing Federal District Court Judge assignments is known to be on a randomly rotating assignment and currently with the assist of the computer except when political intrigue is required. Said, herein immediately above, case demanded extreme complicit criminal intervention at the "unclean hands" of the Washington DC
District Court, Clerk's office, and Chief Judge whose judgments have been postponed until now under the prevailing "Storm" known to some as the "Age of Trump."

At all times material to this Information, contrary to "good behavior," the District Court for the District of Columbia saw fit to risk future high scandals and

"FIX" the Judge assignment to gain short term advantage on behalf of McCain and Obama but shall be rewarded with long term disadvantage prison sentences by the recorded acts of knowingly, willfully, and corruptly assigning a known corrupt Judge, so named Henry H. Kennedy Jr. Now, for the assigned Judge, Henry H. Kennedy Jr. being currently as of this dated filing under the "Age of Trump" comes forth his postponed judgment prosecution under the NUREMBERG II TRIALS.

At all times material to this Information, the herein above listed Plaintiff is no stranger to the "bad behavior" of *de facto* Judge, Henry H. Kennedy Jr.; can anything good come from the unclean hands of *de facto* President, Bill Clinton, a known serial rapist and mass-murder tag team of Bill and Hillary Clinton, when on May 15, 1997, Kennedy was nominated by *de facto* President Clinton to a (HOT) seat on the United States District Court for the District of Columbia; confirmed by the Senate on September 4th, 1997 and received his *de facto* commission on September 18, 1997; he took senior status on November 18, 2011 and is currently in inactive senior status awaiting active prosecution via NUREMBERG II TRIALS.

At all times material to this information, Henry H. Kennedy Jr. was party to the magnificent eight black judges who would meet once a month and unlawfully hand pick which Clinton "nominated Judges" would corruptly be assigned to all of the Friends of Bill Clinton that had been indicted. When Norma Holloway Johnson was eventually called on the US Senate carpet for her unlawful acts before Utah Senator, Orrin Hatch, in his capacity as chair of the Senate Judiciary Committee,

Norma Holloway Johnson pistol wiped Hatch and threw him aside like some filthy (menstrual) rag and continued on her way with her "bad behavior." No white cracker US Senator could ever tame a black judge or dare bring any charges against a black person without committing career suicide. In 1993, Orrin Hatch recommended Ruth Bader Ginsburg to *de facto* President Bill Clinton knowing full well Ginsburg was a high altitude Liberal. That recommendation is sufficient to keep Orrin Hatch out of heaven! Ginsburg recently stated that *"pedophilia is good for little children."* Ginsburg has the distinction of the "Club of 60 Million" as "Queen of US Abortions" along with Adolf Hitler and Joseph Stalin. The three "Fake Jews" amigos who facilitated 60 million people to be killed in one life time; that's not chopped liver!

It should be noted here and now that both Hitler and Stalin killed without consent. Ginsburg, however, employed a female's main battle weapon of "guile" to seduce women to give up their children for sacrifice in the nature of informed consent for the alter of Baal worship! Ginsburg would later remark about the "Abortion Mill" activities and state, '*I thought they wanted those people dead*.' The herein Plaintiff upon filing the first ever civil complaint against a presidential candidate so named Bill Clinton, SEE: DIGIAN vs. CLINTON 92CV-5494 USDC Eastern District of Pennsylvania upon arriving at the US Supreme Court, SEE: DIGIAN vs. CLINTON 93CV-1056  Orrin Hatch was already complicit in having Ginsburg installed in 1993 on the US Supreme Court and she refused to recuse on

the DIGIAN vs CLINTON case when it arrived in the US Supreme Court. It should be noted that Orrin Hatch was born like the herein plaintiff in Pennsylvania, and Newt Gingrich was also born in Pennsylvania and the plaintiff is not through with his fellow Pennsylvanians just yet.

At all times material to this information, the case 1:08-cv-00686, exhibited only two(2) defendants, both from the bowls of the United States Senate. The senior Senator from Arizona State, John Sidney McCain III, and the Junior, *de facto*, Senator from Illinois State, Barry/Barack Soetoro/Obama, Jr. to which the recorded Federal archives support that both Senators had the misfortune to answer the complaint (1:08-cv-00686 US District Court for the District of Columbia) thus sealing them forever and a day into concrete before this case and controversy unto their collective judgments under the Living American Military Veteran's jurisdictional reach of the NUREMBERG II TRIALS to convene in Philadelphia, City of Revolutions.

At all times material to this information, the herein above listed defendants, U. S. Senator, McCain and *de facto* U. S. Senator, Soetoro/Obama were active members of an elite criminal Racketeering Enterprise and Corrupt Organization under color of law and posing as *de jure* members of the former United States Senate while simultaneously elite covert operatives of the terrorist Nation of Israel. What's good for the goose is good for the gander. What happens when there are just two geese and no ganders? If Paul Manafort is alleged in violation of the

Foreign Agents Registration Act (FARA) of 1938 to which Paul Manafort has been actually charged with FARA by herein defendant, Robert Swan Mueller III of Rod Rosenstein's famous Special Counsel for Manafort's connection to work in Ukraine and various and sundry other violations.

At all times material to this Information, the original U. S. Constitutional structure defines"The Senate of the United States shall be composed of two Senators from each State[ *U.S. Constitution, Article I, section 3, clause I* ]

At all times material to this Information, the composition of the herein above listed case so dated 21 April 2008, supports that the U. S. Senate represented Fifty (50) distinct and palpable territories with clearly established boundaries with the sum total consisting of One Hundred (100) elected people of which McCain and Obama were present as reflected on the duty roster while campaigning for the office of President of the United States.

At all times material to this Information the U. S. Senate is registered and recorded to exist with a constant One Hundred (100) members with the exception of a vacancy due to death or removal of an individual by expulsion and as such with only one hundred (100) members in reasonably close relationships due to regularities of voting and committees meetings, it would be declared almost impossible not to know or be first hand familiar with any member of the U. S. Senate body of one hundred(100) persons. Particularly since the US Senate term is six (6) years in duration and even with over lapping terms every two (2) years

exposure and contact with various members is wholesale available to any and all members.

At all times material to this Information, Now here comes the crux of the herein above listed case identifying defendants, McCain and Obama, as Siamese twins separated at birth with McCain being breast fed and Obama found lacking and malnourished supported by pigment melanin of sorts. Listen up people, follow the bouncing ball, both McCain and Obama were, in fact, afforded a kind or a type of due process when the herein Plaintiff, being the same Plaintiff in the 2008 case listing McCain and Obama as defendants. The due process was served in the nature of a "NOTICE." That NOTICE specifically surrendered detailed attention and did give "substantial and credible evidence" of the Domestic Terrorist Hate Crimes executed by the ongoing tag team of Bill and Hillary. The Hate Crimes were facilitated with the Clinton's Legion of associates, for they are many, and that were executed at various and sundry locations against the plaintiff's properties and papers and effects.

The major premise attack was found to focus on a high-rise building recorded as the property of the herein above listed plaintiff. The address location was 6924-28 Woodland Avenue, Philadelphia, PA. That location started as a dirty-tricks demolition "HIT" but was compromised by the plaintiff on Saturday 12 November 1996 and by the Philadelphia Police.

Bare in mind the 1996 Presidential general election was on a Tuesday, 5

November 1996 and just seven (7) days later comes the "HIT" on the herein plaintiff after the 1996 election was secured by Bill Clinton. The mindset was this thorn in the flesh, the herein plaintiff then as now had to be dealt with to remove any barriers to the up and coming preparation for the 9-11 Attacks assigned to Bill Clinton from Israel and scheduled for just five (5) years down the road.       The plaintiff started with the private civil complaint of 1992 and by 1993 that case was shut out of the US Supreme Court; one branch down! Clinton's bull dike, all 6 foot 2 eyes are blue and size 12 shoes too; the former alligator wrestler from the Dade County Florida swamp before swamp was popular and third string choice for US Attorney General. SEE: 1993 DIGIAN vs. RENO 93CV-3421. Reno as US Attorney General made an unlawful interlope into a private civil complaint. The record is replete that at the US District Court for the Eastern District of Pennsylvania was represented by the appearance of Clinton's private counsel: Scnader, Harrison, Segal, and Lewis. The federal judiciary blocked the suit to remove Reno registering yet still another spike in the future existence of the federal judiciary.

The plaintiff assisted in the Paula Jones Sexual Harassment Suit turning over all research materials on prosecution of US presidents to the lawyers, Gilbert Davis and Joseph Cammarata. The actual Philadelphia lawyer who assembled the Paula Jones Sexual Harassment Suit lived near the herein plaintiff in Haverford, PA and conversations were shared during the case history when Clinton settled the suit for more than $850,000.00. His law firm was not happy when his name surfaced

because it was a Democratic leaning law firm.

The simple objective of the 2008 case was to have two (2) (McCain & Obama) of the three (3) (Hillary, McCain & Obama) presidential candidates introduce the Hate Crime cover up by the FBI and DOJ in Philadelphia. The DOJ and FBI have been rotten down to the marrow forever, more on the DOJ and FBI hereinafter below.

The 2008 presidential contest was reduced to three (3) viable remaining candidates uniquely out of the bowels of the US Senate with no State executive governors to be found in the home stretch for the actual election in November of 2008. The planning was to force the issue of the Hillary Clinton's Hate Crimes and make it become a major issue that had to be addressed during a presidential campaign. Presidential campaigns are known to reveal every pimple and moles on a candidates face and any other possible controversies still at large that need exposure.

The main stream media in their corrupt nature covered up everything about the Clinton's crimes and will soon partake of the Clinton's judgments as being wholly complicit to all the violations and crimes and denied prosecutions from the life long existence of the DOJ and FBI under Bill and Hillary Clinton.

Let the record show both McCain and Obama made not a whisper of movement to expose the Clinton Hate Crimes while under oath of office to do so which as an operation of law makes them complicit to the Hate Crimes. Richard

M. Nixon advises all government officials, "It's not the crime that kills you, it's the cover up. McCain and Obama knowingly, willfully and corruptly covered up the Clinton's Hate Crimes. Title 18 U.S.C. Section 4

At all times material to this Information, since silence still speaks volumes and the defendants, McCain and Obama had their collective punishment postponed for a season. Now comes the retaliation for the 2008 suit against McCain and Obama. The retaliation is part and parcel of the vindictiveness associated with the pedophile community. This vindictive act arrives in the form of Obama's favorite past time: sending weaponized drones out to attack enemy targets.

The location where the herein plaintiff had stored papers and effects for what was believed to be a safe haven but turns out to be yet another ground zero. The location was again in Philadelphia, this second (2nd) attack is delivered at 707 East Atlantic Street. The date of arrival of the incoming missile was 13 May 2010, early morning hours. However, not that early that a news helicopter for ABC channel just happened to be airborne. The Philadelphia horizon never if ever  is available to suffer a large mushroom cloud. Mushroom clouds are synonymous with high explosive detonations and a weaponized drone is the perfect stealth delivery system over a populated city such as Philadelphia.

The one thing a soldier in combat is instructed to be conscious of is never, but never, establish a pattern if you desire not to be ambushed by your adversaries.

The best way to reverse engineer a pattern is to examine any previous or

repeat practices.    To the saccharine of the perpetrators, McCain, Obama, Naval Intelligence, DOD and NASA  they failed to divert from the pattern and repeat practices of the not too distant previous attack at 6924-28 Woodland Avenue, in Southwest Philadelphia back in October 12th of 1996. That particular local was in close proximity of the refineries and airport facilities.

How to measure and calculate forensic identities: The first issue that speaks out is who was employed to fix the target site. This is first and foremost a military operation inasmuch as the military has the ways and means to arrange a target location and completely prevent civilian and property collateral damage. The outstanding and blatant behavior demonstrates only a domestic or foreign commingled with domestic military agency could reasonably execute such a format. NASA was, is, and is to come a military sub-contractor agency that operates under immunity with criminal  intent.

The United States Department of Defense since 1947 remains a subsidiary of the terrorist Nation of Israel subsequent to traitor, President Harry S. Truman who managed to be seduced and did take a two million dollars bribe from the Zionists to recognize Israel.

The controversy  was contrary to all manner of cries from staff, cabinet members, and the Joint Chiefs of Staff, and Congress not to recognize Israel. After the recognition comes a  history written in red blood that goes into the ground like in the days of Cain and Abel.

When the herein Plaintiff contacted DOD and NASA the response was silence. The silence speaks but one thing! Volumes of guilt by association. In the corrupt US Federal District Court for the Eastern District of Pennsylvania proceedings (SEE: <u>DiGianvittorio vs. City of Philadelphia 96CV-6974</u>) the City of Philadelphia produced satellite surveillance photos of the plaintiff's property prior to the attempted Dirty tricks demolition "HIT." And before the final solution to bring in three missiles to finish off the high-rise structure.

Those surveillance photos that manifested in court proceedings provide substantial and credible evidence that a higher governmental authority was at work greater than the mere City of Philadelphia half wits.

It should be noted here that both target sites suffered missile launches in populated civil residences, very much similar to Middle East Targeting over civilian populations. Of course, if an American body count should arise then all hell wood come out of the woodwork. Demands would  storm the Bastille if bodies went down and lives were lost. However, the precision of the attacks  exhibit what could only be registered via satellite reconnaissance supported by military personnel operating under specific  command protocols within consenting domestic US airspace operations.

The pattern continues into the practice of two separate and distinct locations employing similar ordinance. That ordinance displays identifiable patterns that expose methods such as found at both target sites being the most obvious

observation that no identifiable missile components were ascertainable. The military has at their collective disposal missiles that have no indentation lettering <u>one word?</u> to deny sponsorship or country of origin.

Further, the missiles are self disintegrating, even the tail fins are vaporized. The physical damage is present but the specific delivery system is denied recognition. When seeking after patterns and the same type of ordinance appears, it becomes a self evident indictment of guilt from the same complicit parties of interest.

Remember every infantry soldier's instructions, "never establish a pattern or practice to prevent an ambush." Within these matters herein described before the world court of public opinion do not use the same ordinance over again to deny culpability.

Lets now examine the agency or agencies responsible to provide command and control over the almost identical pattern of attack since the ordinance issue has been herein settled.

To get clairvoyance clarity, but not to the extent metaphysical understanding; over these herein matters to support the innocent readers of this unabridged infosuit where do we notice yet another pattern if not practice.

This time one must travel to Seattle, Washington to arrest a not so publicly known incident that went down on October the 11th 2001. October the 11th 2001 would calculate exactly thirty (30) days after the infamous September the 11th 2001

Attacks. What does the number thirty(30) days have to do with the price of beans. Absolutely nothing!

Beans aside, from what happened on October 11th of 2001 was that for the first time in the history of the former United States of America, being in excess of two hundred (200) years, a US Attorney was murdered in the line of duty. His name is relevant and worthy to be named and therefore brought to recognition in these proceedings and as such the name is: Thomas C. Wales.

Thomas C. Wales, on the evening of October the 11th 2001, was at work in his basement study working before his computer on his paperwork, when six shots penetrated his basement window which incident resulted in taking his life.

The same Thomas C. Wales just happened to stumble onto a criminal matter that involved
the Israeli Mossad in Seattle. Who just happened to break in or shall we say were invited by Naval Intelligence to help themselves to a Navy Ordinance Depot.

The Naval Depot was constructed on an island of which Seattle has many islands. To gain access to the island there exists no bridges or roadways; one must by necessity take a boat or barge to land on the island. The island must have been intended to afford greater security than a Depot constructed on a main land location. But when you have friends in the Naval Intelligence like Senator John McCain or Alien wops (Without papers) like Obama you have absolute accessibility hands down and no need to grovel like some common thief in the night.

What pray tell are the Israel Mossad doing in Seattle that finds them inside a secure Naval facility? Could it be the Mossad are present to obtain surplus Navy Beans that need shelf storage  rotation?

Guess what specific material ordinance was available for the pickings? Give up? Then wake up and all hands and feet on deck for the answer! The Israeli Mossad were on board to abscond away with nano-thermite. What the hell is nano-thermite?

The nano-thermite was a the most critical element for the successful attack in New York City to vanquish, that is to say make two world class building towers disappear within almost nano seconds.

First, lets mentally travel back to Seattle, what is the logistical transportation requisites? We examine the material volume needed to bring down, at free fall collapse, of the World Trade (twin) Towers elevated above water level in excess of one thousand feet from grade.

The collapse, or better stated, the dustification (Cf. Judy Wood) of matter consisted of a free for all fall whereby the material components, of which were legion in their molecule sub-structures, were mysteriously converted to nano-dust in the midair decent. Leaving precious little visual residue for the buildings foot-print and even less volume for the cleanup work details.

Even the lay person has the viable capacity to extend one's imagination as to how much nano-thermite would be needed to accomplish the task of taking out the

mega volume of matter.  Further, engage the imagination in terms of transportation of over three thousand (3000) miles to arrive at the target site. Are we talking how many tractor trailer loads?

Now factor this into the equation, was the Navy Depot Island in Seattle, Washington the "only facility" that stock piled that volume of nano-thermite? Or, was the remoteness of prying eyes a determination to go the 3000 mile distance to remain solvent from disclosure. Nevertheless,

this 9-11 Attack involved many in house domestic treasonous seditious actors to which the 26 Million Living Military Veterans have an inescapable obligation under fiduciary, not to mention our live obligation under oath to support the Constitution. Who better than the Living Military Veterans within America to conduct an American style Jihad to round up these domestic and foreign alien murderers.

# CIVIL PROSECUTION of PENNSYLVANIA

# JUDICIAL BRANCH in WASHINGTON, DC

## "THE PRUNING"

**Motive as to why all the Judges in Pennsylvania are listed as Defendants!**

How does one justify assigning defendant status to every single member of the Pennsylvania Judiciary? Could it be there are no decent Judges in existence in their collective rank and file? The civil prosecution of Judges are a coming attraction of sorts. This civil prosecution is not levied to determine guilt or innocence, but rather to demonstrate the Judiciary as a "Beast of Burden System" over the heads of the inhabitants resulting in a denial of fair and substantial Justice.

All language is subject to construction and the herein Plaintiff, who owns the Infosuit, a.k.a. "The Mother of all Federal Lawsuits", defines the proper metaphysical interpretation of the legal cabal vs profession.

The following: <u>All Law is Jewish Law, and All those who Practice the Law are Practicing Jews subject to the Prosecution thereof.</u>

Similar to guilt by association for every Esquire, Attorney, Lawyer. Counsel, Solicitor, Barrister, Litigator, Attorney-at-Law.

Was it not the Ancient Hebrews, under the jurisdiction of Moses, that were given the law of the "Ten Commandants?" Did not the same Ancient Hebrew "scribes" (Teachers of the Law) expand the "10 Commandment Laws" over and

over again so that when the Messiah, Christ, arrived He found 613 laws on the books. No man could keep the legion of laws in Ancient Israel created by the Ancient Hebrew scribes, similar in motive to the massive volume of unconstitutional United States IRS Laws manufactured by the hand of the Zionist Elite to plunder a free and industrious people in North America unto economic distress.

This massive increased volume of laws by the scribes (Teachers of the Law) was introduced as a control device to command authority over the population and to maintain job security since only the scribes could read or write.

### LESSONS of GENESIS 18:26

So as it was in the days of Abraham and Lot his nephew, so it is today. The Veterans today in these pleadings do ask God the creator, up front and personal, if there be found fifty righteous Judges within the Judicial Branch of Pennsylvania, will you save the entire Judiciary of Pennsylvania for the sake of the fifty righteous judges? As in the past, because God is not a man that he should lie, if fifty righteous judges are present in the judiciary then God will spare the entire Pennsylvania Judiciary!

But suppose the fifty righteous judges lack five, will God still save the entire judiciary? And the answer is the same as it was in the days of Abraham, yes, the God of Abraham will save the entire Judicial Branch of Pennsylvania for the sake of the forty five righteous judges.

Then the question arises what if only forty righteous judges are present, will you spare the entire Pennsylvania Judiciary because the Lord God is the same yesterday, today, and forever and the answer is yes, God will spare the entire Branch and not destroy it like the fig tree which bore no fruit.

Just suppose if only thirty righteous judges are found, will the God of Abraham still spare the entire judicial branch and again the word of the Lord God responded in the affirmative to save the entire judicial branch.

In hope against hope, suppose only twenty righteous judges were found, would the God of all creation still spare all the judges in the Pennsylvania court system? Still again it was a firm yes for salvation for all the judges in Pennsylvania.

The Veterans did ask God not to be angry for all the questions, but suppose only ten of all the judges be righteous, will you still have mercy on the entire Pennsylvania Judiciary? Then God spoke on account of the ten, I will not destroy the Pennsylvania State Judiciary for the sake of the ten, but back in the days of Abraham the ten represented Abraham's nephew Lot and his wife, his daughters and their husbands, that together make up the ten righteous to be spared out of the City of Sodom. But where is the ten today within the Pennsylvania State Judicial Branch?

For there is not ten to be found, and as it was in the days of Abraham when Lot and his family were safely removed from Sodom, that fire and brimstone rained down to destroy the City of Sodom and it was no more.

Who are the keepers of the law and law interpreters of today? What are their collective sins over the nations today? Have the days of Sodom and Gomorrah come again to American soil for a visitation? How did the Homosexuals gain entrance to the alleged courts of right standing?  Are the spirits of the actors of the JFK, MLK, and RFK assassinations of the same spirit as the 9-11 actors?

What happens when one receives, accepts, or claims any title? That person is identified as a certain specific practitioner. As like one who is identified as a member of Organized Crime, such as a Mafia figure, it matters little if that person is just assigned to count the money for the Mob or is employed as a driver for bank robberies or given over to the assassination work.

Also, on the topic of counting, what have we to do as a nation when it comes to those who count the votes? Was it not in one established voting district in America where the "total registration of voters" in that district totaled 6500+-voters and how is it Barack Obama was able to obtain 20,000 votes in his tally of votes when the highest possibility in that district could not exceed 6500 votes.  In the Sanctuary Sin City of Philadelphia in 2012 concerning votes cast. "In 59 voting districts in the Philadelphia region, Obama received 100% of the votes, with not even a single vote recorded for Romney. (A mathematical and statistical impossibility? ) Better yet no one really has to show up to vote anymore, after all what good is a City Machine if it can not make votes out of thin air.

Further, if a homosexual is identified in a nation such as Saudi Arabia, that

homosexual could be executed for his outed posture. Those identified in the legal realm who participate in matters such as the Warren Commission or the 9-11 Commission are subject to complicity of massive crimes with imunity.

Throughout history from the days of the Ancient scribes, those whose hands have been lent to all manner of legal interest are not positioned as of this Infosuit to be civilly prosecuted only, but to be set up for capital prosecutions relevant to treasonous and seditious acts and omissions to be addressed under the NUREMBERG II TRIALS. Understand, the herein civil prosecutions are a thin veneer over the criminal NUREMBERG II TRIALS.

Now comes the awakening that is recognized by the "Living American Military Veterans" that have troop numbers ( 26 million strong ) under their wings to give flight and carry substantive change to the nation in waiting.

This prevails because America's problems are remote and too deep for any possible political solutions. The remedy can not arrive in a political format because the Lawyers and Attorneys are in command and control of all possible political solutions, or it would never have accumulated to this level of corruption.

That is to say Lawyers and Attorneys can not be trusted to maintain balance in their ranks, which reeks of an understatement, because human nature is recorded and known to be a constant hostile contest of self-interest prevailing over fair and substantial justice.

Arlen Specter, Zionist "Attorney," assumed the role of a major cover up

artist for the Warren Commission's JFK assassination probe in 1963. At the recommendation of Representative Gerald R. Ford (POTUS #38), who was then one of the Warren Commissioners, Specter was selected to be Chief Investigator for the Warren Commission.

A "Keystone" position in the cover up of the JFK assassination even though Specter was born in Wichita, Kansas and not in the "Keystone" State of Pennsylvania. Specter went to the West Philadelphia Yeshiva, "University of Pennsylvania", founded 1740 by Rabbi Benjamin Franklin of kite fame.

That exposure to Philadelphia schools seduced Specter, a Democrat, to return to run for Philadelphia District Attorney as a Republican "switch hitters" because the Democrats hated his guts and he did assume office in January 1966 -1974. Specter did serve in the US Air Force (state side) in the capacity of an Officer in the Air Force Office of Special Investigations during the Zionist created Korea War. North Korea after the alleged Truce remained an Israeli client state until President Trump set the North Koreans free from the Zionist/CIA captives in 2018. Specter graduated Yale with a Law degree in 1956, and was denied Skull and Bones membership because of Zionist ties!

Among many things, "Attorney" Gerald R. Ford (POTUS #38) was present in Dallas, Texas during the JFK assassination which in later life he finally confessed to being there after denying his presence in Dallas. What was never confessed was that along with Gerald Ford for that "Big Event" [JFK] was Richard M. Nixon

(POTUS #37), employed at the time with Pepsi Cola, along with then CIA, George Herbert Walker Bush (POTUS #41) and his 17 year old dyslectic son George Walker Bush (POTUS #43).

In support of every single Presidential Election in the Former United States being absolutely rigged in advance since President Herbert Hoover's (POTUS #31) election of 1928, suffer this: What would be the possibility of four men, with guilty advance knowledge, to show up in Dallas, Texas on Friday the 22nd of November 1963, in an observation location watching the JFK assassination and later in life all four men would graduate to become the President of the United States? The answer is – another mathematical and statistical impossibility.

Back to the future: Arlen Specter did forward to FBI Director, J. Edgar Hoover (LBJ referred to Hoover as his Faggot) in 1963 a list of 300 individuals who had the misfortune of honestly volunteering to surrender a statement to the FBI of what they observed on or about Friday 22 November 1963, the day when JFK was eliminated in Dallas, Texas.

The herein Plaintiff did employ the technology known as "Reverse Speech" ( Hidden Messages in Human Communication). The technology was utilized some 50 years after the fact of the JFK murder. The case opportunity surfaced in a conversation between Lyndon Baines Johnson and J. Edgar Hoover.

The conversation was conducted in the White House over the phone lines of that day. That exact conversation is still available in the LBJ Presidential Library

in Texas. With the Hoover "Reverse Speech", one may clearly hear J. Edgar Hoover state in the conversation to LBJ the following: "<u>I Make You, I Kill Them all</u>".

That amazing Hoover statement some fifty years later reveals a material fact that escaped world exposure but surfaced in "Reverse Speech." FBI, Hoover, indeed did kill all 300 names on the Specter "HIT LIST." This reverse speech is like eaves dropping on the Presidential candidacy of Donald J. Trump with modern technology which *de facto* President Obama did commit before and after the 2016 presidential election.

The results of Hoover's aggressive 300 murders to silence any and all potential witnesses was a reward by LBJ to have a special White House Rose Garden Celebration in May of 1964 for President LBJ to announce that Hoover would be FBI Director for life by executive ORDER. Hoover died in May 2nd of 1972 at 77 years of age before his lover Clyde Tolson died, April 14 1975 who was his life long partner and Deputy FBI Director under J. Edgar Hoover. (SEE: more hereinafter the forensic dissection of the FBI).

It is the people from the rank and file legal population, as it is written, that he that sows the wind reaps the whirlwind. This herein "Infosuit" represents the whirlwind and commingled with President Trump's "Storm" equates to Big, Big trouble for the legal agents in government positions of control.

The out of control Judiciaries, State and Federal, were already suggested by

Thomas Jefferson who was one of the founding father authorities from 200 years ago who knew the truth that would eventually need to be addressed.

To make matters most severe, the Communists who were cast out of modern Russia, have set up shop in North and South America afresh.

A Career Communist activist, one of the sole remaining German Nazi agents who still remains active from WWII, is George Soros. Even the Devil gives good gifts to his children such as long life.

Zionist George Soros is bankrolling all Communist Cadre in North America with elite Zionist Bernie Sanders (Pied Piper to the minds of our weak youth) and tag team opportunist, Bernie's wife, Jane Sanders, taking up the rear guard post.

The Zionists are generating the orchestration of yet another world movement by imbedding many conditioned zombies into the void that was created as collateral damage by Trump's 2016 presidential campaign  that laid waste to the former Democratic Political apparatus.

Soros's neo-movement is seduce targeting some auxiliary elements of the "Never Trumpers" menagerie to feed their collective resentment  against the *de jure* President, Donald J. Trump.

The Soros plan is to enslave North and South American inhabitants under color of political activism and then reduce the general world population from 7 billion down to a manageable half billion in concert with Zionist Bill Gates and Pedophile Warren Buffett of Rent-a-Boy Ranch fame in Texas.

That Rent-a-Boy ranch is where Antonin Scalia's throat was slit from ear to ear by a 12 year old boy tasked to serve as a pedophile circuit actor, but due to Scalia's reputation as a rough rider pedophile, the 12 year old boy took exception to Scalia's behavior and took him out.

Scalia was a high ranking Supreme Court Justice and mysteriously no autopsy was performed, allegedly at Scalia's wife's request, and the death report was given over the phone. There is no smoke apart from fire! Behold, the Pedophile Kingdom at large in an effort to cover-up their sidebar tracks.

The "former America" where it's Military Veterans were always tricked into fighting for what was, is, and is to become an elaborate ruse unless the "Living American Military Veterans" wake up and consolidate their field of forces.

The 10th plank of the Communist Manifesto is *"Free education for all children in public schools."* The major premise of public schools was to introduce by indoctrination training to young boys the need to fight for their country. A very sinister plot, but it worked efficiently and currently remains active in many nations.

Since the days of British Israel agent, Abraham Lincoln Springstein, who in 1860 engineered the first American Civil War with the covert motive to recapture the Americas back under British Israel rule and to return the profits of a vast continent back into London's treasury.

In 2018, North America's general population by design is divided down the middle to conquer the nation. Only the "Living Military American Veterans" have

the greatest personal stake in the land that constitutes sufficient motive to consolidate an opposing power force to bring salvation to the Military Veterans and their families and the rest of the inhabitants.

North America teeters on the cusp of armed conflict rolling towards a tentative second Civil War. The overt Lawyer and covert Homosexual Zionist, Abraham Lincoln Springstein, may be dead and gone but his spirit lives through the image and likeness of the modern Great Zionist, Bernie Sanders, who took his honeymoon trip to the Soviet Union and Communist Cuba.

No one rightly wants Civil War except the Communist interlopers posing under the guise of Fake Socialism who have the thirst and the will to light the fuse and run.

Many of their Manchurian candidates are trained to take hold of the vacuum void of the former Democratic Liberal Party occupying dumpster space without an expired license.

Stop - Examine the eyes of Alexandria Ocasio-Cortez and see for oneself and behold the glaring image of the former manufactured fake candidate who seduced the nations, Barry/BARACK Soetoro/OBAMA.

To correct the wounds of the past, the sins of the fathers must be exhumed to the surface afresh. The JFK assassination must be put to the test to expose the Judiciaries role in the massive cover up. MLK and RFK require a real forensic autopsy to bring resolution.

The Warren Commission and the 9-11 Commission must be subjected to fresh prosecutions to quell the fires of contempt against the truth. The fake Warren Commission, an assembly of treasonous attorneys that injured all Military Veterans of which John F. Kennedy served in the US Navy and was killed by his own.

The Warren Commission as the carbon copy of the 9-11 Commission, are both fake operations stacked with Attorneys to bring injury to more Military Veterans.

What should we say of the 1.6 million United States Engineers when only a handful of them signed a petition to protest the fake conclusions of the 9-11 Commission? The majority of Architects and Engineers are conscious of the substantial and credible evidence but remain frozen and static to protect their jobs and pensions by remaining locked in the closet.

The vehicle to accomplish these outstanding subject matters is the hovering NUREMBERG II TRIALS which are to convene in the City of Revolutions, Philadelphia, Pennsylvania under the authority of the front and center "American Living Military Veterans."

The resurrection of NUREMBERG Jurisdiction is what is required to remedy the injustice everyone knows is in place and festering. Only the "American Living Military Veterans" have the resident force in hand to execute Command and Control to provide the Military Tribunals with the ability to dispense Swift Wholesale Justice.

**Mother Suit - Additional Defendants:**

Carol Ann Mueller, Esquire
8 Hathaway Circle
Wynnewood, Pa. 19096
Email: carol.mueller2@verizon.net

Commonwealth Land Title Insurance Company
1700 Market Street, Suite 2110
Philadelphia, Pa. 19103 (Parcel No. :88-4-4626-00)


WAYNE SHADOW, LLC  a Pennsylvania
limited liability company,
by its Managing Member
ASHLEY L. MUNZ

Property 3434-3456 Weymouth Street

Ms. Ashley L. Munz
423 Avondale Avenue
Haddonfield, NJ 08033
Email: ashleymunz@yahoo.com

Deborah C. Munz
423 Avondale Avenue
Haddonfield, NJ 08033

Patricia G. Munz

William C. Munz

Jean R. Carron

Frances Barford

Predrag Filipovic, Esquire
1735 Market Street, Suite 3750
Philadelphia, Pa. 19103
Tel:267 – 265 - 0520; Fax:215 - 974 -7744
PA BAR ID: 312568

**Lee M. Shlamowitz, Esquire**
**Land Title Building**
**100 S. Broad Street, Suite 920**
**Philadelphia, Pa. 25110**
**Tel:267-908-5058**
**Fax:267-388-3780**
**Email: Lee@PillyBuzLaw.com**
**www.PhillyBizLaw.com**
**Member of PA & NJ BARS**


**EQC NINE PENN CENTER PROP**
**Mailing Address:**
**STE  A400**
**1735 Market Street**
**Philadelphia, Pa.**
**19103**

**LTB LIMITED PTNSHIP**
**A 51 MANAGEMENT**
**Suit 1300**
**100 S. Broad Street**
**Philadelphia, PA**
**19110**

# GERMANY

## Julius Caesar
## Gave the Name
## 'GERMANIA'

### "DEUTSCHLAND UBER ALLES"
### 'GERMANY ABOVE ALL'

### Introduction For Assignment of Blame on the German Government

My immediate parents consisting of my earth Father, Americo Vespucci DiGianvittorio, married to his wife for a term of 49 years and representing the herein Plaintiff's Mother, Elissa DiSalvatore/DiGianvittorio, were both descendants of the Household of Rome under the Julian gens unto death as a result of pressure from the Israeli Mossad. This pressure was applied to family members after a lawsuit was lodged against William Jefferson Clinton on 22 September 1992 within the United States District Court for the Eastern District of Pennsylvania.

The lawsuit traveled to the "current" United States Supreme Homosexual Court. The lawsuit had impetus and threatened the removal of the *de facto* Clinton administration from the presidential seat of power in 1992.

Every word written or expressed in the pleadings from the District Court, 3rd Circuit Court of Appeals, and to the "then" US Supreme Court was instructive unto prophecy, but who could bear it.

However, the pedophile dominant and corrupt United States Federal Judiciary saw fit to obstruct, hinder, and impede the merits of the case and

controversy to prevent Clinton's removal from office. The rest is reduced to history until these pleadings are lodged to realign history.

Bill "Slick Willie" Clinton was the keystone for the success of the September 11, 2001 attacks. Israel was committed to keep Clinton in office so that Israel could execute the 9-11 attacks against mankind and achieve their collective objectives.

It should be noted and recorded "HERE" that *de facto* United States Attorney General, under the *de facto* Clinton Administration and Dade County, Florida resident Bull Dike/ Alligator Wrestler/ third string choice for US Attorney General, Janet Reno, coming in at six foot 2, eyes of blue and size 12 shoe.

The common theme in the herein "Infosuit" is that, "a man is always judged by the woman he keeps." If a man is a serial abuser of women, then he is compelled to install or hire women in high positions. First to assuage his guilt over his abusive nature against women in general, then to revel over the woman's downfall having been subject to extensive pressure in a high demanding office inherently and exclusively designed for a man to endure and survive.

This procedure was followed through by Janet Reno as a text book demonstration. The suit against Bill Clinton in 1992 - <u>DIGIAN vs CLINTON 92CV-5494</u> J. Lowell Reed; was, for all in the land of the living first and foremost, under the specific nomenclature defined as "private civil complaint".

Clinton utilized Private Counsel (Schnader, Harrison, Segal & Lewis [Alumni- Lewis "Scooter" Libby] at the U. S. District Court for the Eastern

District of Pennsylvania during the entry level at Philadelphia, as would be expected, employing private counsel for a private civil complaint.

That private counsel (hired by Bill Clinton) introduced to the court that the case against Clinton was a case of first impression, which means it had never been seen before of record and no case history was available. That first impression factor, not being on any radar, worked in favor for Bill Clinton's defense and against the moving party's prosecution with zero precedence to exhibit. Nada!

The private civil complaint was directed against a U. S. presidential Candidate. The court pleadings asked for a declaratory judgment to prevent Bill Clinton from continuing as a presidential candidate for the United States.

Much resistance was in play because the stakes were centered around the German and Israeli investments in the September 11, 2001 attacks against "We the People of America" and the "Living Military Veteran of America".

Panic! The case was well introduced and had some teeth on  merits sufficient to draw blood, it had to happen! Not on account of any personal opinions, hypothetical, abstract, or generalized grievances but on clearly established bedrock law, 14th Amendment, section 3. The "happening" was to be postponed to a later date to unleash an unimaginable reaction.

SEA CHANGE! When, by the moving party, the case was appealed to the 3rd Circuit Court of Appeals, guess who came to dinner? NO, not Sidney Poitier, he was distracted and busy on some movie set!

It was the newly appointed US Attorney General, Janet "Bull Dike" Reno, making an unlawful appearance in a "Private Civil Complaint" and using the Department of Justice "DOJ" to handle the case for Clinton at tax payers expense.

Did the DOJ interlope in the "private civil complaint" of <u>Paula Jones vs Clinton</u> case? Answer, NO!

That unlawful interlope by the Department of Justice in 1992 is a mere forecast of the resident deep state corruption supported by the Federal Judiciary that condoned Janet Reno to continue shielding Bill Clinton at any cost.

From that moment on, the case was taken over to an engineered conclusion and complicit to favor Germany and Israel, the evil twin brothers, under the dome.

In hope against hope, <u>DIGIAN vs RENO 93CV-3421</u> was lodged to dislodge the absolutely corrupt Department of Justice (DOJ) as a reservoir of Zionist occupation. The rest is history after the U. S. Supreme Court denied the writ of Certiorari.

As the one door was slamming shut, The Newt of U. S. Congress (Gingrich) was opening a new portal in the 1994 conquest of the U. S. Senate and U. S. House of Representatives with his "Contract with America." All the flurry of the events of Arlen Specter rigging of the impeachment results before the actual impeachment trial culminated in the Clinton Impeachment for naught. Gingrich did not want to remove Clinton, the basis being that the Clinton scandals would continue to play out in favor of more seats for the Republicans.

The herein plaintiff is not through with Gingrich, for he caused many problems for America and his behavior is directly attributable to his being raised in a household where a lesbian sister was manufactured by his mother. Motives stimulated by environmental conditions, within the family of origin, makes for social deficits that chase after careers as high as the U. S. Speaker of the House.

IN search of a decent man in the entire Clinton Impeachment travesty, one comes to mind who was open enough to have more serious crimes submitted to the House Articles of Impeachment. His name was David P. Schippers of Chicago. However, he was overruled because the U. S. House wanted to go home for Christmas vacation! That put the Clinton matter into the "DEEP STATE" freeze. Now comes the thawing of the habeas corpus; prepare for the ungodly stench.

Continuing and Further, It is well known that Ancient Rome did share a close territorial frontier with the Ancient Germanic Tribes. Romans gave lift to civilization as the Germanic Tribes were content to maintain and consent to a barbarous status quo outside the loop of conformity towards developmental progress.

The descendants of Roman authority and Germanic Tribes would morph into a proficient modern people. Both cultures were composed of hard working and industrious populations in all the sciences and innovations of designs and cultural expanse.

The one weakness inherent within the German culture was the misfortune of

the inability to possess reasonable leadership over the culture for thousands of years.

In ancient Rome it was the German slaves that separated from the main slave body revolt under Spartacus, creating a divide and conquer episode first introduced by Philip II of Macedon, Alexander the Great's Father, that destroyed all of the Spartacus Slave rebellion in Rome, 71 BC.

Hereinafter below, other historic revelations expose the German perennial matter of leadership up to and including, Chancellor of Germany, Angela Merkel, and the rule of immigrant infestation unto chaos and division by design.

THE NUREMBERG II TRIALS LEAD HIGH CRIMES PROSECUTOR AND THE HEREIN CIVIL COMPLAINT PLAINTIFF ARE DUAL CHARACTERISTICS EXPRESSING ONE AND THE SAME anCHARGES THAT:

At all times material to this information, the designated term of "GERMANY" a.k.a "GERMANIC TRIBES" is to include the current "Federal Republic of Germany" whose principal place of existence remains in the modern EUROPEAN Territorial land mass a.k.a. EUROPEAN CONTINENT; EUROPEAN UNION [ *European Union - "If they can keep it."....Samo, Samo that Zionist, Rabbi, Benjamin Franklin stated after leaving deliberations of the secret Constitutional Convention of 1787 when leaving Independence Hall in his native Philadelphia, Pennsylvania and approached by Philadelphia resident, Mrs. Powel,*

*who ask Rabbi Franklin, "Well Doctor, what have we got, a republic or a monarchy?"*

*Franklin responded, " A republic, if you can keep it."*]

At all times material to this information, the herein dual (Criminal and Civil) defendant, "Federal Republic of Germany", was and remains a Zionist client state for more than 1000 years, earth time, under the dome.

This dilemma was a result of the Germanic Tribes being the last man standing as a non-state nation until 1871 when Germanic/Prussian Tribes consolidated and capitulated into becoming a nation state.

[For 800 years plus, from the ghetto to the top of the dung pile, Zionists gained power and wealth under the non-nation status of the Germanic/Prussian Tribes. The Germanic territories served as a "Zionist Incubation Hive" because there was no central control of the Zionist expansion activities to enslave mankind.

In 1871 most of the German states unified under the Prussian-dominated German Empire. After the German consolidation of 1871, it became apparent to the Zionists living in Germany that it would become necessary to create plans for World War I.

The war plans would provide the trip ticket to leave Germany proper and start from scratch a new independent country. The Zionists actually betrayed their host Germany by abandonment and jumped ship to come under contract with Great Britain a.k.a. British Israel.

That Zionist transfer to the British was to lay the foundation for the future

sanctuary Nation of Israel since their base of operations was exposed unto daylight in 1871 Germany.

Britain was the top gun world wide and had the right stuff to knock out the Ottoman Turkish Empire Holdings throughout the middle east where Palestine was situated and wherein which Israel was to become the Zionist's prize target.

The German Empire after World War I was transformed and replaced by the parliamentary WEIMAR REPUBLIC 1919-1933 ["If you can keep it."] The WEIMAR REPUBLIC was systematically undermined by the Zionists who at that zone of time were in control of International Finance which caused the German folk to be eaten alive by man made hyperinflation combined with harsh World War I Reparations Payments.

So much for leadership since no WW I adversaries of Germany were able to set foot on German soil, and Germany came out with the short end of the stick resulting in reparations combined with the afterburner of hyperinflation!

To rid the German people of their first republic, an "Austrian," not a German, took power in 1933 of the German Folk.

He is known as the third greatest Jew in World History, third to Moses of Egypt, second to Jesus of Nazareth, and so Adolf Hitler of Austria became Chancellor of Germany in 1933.

Simultaneously in 1933, Rabbi Franklin D. Rosenvelt became the United States President to usher in Zionist/Socialism. Since 1932, General Elections in the

United States avoided, in part, the term "Communism" which had started to acquire a bad connotation like a rotten taste in the mouth.

This required a reboot into the term Socialism unto the quagmire of Liberalism which devolved downward to Political Progressive Liberalism.

Rabbi Franklin D. Rosenvelt became the second Zionist/Jewish President after the first Zionist, Rabbi Abraham Lincoln Springstein in 1860.

Rabbi, Abraham Lincoln Springstein, worked directly for British Israel in the United States. The scheme of 1860 was the third and last attempt by British Israel to recover the lucrative American colonies since the initial quasi defeat of the War of Independence in 1776. The second reboot to recover the American Colonies was the War of 1812. After the American Civil War of 1860-1865 the efforts to recover the American Colonies ceased because Rabbi Abraham Lincoln Springstein's wife, Mary Todd, a devout drug addicted woman, pulled the trigger that killed her husband and in turn caused the third and now final attempt to recover the American Colonies.

Her role was to assign blame to her devoted drug pusher, John Wilkes Booth. Two body guards stood positions to the exterior entrance to the staircase leading to the second floor Presidential Box and another guard stood at the top of the stairs outside the Presidential Box. Like Jack Ruby/Rubenstein, after John Wilkes Booth, both men were well known to the guards and their passage through to their destination was unimpeded, to say the least.

Mary Todd needed her drugs and needed it now! Booth was assigned to be Mary Todd's carrier for drug resupply. As soon as Booth entered the Box, Mary pulled the trigger, and just as fast Booth realized the sting operation and jumped for his life and yelled out to the General and his wife seated with the president and his wife Mary Todd. That same general and his wife were placed in a mental institution after the shooting incident for safe keeping, so as not to alter the government narrative and so is the case in modern America with fabricated conclusions of events.

The rest is the manufactured historical lies like JFK, RFK, MLK, George Patton, 9-11, and on and on and when it stops nobody knows for sure.

Mary Todd had had enough of her husbands homosexual affairs at her expense and made the plan to eliminate the cause of her addiction one way or another!

## GERMANY, THE ONGOING CONSPIRACY WITH ISRAEL

From in or about 740 AD the Khazia Empire was firmly situated and commanding the foremost trading position of the medieval world. The empire had almost everything, wealth, an army, and kept control of vast territories. The only thing missing was a religion. One finds it possible that if you start out under the spirit of an atheist, that spirit will reside in many generations and repetitiously surface over time and half times unto the ninth and tenth generations.

The King of the Khazars sent out ambassadors into the world to find a

suitable religion so that the empire would not be found lacking any good thing.

Of all the religions available, the one religion that the Khazar King was seduced into embracing was one from the lying tongue of a disassociated Rabbi in need of money. The religion that befell the Khazar people was Rabbinic Judaism.

That so called conversion into Rabbinic Judaism has decimated tens of millions of lives across the plains of time and half times. As Kingdoms shifted powers, the White Russian became very powerful and they eventually adopted Christianity. Between 965 and 969 the White Russians conquered the capital Atil and effectively destroyed the Khazar state.

The Khazar fragments could only migrate to the west since they had plenty of bad blood in the east since the days of plunder, rape and murder. The Great Wall of China was constructed as a result of massive plunders by the former Khazar blood decedents. With all that rape and plunder some of the evolved Khazars morphed into the Ashkenazi Jews who possess all the known diseases of mankind in their collective blood lines. A fitting tribute to mass murders.

The largest settlement of the migrating Khazars first landed in Poland and became the largest consolidation of the migrants. The next or second largest settlement settled in the land now called Germany. In the Germanic Tribal territories there existed no central state until 1871.

This open culture of unconsolidated Germanic Tribes fostered expansion of population and wealth for the future Zionist from about 1000 AD to 1871, just over

800 years of settlement in German territory proper. The amplification of rapid wealth came out of the Jewish ghetto of Frankfurt am Main, Holy Roman Empire, when Mayer Amschel Rothschild was born in 1744 in the Judengasse, the Jewish ghetto of Frankfurt am Main, Holy Roman Empire.

The name Rothschild in Yiddish language means Red Coat as in the heraldic Coat of arms. From Germany's interior a banking cabal spread that swallowed all of Europe and then beyond via deceit and deception, the hall mark of Fake Jewish presence in all matters great and small.

The Germanic Tribes could not do enough for the Ashkenazim cabal when in 1822 they created the "Emancipation Edict" that guaranteed "Fake Jews" in German territory all the civil rights enjoyed by German Folk, providing a sufficient leg up from the prevailing ghetto.

Now Suffer this: Germany was the only country in Europe which did not place restrictions on the "Fake Jews," 'even extending them refuge' after they had to flee Russia after their first 'Communist Coup' had failed in 1905.

That turn of the century ACT of dual criminal compliance alone dictates day light COMPLICITY for all to observe.   Stop, and contemplate this symbiotic relationship going forward, unchecked, spanning the territorial world with unparallelled vindictiveness whose motive is but to come and rob, steal, and destroy mankind, without ceasing.

The "New York Times" in 2018 gave celebration that its main beneficiary had

stated that with the anniversary of 100 years, Communism resulted in a wonderful body count of 100 million souls murdered. The New York Times has only printed everything that is unfit to print and remains the premier gray ghost of genocide. (WWI, WWII, KOREA, VIETNAM, MIDDLE EAST, AFGHANISTAN ETC.)

With the likes of a most recent landing of a queen bee flying in the openness of a strategic window of opportunity in Time at the Times, that is to say, one Maggie Haberman.

Maggie had first to practice her art at other minor bee hives, the likes of Zionist, Rupert Murdock's NEW YORK POST, (a 1976 acquisition of US $30.5 million), then a lateral transfer to equally yoked Zionist, Mortimer B. Zuckerman, owner of the NEW YORK DAILY NEWS, then back to the NEW YORK POST, then tripped into POLITCO for a season only to fly to CNN in 2014 to suffer the title of political analyst. [*Please forgive thou me, but typing "analyst" an epiphany separated the plaintiff's cerebral Rolodex into uncharted reverse rotation space and the extraction "anal" from analyst could be an interpolation identity not recognize in modern NEWSPEAK. Maggie may now be deemed the forever NEWSPEAK Zen master. The herein plaintiff shall be eternally indebted to the "Maggie" NEWSPEAK Zen Master of the Journalist Universe for triggering the true unadulterated definition of the term "analyst." The plaintiff's humble thanks, Zen Master.*]

Nevertheless, Maggie made the grade and warranted entrance into the Tower of Babel, The New "Pork" Times, who just happened to set up a hive within the

gray ghost of genocide and a suitable place for her journalistic eggs to hatch.

Maggie's claim of other sources being sanctimonious remains a benchmark in the fading Journalistic saga, which is to be written in granite stone at some undetermined time and place similar to the stars imbedded in the sidewalks of Hollywood with the exception of Donald Trump's damaged star!

The plaintiff embraces the following: One is better off to strike a relationship with, and receive more honor together with a serial rapist and killer like Bill Clinton or a mass exterminator like Bibi, (Benjamin) Netanyahu, than to associate with a journalist. Bill and Bibi as bad as they are, only impact small sectors of people, whereas the journalist can impact seven(7) billion people with mere words.

Since arriving in the neighborhood of the NEWSPEAK forum, the Jewish male journalist comprises one reasonable strata level of deceit and deception. But when a Jewish female journalist enters into that journalistic craft, she becomes seven (7) times the hell the Jewish man could ever become. After all, who raises Jewish men to manufacture the "Jew Deep" phenomenon found under the dome? If you ventured to indicate their Jewish Mothers, you would be correct, accept two stars on your paper and sit back down at the back of the class.

NEXT, BACK TO THE FUTURE: What is observed here at random times, consistent with the first law of Quantum Mechanics, is the definitive ongoing incestuous relationship between the supportive German host and the parasitic "Fake Jews " in order to conquer all of mankind and bind them into perpetual

mindset slavery, or shall one address it as NEWSPEAK under Orwell's 1984!

As it is written, the Leach has two daughters, their names are give and give. Shame on the German Folk who repetitiously consent to conform to such outrage by its Leadership and including, as exhibited in 2018 by Chancellor Angela Merkel, an immigration policy to infiltrate and weaken Europe's strength, without ceasing.

Just as a leopard can never change it's spots, nor can an Ethiopian change his color, neither can Merkel change as she was raised a Communist in East Germany and is alleged to have been given the frozen sperm of Adolf Hitler for her conception, which shall be addressed in these proceedings in order to quash all rumors of such, or have them cemented for review and judgment in the future. You may take the East German out of East Germany but one can not remove the Stasi in her.

Obama & Merkel see eye to eye, but the world is politically blindsided or blurred as to what Frankenstein like source created them to roam the earth for public consumption in the first instance.

Under the herein plaintiff's "Cannibal Doctrine," it is clairvoyant to accept that Cannibals can and do recognize other cannibals in crowded rooms.

At all times material to this information, experience shows and history proves, German and Fake Jew relationships are part of the world terror landscape and their commingled efforts rain harm to all who breathe.

At all times material to this information, Germany did manufacture 5 to 6

stealth submarines for Israel. Who buys shoes and then does not at least try them on? Israel is smoking up all seven seas with immunity blowing up oil tankers under the provision of a "No Fault Crime" spree as their manifesto.

At all times material to this information, German ectoplasm remains stuck as Israel's CLIENT STATE, just as Lee Harvey Oswald, unbeknownst, was a Client State to the CIA, only to be accused in history as the killer of John F. Kennedy. Two wrongs can never make "one" right.

At all times material to this information, LET the jury eat the herein meal, provided by the plaintiff, made from the solid meat of self-evident facts presented on the table of the court's banquet. LET the jury have their collective stomachs be full of the presented substantial and credible evidence that Germany and the Zionist/Ashkenazim Jews have and are cemented into a life long relationship. And that relationship is causal to all of the immediate and long term injuries and damages consisting of, in part, Hate Crimes, Crimes against Humanity, and Conspiracy against Peace unleashed against the herein Plaintiff for the last twenty five (25) calender years.

The Plaintiff's claim is replete with being specifically denied any remnant of due process and has rightly transferred assignment of blame to the State and Federal Judiciaries which shall suffer much for their many deeds.

The capacities of the State and Federal Judiciary are to perform on demand as gatekeepers when called upon to rig a nefarious act on behalf of their Zen

masters, the Zionist "DEEP STATE."

The current appraisal of the term 'DEEP STATE" as of this "Infosuit" filing was promulgated by Secretary of State, Mike Pompeo. Pompeo is not a Holocaust denier, is not of record a Birther Movement denier, but ranks number one as a "DEEP STATE" denier. Reasonably, can any one deny anything that they are not intimately a party to?

The real deal comes from the Plaintiff's claim of being denied loss of property, papers, and effects devoid of any just compensation whatsoever. The known right to due process is clearly established and written in the Fifth Amendment occupying the perennial and unchanging Constitution for the United States of America, To Witness: *nor shall private property be taken for public use, without just compensation.*

At all times material to this information, The herein plaintiff introduces yet another Doctrine already named "THE SHEKEL DOCTRINE." The core connection or linkage as nexus of intense relevance arrives within the term Money. Money or the love of money remains the root of all evil. The Zionists have aquired a monopoly interest in the love of money to a detrimental fault.

The Zionists are lovers of money, and it is the money, in continuity of finances going from one place to another place to achieve a particular result which is material to prove the connection for the assignment of blame to Germany and Israel.

Now comes, "THE SHEKEL DOCTRINE," the terms and the protocol provisions are outlined as follows: One Shekel = Complicity; Two Shekels = Conspiracy; and Three Shekels = Gotcha, Your out of here!

That is to say, even if a miniscule amount of money is transferred and that money is traced to a criminal operation or Criminal Act, then the supplier of the money, in the first instance, is guilty and complicit to the recorded and registered crime as in a chain conspiracy where each link is assigned guilt in the operational scheme.

At all times material to this information, the bedrock expression that represents the crux of the material facts resides in the manner and means of the conspiracy that provided the money to execute and conduct the crimes at a great distance from Germany and  Israel into the North American Continent.

At all times material to this information, the major premise of the overt ACTS against the herein Plaintiff's civil claims for loss of private property, papers and effects and more are reverse engineered to the Genesis or Fountainhead of all manner and means of violations against mankind to include the herein Plaintiff.

The German Folks have had to endure and suffer under their various and sundry leaders for no less that seventy two (72) years. The number 72 commences the end of the Zionist World War II saga and then commences the payment of WW II War Reparation a fresh. The War Reparations extracted from the pockets of the German Folk are extended to the hands of the Zionists in waiting. The 72 years of

German distribution of monetary resources has, in part, provided money for the Zionists to corrupt the governments the whole world over, and to export terrorism on every continent for profit.

At all times material to this information, one must suffer to have the plaintiff introduce the forensic detailed autopsy examination unlike the John F. Kennedy autopsy matters or the Vince foster autopsy matters and so on and so forth, but a true, correct, and complete autopsy in the nature of an affidavit type discovery supported by a declaration of facts on the signed off record.

At all times material to this information, now to peel back, not the humble onion which would be an easy task, but instead the dominant and authoritative mighty artichoke.  The artichoke is most resistant to give up its leaves without a fight. Likewise and even more resistant is the tag team of Germany and Israel.

At all times material to this information, On or about 17 July to 2 August 1945 the Allied Forces gathered at Potsdam Conference concerning the unconditional surrender of Germany.

Then the Paris Peace Treaties in 1947 opened the discussion about War Reparations. The results demonstrated that Germany was to pay reparations to Israel and the World Jewish Congress for confiscated Jewish property under Nuremberg laws. *However, no reparations were paid for killed Jews during the Holocaust. Why would that be?

At all times material to this information, it is said that all world history is

cyclical. The cycle has come full circle to commence all over again. The herein Plaintiff in these pleadings is claiming War Reparations from both Domestic States within the purview of Continental United States and Foreign Alien Countries, in particular Germany and Israel, for utilizing military ordinance on private property within the Continental United States at 6924-28 Woodland Avenue and 707 East Atlantic Street both locations in Philadelphia, Pennsylvania.

## THE DIRTY-TRICKS DEMOLITION HIT ORDERED BY HILLARY CLINTON

The times and places are as follows: Saturday, 12th of October 1996, Israeli Mossad Agent, "Fast Eddie" Rendell, a devout pedophile, homosexual and accomplished cross-dresser, originally from New York State but summoned to Pennsylvania by Zionist Mossad Agent, Arlen Specter to violate Pennsylvanians.

The major handler for Zionist Israel was none other than Arlen Specter in the John F. Kennedy "Big Event" assassination; RFK, MLK, and the 11 September 2001 Attacks to name just a few massive criminal operations against the peace and dignity of "We the People" inhabitants of North America and the people of South America.

## THE OBJECT OF THE SCHEME AND ARTIFICE

The plaintiff has lived and relived this event a thousand times in an effort to attempt to recover loses and regain stolen or destroyed wealth, and as surely as the sparks fly upwards, it shall not bode well for all the individuals and governmental agencies complicit in these massive crimes since President Donald J. Trump has

introduced his <u>Executive Order 13818 on 21 December 2017</u> TITLED : <u>Executive</u> <u>Order</u> <u>Blocking the Property of Persons Involved in Serious Human Rights Abuse</u> <u>or Corruption</u>. This Executive Order will be employed to take all property and assets from all the entities that violated the herein Plaintiff to include Pennsylvania, New Jersey, and New York.

The three(3) aforementioned States are dominant "Zionist Territories" on the East Coast and New Jersey represents the North American Mossad Headquarters with in excess of 20,000 operatives roaming around with fake identities plundering here, there, and everywhere. The same was utilized during the 9-11 Attacks nation-wide, coast to coast, and north and south, to include assassination squads consisting of two men and one woman. The Executive Order 13818 is part and parcel of the "STORM" about to be unleashed worldwide.

## <u>COMMENCE THE SCHEME</u>

On Saturday, the 12th of October 1996, Fast Eddie Rendell was the City of Philadelphia Mayor. On the day in question under Mayor Rendell's administration, the City of Philadelphia was caught red handed in the Criminal Act of attempting a Dirty-Tricks Demolition "HIT" without a demolition permit and undercover, because no NOTICE of due process was ever given. How does one demolished an abundantly sound structure? Only in a covert manner as executed by the City of Philadelphia under "Fast Eddie"Rendell at 6924-28 Woodland Avenue, Philadelphia, Pennsylvania 19142.

And every reader of these pleadings, SUFFER THIS, only a Jewish person would risk heaven and hell to pull off a criminal act that had no chance of ever succeeding. The entire rotten scheme has been magnified 55 million times over since 1996. That magic number of 55 million represents the number of expulsions required to fix America.

Even after the City was officially shut down in Federal Court by Senior Judge, Donald Van Artsdalen with a recorded restraining ORDER against the City of Philadelphia on 15 October 1996 (SEE DiGianvittorio vs City of Philadelphia 1996 CV-6974), Lo and behold, only a Jewish person of low intrigue would be so contemptuous as to defy a federal judge's ORDER on the same day, 15 October 1996, as it was issued.

This behavior from the Jewish Community at large bears witness why the Jews have been expelled 121 times through world history and North America will top out at 122 expulsions.

That Demolition "HIT" scheme was hatched and incubated by Mother Superior, Hillary Rodham Clinton. On or about early October 1996, before the 1996 general election for Bill Clinton's second term for president, Hillary used an unsecured phone in her White House residence in Washington, DC. to place a call to Mayor of Philadelphia, "Fast Eddie" Rendell. The call was intercepted by Israeli intelligence since at that time Bibi Netanyahu, similar to Barack Obama, had the entire White House wired against its occupants with impunity.

The intents and purposes of the call was to stop the herein plaintiff by whatever means necessary because the herein plaintiff continued to attempt to remove Bill Clinton from the office of president and was concurrently visiting the United States House of Representatives in order to seek out the Speaker, Newt Gingrich to assist with in depth Articles of Impeachment against Bill Clinton.

The City of Philadelphia has established the known 12th Police district located at 6448 Woodland Avenue, Philadelphia, Pennsylvania 19142. That is only five(5) blocks up the street from the designated Israeli Target Site at 6924-28 Woodland Avenue 19142, registered and owned by the herein plaintiff.

The Philadelphia Police Report 96-12-66934 and the Philadelphia Fire Report #963000039 Alarm #1776, Arson. All bear witness that the herein plaintiff is the registered owner of 6924-28 Woodland Avenue, Philadelphia, Pennsylvania.

On a fresh fall Saturday morning, the 12th of October 1996, the herein Plaintiff and a process server, Robert Daniels, traveled from a suburban office location of LAWTECH, at 318 South Fairview Avenue, Upper Darby, Pennsylvania. 19082, to the new LAWTECH offices at 6924-28 Woodland Avenue 19142.

The new offices were still under current renovation construction. Upon arriving at the 6924-28 Woodland Avenue location the herein plaintiff and process server, Robert Daniel, were shocked and taken aback by what was found at the Woodland Avenue location.

The new installed security cyclone fence around the parking lot was cut down

and a 50 ton truck crane was rolled on the new repaved parking lot. Upon processing the visual trauma unfolding, the plaintiff attempted to yell at the twenty(20) man plus demolition crew to get off the property immediately or the police would be summoned, but to no avail whatsoever, as though they owned the property.

Next, the plaintiff rushed to the massive front door assembly only to observe that the door was cut open with chain saws. After negotiating and passing through the chopped up main front door debris, the Plaintiff managed to rush up to the 2nd floor to secure one of the newly installed phones only to find that the phones had been removed and believed stolen.

The next instinctive move by the plaintiff was to run down to the corner Getty Gas station located at 69th and Woodland Avenue. The Getty Gas station was known to have pay phones on the premises. After reaching the pay phone the plaintiff called the City of Philadelphia police and stated what had occurred. Because the plaintiff was an officer in the Army, the plaintiff requested the officer of the day or the ranking officer in charge to be notified that his presence was deemed a necessity because of the criminality unfolding.

The Philadelphia Police responded to the authoritative request and a Police ranked Captain arrived at the incident with an additional five(5) squad patrol vehicles.

Reasonably, when the Police arrived at about midday, they were found at a

loss by the plaintiff's description of events. One could endeavor to step back and look at the situation and first imagine that the construction crew were just working on a Columbus Holiday Weekend to get a jump start on the week's activities.

Reason could arise in the police's personal mindset: could it be what the plaintiff has claimed and that it is his property and it is about to be demolished without consent of the owner? Why won't the Police weigh in favor of the property owner? The other factor to contemplate would be: is it possible that a nefarious crime was being undertaken in broad daylight as a distraction ploy? The entire matter was laced with suspicion from the police's point of view as to what move would be the right move. One can always temporarily postpone a demolition, but allowing the wrong move and demolish something, who pays for the reconstruction?

Another factor set up by the criminal Jewish mindset of "Fast Eddie" Rendell, was that on a Saturday, the government offices are closed for the weekend. The Police could not get a verification as to the status of the demolition one way or another. But on a three day Holiday weekend like Columbus Day Holiday, everybody is at a great distant away. Even if the City is on Fire no one is leaving their short vacation time.

The entire time from the initial arrival of the plaintiff and process server to the location, the demolition crew did not miss a beat and kept on keeping on. The crew was preoccupied with the purpose of assembling a 150 foot of a crane boom

attachment. The crane had to leverage a steel ball to hit a 100 foot high rise structure for demolition since they obviously had no access to nano-thermite which was employed by the Israeli's at the World Trade Towers destruction.

Interestingly enough, the Israeli's having been caught removing by theft the nano-thermite from a Naval supply depot in Seattle, Washington some 3000 miles away is incorporated here into these pleadings. In 1996 the World Trade Towers were already scheduled to come down, in New York, a mere five(5) years down the road, almost to the month on the 11th of September of 2001 Attack.

The entire remaining day was fraught with the plaintiff trying to persuade the Police captain to shut down the demolition crew. The Captain was not fully embracing the plaintiff's constant badgering to stop the attack on private property and at one point threatened the plaintiff that if he didn't shut up he was going to place him in the squad car. The situation was tense and the Police were static and immobile to render a decision one way or another.

Then, on or about 5:15 pm in the late afternoon of that bright clear fall Saturday, the plaintiff acquired one of those epiphanies that spoke to him and said, "Ask the demolition crew foreman sitting on the truck crane if he had in his possession a demolition permit issued from the City of Philadelphia."

The epiphany was transferred to reality and the plaintiff shared details with the Captain in charge and the officer stated that was a good one, as the plaintiff and the Captain march over to the foreman sitting on his throne atop the truck

crane.

When the Captain demanded to see the demolition permit from the foreman, it was then that the foreman rendered a sheepish smile and stated, "Don't have a permit." With that good news for the Plaintiff and the bad news for the Foreman the Captain yelling, "Get the hell down from the equipment and close down this operation immediately." Saved by the bell!

That evening the plaintiff's own construction crew was called in to close up the front door section to prevent entry and the plaintiff stationed armed guards to prevent looting.

That Saturday evening of the 12th of October, will be a day that will forever live in infamy and forever change the mindset of the plaintiff's planning for future events. Then on the same evening of the 12th, the Plaintiff started making a lawsuit to file in federal court asking for a temporary restraining order (TRO).The next day, the 13th of October, the plaintiff called his neighbors who had two row homes attached to the high rise building that housed the Gentile Holocaust Museum on the first floor of the structure. The plaintiff convinced the two brothers, who both owned separate row homes, to join in the lawsuit as co-plaintiffs. The brothers agreed and provided the deeds to their homes to show proof of ownership for the court papers.  The plaintiff prepared the lawsuit all day and night from Saturday evening through all day Sunday the 13th and all day and night on the Columbus Holiday of the 14th of October.

On Tuesday, the 15th of October 1996, the first day the courts were open after the Columbus three day Holiday weekend, the plaintiff arrived at the Federal Court House at 6th and Market Street Philadelphia, Pennsylvania with his staff and the two brothers listed as co-plaintiffs .

The plaintiff arrived early as the clerks were just arriving. The clerks were familiar with the Plaintiff because of the lawsuit activities against Bill Clinton since September 22nd of 1992 that started the ball rolling. The constant pressure over the years by the plaintiff over the years which caused Hillary to eventually claim that there was a vast right wing conspiracy trying to remove her husband from the office of the president. The herein Plaintiff was behind most of Hillary's verbal claims but the plaintiff was not right-wing or vast in his capacity and not conspiratorial because everything was done above board in plain sight of the courts that were charged with recording the events. The problem with Hillary was that she understood the merits of the case against her husband, *de facto* President Bill Clinton. The subject matter would some day come home to roost.

On or about 8:00 am the plaintiff put down the $125.00 money order as per the local court rules stipulated for the filing fee. The paper work was filled out and signed. The clerk of Court 's placed a call at the counter so that the plaintiff could hear the conversation with the City of Philadelphia solicitors office and informed them that they had a lawsuit asking for a temporary restraining order(TRO) and that if they were not down at the federal court house within the hour the court

would issue the TRO.

The next process was the City Solicitors' arrival in a tour de force of some seven men and one woman. All parties of interest were informed that they would be taken to the assigned senior Judge, Donald Van Artsdalen conference room.

On or about 9;30 am, the parties arrived inside the large conference room and everyone was positioned to take a seat at a very large long conference table. The judge was way down one end of the table. The City Solicitors were seated opposite the plaintiff with one co-plaintiff on each side of the plaintiff.

Once the judge formally opened the discussion, it became apparent the City of Philadelphia wanted to argue to have the case remanded down to the state court. That would be the equivalent to having the judge send a young man accused of murder home to his father for punishment.

The conversation was to reveal that the City got caught red handed trying to execute a dirty-tricks demolition "Hit" on private property while using a federal holiday for cover, without due process; plane and simple enough, and no permit is issued of course when doing something unlawful. You are not going to pull a traceable piece of paperwork such as a demolition permit.

The plaintiff's claim was supported by a City of Philadelphia Police report that confirmed the facts of the incident. The cause that permitted the plaintiff to enter the federal court was based on the federal question of due process found in the 5th amendment. You need to give due process NOTICE if you are going to

demolish a private property structure, and a day in court to show cause why demolish a perfect sound building should be destroyed.

The City slicker Solicitors desperately wanted the judge to move the case out of Federal jurisdiction to the Philadelphia state Court of Common Pleas. They argued that this case was better suited in state court and not in federal court. What the Solicitors were unaware of was that one greater than their seven man staff had been raised up and was sitting across the table from them.

Now, the judge was a senior judge and had been around the court many times and by assessing the conversations the case was starting to really smell bad of real collusion apart from any Russian collusion. The stench is such that the judges body language was thinking, why should I get in the cross fire of a politically charged contest? He could say,' I want easy cases, I am a senior judge for God sakes.'

In one instance, the City out of desperation had the solicitors forward one License and Inspection personnel to show a photo of the building which showed that at the very top of the building, which appeared according to the L&I person, to have one loose brick, if that! The judge viewed the photo and stated the building looked in good shape to him. Next, the same L&I person stated that there were taxes due on the property in question. The coherent judge snapped at the L& I person and stated, 'You mean to tell me the City of Philadelphia demolishes building because taxes are due?' That shut down the L&I person for the rest of the conference as he slumped in his chair.

The conference was going round and round and the moving party plaintiff was not any sort of card player but it became apparent the judge was getting restless and fidgeting in his seat and could very well give the City what it wanted, which was to remand the case to the state court and that would end up in a formal dismissal of the claim.

In 1994 the herein plaintiff just happened to represent Orenthal James Simpson in federal court in Los Angeles for 13 weeks during O. J. Simpson's trial of the century. The one thing the plaintiff came away with was the art of playing the race card! Was it mentioned heretofore that the two co-plaintiffs just happened to be black co-plaintiffs and they just happened to be seated on the plaintiff's, right and left side making the perfect Oreo cookie? So much for lasting impressions at court. It did not escape the plaintiff that white federal judges are very uptight when possibly being inferred to as not being balanced enough when issues of race are present in the court room.

The plaintiff's evaluation was to strike and strike swiftly at the heart of the matter. With that calculation the plaintiff got up out of his seat with the two black co-plaintiffs who remained mute throughout the conference and remained seated while the plaintiff physically pointed the finger of judgment at the senior judge way down at the end of the long conference table and made a statement that was prepared before the foundations of the earth were formed.

Statement: Your Honor, you know as I know that the City of Philadelphia has

a pattern and practice of going into minority neighborhoods and plundering their property rights without due process, to witness the Move Fire Bombing incident on Mothers Day 1985 that the entire world watched on TV. Well everybody present in the conference room observed the blood rush away from the senior judges face. When he recoverede his composure the Judge stated, "Your right Mr DiGian" and then stated, "You have your restraining ORDER against the City of Philadelphia." He then immediately wrote down in his notebook and further stated that we will hear this case on Friday the 18th of October in open court. That was like an instant replay only three days after the conference decision and the case was assigned for court. Then the judge made every Solicitor present repeat his ORDER that the City of Philadelphia is not to touch the plaintiffs properties. The solicitors all stated yes your honor, we understand the City is not to touch or damage the properties. The conference ended later in the afternoon after about six hours of non stop arguments and no pit stops for anyone.

Needless to say the plaintiff walked down the terrazzo floors inside the federal court house physically whistling Dixie with the two black co-plaintiff at the side heading for the freedom door with the TRO in hand and completely wiped out from precious little sleep for three days. But is was all worth the extreme effort to keep the devil from crouching at the door.

The plaintiff reached home base ready for a restful and well deserved slumber. The plaintiff was just about to hit the bed when a call came in and it was

from one of the Co-Plaintiffs, who was a school teacher and stated, 'Your not going to believe this but the demolition crew just hit your building punching a 15 foot hole in the side of the 100 foot high rise and slicing one corner of the building from top to bottom.'

Trauma on top of trauma without ceasing. The plaintiff dragged him self out the door and drove down to the damaged building to see the damage just as was reported over the phone. Then the plaintiff drove down to the Federal court house where six hours were spent working out the settlement, and was now back at the same location, but the judge had left for the day according to his clerk who also stated the case was scheduled for Friday and there was nothing to be done that late afternoon.

On the 18th of October, a Friday, the TRO case was scheduled and the City of Philadelphia under Mayor "Fast Eddie" Rendell now claimed the building was in imminent danger of collapse, but at the time it was not known that the Clinton's had already threatened the senior judge not to proceed with the case, or else. It was later discovered that Rendell himself, in contempt of the federal judges ORDER not to touch the buildings, ordered the building  to be "HIT" and to willfully render the building in imminent danger of collapse for the case in federal court.

From the 15th of October till the 22nd of October the City of Philadelphia Police Department stood guard while the entire contents of the high rise property was stolen using tractor trailers day by day with the full protection of the Police.

After the building was emptied, The then Fugitive Billionaire Marc Rich purchased, then acquired three missiles from Israel to have them launched at the private property of the herein Plaintiff on or about the evening of the 22nd of October 1996.

When the alarm at the 12 District was sounded in the evening on or about the 22nd of October, relating to the explosion followed by fire at 6924-28 Woodland Avenue. In which the Fire Department had guilty knowledge and knew in advance what and when the explosion was going to be ignited. Time to explore and expose just how criminal the "Sanctuary" City of Philadelphia concept really is.

## THE LIVE FIRE MISSILE ATTACK TEST

## FOR THE WORLD TRADE TOWERS

On the evening of the explosion, guess who was the good neighbor next to the plaintiffs private property at 6924-28 Woodland Avenue. When the plaintiff purchased 6924-28 Woodland Avenue the good neighbor sold electricity until the new electric service was installed in the high rise structure.

This is too hard a question to ever determine because it is outside the loop of conventional thought. The answer is a "North" Vietnamese Colonel. South Vietnamese, yea, but a "North Vietnamese" and a former military officer to boot. Don't ask, don't tell how the hell he passed through immigration officials, and ended up in the Woodland Avenue area in America!

Maybe, as it is written, politically nothing happens by accident. Well he was

more than welcomed because as a North Vietnamese soldier he was no doubt an expert on missile technology. The expertise develops after being ruthlessly bombed over and over again without ceasing by missiles, bombs, and artillery because the United State Military when the herein plaintiff was there in 1967-68 during the North Vietnam Tet offensive before and after the offensive the American military used massive amounts of missiles on North Vietnam. It was that expertise that determined that a total of three(3) missiles were launched at the high rise structure on Woodland Avenue.

The missiles similar to artillery rounds have distinctive sound frequencies and a trained ear can discern incoming as opposed to outgoing. It just happened that the location were the only high rise structure resided became the immediate zone of interest of missile impact.

The first missile fell short and landed at ground level but hit he construction truck crane and destroyed an expensive piece of construction equipment. It completely blew the engine and transmission attached clear out of the chassis a great distance. Some say clear across the four lane roadway of Woodland Avenue.

According to the in-house missile expert imported from North Vietnam the remaining two missile hit the building on the top floors and after the massive explosion the structure erupted in flames of fire then converted into great balls of fire.

Missile experts are hard to come by in West Philadelphia these days and his

report was conclusive. There are no secrets in the intelligence trade, the missiles were known to be supplied by Israel and purchased by Zionists Fugitive billionaire, Marc Rich on request by Hillary Rodham Clinton. The same man Marc Rich who married in 1966 singer and song writer Denise Rich.

The motive was a reasonable one for Marc Rich who desperately needed a presidential pardon from the lowest of the low and *de facto* President, at that, one Bill Clinton at you service for a sizable donation to the foundation was all ears and open pockets.

(Just as when # 41. George Herbert Walker Bush and his dyslexic 17 year old son #43. George W. Bush, #37. Richard M. Nixon and #38. Gerald R. Ford Jr. had guilty knowledge and knew in advance JFK was going to be assassinated on November 22, 1963 in Dallas, Texas. How else would all four men know to be in a room observing a president being murdered and then compute how the same four men would end up being U. S. President.)  Yes, the Fire Department arrived in a flash, only five short blocks away,  But then the order was given to the firemen to charge the hoses with water but do not put any water on the blaze and do a burn baby burn.

What happened next as witness by many neighbors, was while the firemen were standing around and singing KUMBAYA and dancing at the curb side waiting for the building to burn to the ground in a free fall of ashes. Think how similar to what was designed to occurred at the base of the World Trade Towers where a 1100

foot in elevation structure composed of dense construction materials were reduce in free fall seconds to dust. Nikolo Tesla Technology at work for sure!

Behold, yea, even the The World Trade Towers are also incorporated into these pleadings for resolution and judgment of the guilty parties, for they are Legion, and there are many guilty to be judged.

Whenever something is going down unlawfully it is typical that criminal complicity eventually backfires. The Fire Department were looking for a cheap way out to degrade a private property building in perfect shape that they had no business bombing in the first instance. In order to reduce it to ashes and thereby reducing the cost of removing the volume of debris.

What with all the deliberate and minutia criminal planning and scheming by the City of Philadelphia Administration under "Fast Eddie" Rendell and his co-conspirators in the Fire Department and eventually the Police capitulated.

Nevertheless, the building turned into a massive 100 foot towering blast inferno because God himself intervened and in His anger stirred up the wind because that particular building was in fact dedicated to God the creator. Everyone knows the story, sow to the wind, reap the whirlwind.

The building was over a 100 foot above street grade. The exterior was solid brick walls and who ever ordered that structure to be built specified and paid extra good money to have bar sand transferred, back in the day, from New Jersey sand pits and cross the wide Delaware River by barge because there were no bridges yet

across the Delaware River.

The Ben Franklin bridge was the first major bridge that opened on July 1st of 1926 followed three years later by the "lesser" bridge that opened on August 14, 1929 called the Tacony-Palmyra Bridge.

With that bar sand aggregate any contractor will tell you it makes a strong bond forever. Take a look at any Roman aqueducts that have not had the stones removed by plunder. Many of those aqueducts were built some 2500 years ago and still solid and in place. The mortar joints at 6924-28 Woodland Avenue were very strong but could not compete with the extreme temperature heat. The interior was all wood construction from the basement up to the roof. The basement vertical timbers were a whopping 36 inches square. Hard to come by timber that size in more modern times, those tree sizes were cut down a long time ago.

With the towering inferno raging the Fire department had to make an emergency call to the Philadelphia Police because they were very worried that the fire was going to get out of control and take out the entire residential blocks around the fire location.

The Police came in that night, as witnessed by the immediate neighbors who conveyed the events to the herein plaintiff the following day, and the Police had to go door to door evacuating woman and children for fear of losing the entire neighborhood. (Total recall: 1985 "Mother Day" May 13th of 1985 the "Move Incident" in West Philadelphia. The City of Philadelphia bombed the roof of the

Move Compound and the World Wide News watched in horror as the City of Philadelphia suffered a burn baby burn! The body count was 11 dead men, women, and children. Who pray tell was the District Attorney in Philadelphia in 1985, if you guessed "Fast Eddie" Rendell, you guessed right. "The City that bombs you, Philadelphia!")

(A friend of the herein plaintiff was on a cruise ship in the Pacific Ocean in the mid to late 1980's and they met a couple on board from Australia. As the two cruising couple got acquainted over meals the friend of the plaintiff casually stated that they were from the Philadelphia area. When the Australian woman heard that they were from Philadelphia, the woman almost accidentally jumped ship from the information and excitement. Evidently the World at large stood up and was impacted by the massive fire at Osage Avenue and the incident went around the world.)

As the Towering Inferno was whipped into a frenzy the City officials on the scene were also very up tight about the strong wind escalations because according to eye witnesses great balls of fire as big as basket balls were shooting out of the top of the inferno. Witnesses reports claimed had the wind been blowing toward the Schuylkill River and the oil refineries along the river the oil refineries would have been lost. As it was the Philadelphia Airport was suffering massive smoke black outs for incoming planes

One has to wonder what would provoke a reasonable fireman or policeman

for that matter to become complicit to wrong doing on orders from superiors.  The answer is very simple and the Jewish culture has worked it to a shine. One only needs to be threatened with lost of employment and denied a future pension to bring the masses down to corrupt behavior all for he sake of job security and let it not be forgotten who is it that has the masses in massive debt?

None other than our brother s from the Jewish Money Lending culture.

The city managed to save the neighborhood from their collective criminal activities and spared the City another mad hat bombing but the real reaction is just beginning because the game changer of all game changers has arrived on the scene and the new paradigm is known to many as the "AGE of TRUMP."

When these pleadings are distributed across the country to all the "American Living Military Veterans" the herein Plaintiff does exceedingly shake and even though being born a raised in Pennsylvania, the plaintiff's is not even remotely a Quaker.

# Consolidated - Governmental Reparations
# JUDGMENTS

|  | Reparation Payments | Southern Border Wall Project Fund 10% of Reparations |
|---|---|---|

**PART I -  Foreign "Matching Funds"**
Germany....................125  Billion in Petro Dollars...............12.5 Billion

**PART II - Foreign**
Israel...........................25  Billion in Petro Dollars.................2.5 Billion

**PART III - Domestic**
**"Sanctuary City"**
of Philadelphia..........25  Billion in Petro Dollars.................2.5 Billion

**Court Judgment 1996**     $176, 392, 450.97

**Pennsylvania State...25**  Billion in Petro Dollars.................2.5 Billion

**PART IV - Domestic**
New Jersey State.......25  Billion in Petro Dollars.................2.5 Billion

**PART V - Domestic**
New York City...........12.5  Billion in Petro Dollars................1.25 Billion
New York State..........12.5  Billion in Petro Dollars................1.25 Billion

**Domestic & Foreign**
Reparations Total.....125   Billion
"Matching Funds"...125   Billion          Southern Border
Complete Total.........250   Billion @ 10%=Wall Fund Total..25 Billion

## PRAYER FOR JUST COMPENSATION - AFTER A 22 YEAR WAIT

Wherefore, the herein Patient Plaintiff prays for Judgment in the most Complex Litigation as Follows:

The Tripartite Defendants are Identified in no Chronological Sequence but are reiterated here for final clarity and the Tripartite Defendants are:

"The Federal Republic of Germany"

"The Nation of Israel"

"The Sanctuary" City of Philadelphia

On Saturday, the 12th of October 1996 at 6924-28 Woodland Avenue, Philadelphia, Pennsylvania; City of Philadelphia was Actor through Agents whereby City of Philadelphia was caught "RED HANDED" by the herein Plaintiff and caught Directly on Location of Incident and in Support by the City of Philadelphia's "own" Police Department Officers; while the City did conduct the Criminal Act identified as a "Dirty-Tricks Demolition HIT;" while under cover of a three Day Federal Recognized Holiday known as the Columbus Day Holiday; as further supported by The Police Incident report 96-12-66934; City of Philadelphia Judgments further supported by the original 1996 claim in the "Case" of DiGianvittorio vs. City of Philadelphia 96CV-6974 Said "Case" Record Exhibits $55 Million for High Rise Structure Replacement in 1996 @ 6% compounded over 22 years calculates to $205,212,113 in July of 2018 and Contents Stolen at the hands of the City of Philadelphia Agents, Officers, or Employees utilizing Track Trailers

until Building was Emptied of Plaintiff's private property, papers and effects contents; Plaintiff paid out of pocket expense of Thousands for a 1996 Engineers Cost Evaluation Price Structure to estimate replacement cost of original size High Rise Structure; still further in above listed "Case" <u>96CV-6974</u> for 1996, where herein Plaintiff prevailed against the City of Philadelphia and the Plaintiff was granted a Temporary Restraining (TRO) ORDER on the 15th of October 1996 against the City of Philadelphia or on the first day the court was open after the Holiday Weekend Incident of the Demo -"HIT"; That the federal Judge told the City of Philadelphia Solicitors repeat after me what was instructions are and the Solicitors repeated what the Judge's instructions stated that the City will not touch or damage the plaintiff's private property building; On the same day of the Federal Judge, Donald Van Artsdalen, issued a (TRO) ORDER, Mayor Rendell, in contempt of the Federal Judges ORDER, told the Demolition Crew at the 6924-28 location to "HIT" the building and render it in imminent danger of collapse for the court hearing scheduled on Friday, the 18th of October before Federal Judge, Donald Van Artsdalen court room at 6th & Market Street. Once the building was emptied of contents the structure was ready to be destroyed by the per-planned Missile Attack that Materialized on 22nd of October of 1996 and the explosion almost destroyed the surrounding residential homes when the fire was deliberately permitted to burn without water being placed on the fire at hand as witnessed by many neighbors.

This portion, in part, of the Judgment(s) reflects Property Damages from 1996 Missile Attack, supported by the City of Philadelphia's own "Fire Report Local #963000039 Alarm #1776, Arson"; As reflected above the original claim of 1996 was $55,000,000.00 @ 6% compounded over 22 years from 1996 to 2018 at which time no payments were made and all attempts to recover losses were blocked by the City of Philadelphia and include three(3) murders of two Attorneys and one attorney's wife; The Philadelphia Attorney was Malcolm Waldron Jr., the Chadds Ford Attorney was Miles Warner and his wife Mary; all three(3) murders were claim as suicides or murder suicide in Chadds Ford. Bill and Hillary Clinton are responsible for all the crimes and their PET political confidant, Fast Eddie rendel carrie dout the crimes using tax payer money to murder Attorneys working directly with the herein  Plaintiff on the Clinton eligibility supported by Court Filing that reflects the Plaintiff's attorney of record. Seven Billion people on earth and the two attorneys and one wife of an attorney end up committing suicide that are working with the plaintiff! This the classic Clinton profile of record and even with all the crimes committed and documented the Clinton are still skating free until President Trump's "Storm"comes a calling.

In conclusion with all the government records in the archives supporting all the official reports the City of Philadelphia's overdue Judgment remains as of July 2018 for building damages and contents of building by Missile Attack not unlike the 9-11 Attacks except this was a local orchestrated operation by the City of

Philadelphia that knowingly, willfully, and corruptly executed and resulting in a judgment payment due totaling after 22 years @ 6% of blocking is <u>$205,212,113.</u>

Because the City of Philadelphia was caught using <u>Military Ordinance</u> consisting of three(3) Israeli sponsored missiles purchased by Fugitive billionaire, Marc Rich in exchange for a Presidential Pardon by *de facto* President Bill Clinton to which Marc Rich did arrange and for fill his promised Missile Deliver to Philadelphia, with an unknown launch device platform but missiles did launch as witnessed by destruction of three(3) separate incoming missiles and witnessed by neighbors hearing Three(3) Distinct and Palpable Separate Explosive "HITS" against plaintiff's Structure as Targeted  on a Domestic United States Territory in the State of Pennsylvania within the City of Philadelphia on or about 22nd of October 1996.

The evidence of Military Ordinance triggers "<u>War Reparation</u>" consistent with Nuremberg Laws at the end of World War II and this current claim against the City of Philadelphia for a duration of 22 years pertaining to "War Reparations" in the amount of Twenty Five Billion Petro Dollars or Federal Reserve Notes as the going price for '<u>Acts of War</u>" on Domestic American Soil supported by President Donald J. Trump in keeping with his promise to support Military Veterans which his administration has been advised of the progress of this Lodged Suit.

The herein Case and Controversy is identified as "<u>OPERATION INSOLVENT</u>" in the opening "Unabridged Judicial NOTICE."

For the "City of Philadelphia" a level of Insolvency is the price of getting caught with an attempted Demo-HIT and finishing off with a Missile Attack that Jeopardized the lives of  people similar the the 1985 Osage Avenue Bombing on Mothers Day in May of 1985 The total Judgment are as defined as herein below:

For "War reparations".....,,,, $25,000,000,000.00 Billion since 1996

For property destruction,

For building & Contents....... $   205,212,113.00  Since 1996

Total Judgment of course...... $25,205,212,113.00

## "The Federal Republic of Germany and "The Nation  of  Israel's" Judgments"

For "The Federal Republic of Germany" and "The Nation of Israel" Willful Direct Complicity with the City of Philadelphia, Pennsylvania, In Acts of Hate Crimes, Acts of Crimes against Humanity, and Acts of Conspiracy against Peace in Philadelphia, Pennsylvania USA against the Property Damages and Complete Total Destruction of the herein listed Plaintiff of Record to Include  Property damages. Destruction to papers and effects and the death of three(3) herein above listed legal associates  the "War Reparations" for each defendant is $25 Billion, the going rate for said  Criminal  Acts  and  Omissions pertaining  to  "WAR  REPARATIONS consistent with NUREMBERG LAWS.

R. Caesar Augustus DiGianvittorio

Tuesday, 31 July 2018

NUREMBERG II TRIALS      Code Name: "MOTHER of all Civil Lawsuits" 2018
707 East Atlantic Street
Philadelphia, Pennsylvania
Zone Improvement Plan (ZIP) 19134
267-205-6153 (Primary)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **R. Caesar Augustus DiGianvittorio** | : | **CIVIL ACTION** |
| **Unincorporated, 12 January 1946 - Capricorn** | : | Jury Trial Demanded |
| **US Army Infantry Officer, Vietnam - 1968** | : | |
| **Commission, Act of US Congress** | : | |
| | : | |
| | : | |
| **Plaintiff, in Fiduciary - Under Oath** | : | **Case Number:** |
| | : | |
| **vs.** | : | **Assigned Judge:** |
| **ROBERT SWAN MUELLER III & Estate** | : | |
| **Incorporated, 7 August 1944 - Leo** | : | |
| **US Marine Infantry Officer, Vietnam – 1968** | ; | |
| **Commission, Act of US Congress** | : | |
| | : | |
| **ANNE CABELL STANDISH MUELLER & Estate** | : | |
| **[You judge a man by the woman he keeps.]** | : | |
| | : | **SPECIAL NOTICE:** |
| **Defendants(s)** | : | To Clerk, Please be advised |
| | : | **All** Judges commissioned under the |
| **Notice to U.S. Court or Military Tribunals-** | : | |
| **Massive Defendant List,** | : | Following Presidents:1992-2016 |
| **Calculated In the Millions,** | : | #42.Bill Clinton, |
| **To Accommodate High Volume** | : | #43.George W. Bush |
| **Requires Defendant Exhibition Section** | : | #44.Barack Obama |
| **NOTE:Suit to requires Many Amendments** | : | |
| | : | **Must Recuse** because all three |
| | : | Presidential Administrations |
| | : | are under challenge in this suit being |
| | : | Subject to be retroactive nullifie |

## VERIFICATION

I, R, Caesar Augustus DiGianvittorio, declare under penalty of perjury that the herein above and below pleadings are TRUE, CORRECT, and COMPLETE.

Executed on 31 July 2018      _____

**R, Caesar Augustus DiGianvittorio**

# EXHIBITS

**EXECUTIVE ORDERS**

# Executive Order Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption

**LAW & JUSTICE**

Issued on: December 21, 2017

★   ★   ★

By the authority vested in me as President by the Constitution and the laws of the United States of America, including the International Emergency Economic Powers Act (50 U.S.C. 1701 et seq.) (IEEPA), the National Emergencies Act (50 U.S.C. 1601 et seq.) (NEA), the Global Magnitsky Human Rights Accountability Act (Public Law 114-328) (the "Act"), section 212(f) of the Immigration and Nationality Act of 1952 (8 U.S.C. 1182(f)) (INA), and section 301 of title 3, United States Code,

I, DONALD J. TRUMP, President of the United States of America, find that the prevalence and severity of human rights abuse and corruption that have their source, in whole or in substantial part, outside the United States, such as those committed or directed by persons listed in the Annex to this order, have reached such scope and gravity that they threaten the stability of international political and economic systems. Human rights abuse and corruption undermine the values that form an essential foundation of stable, secure, and functioning societies; have devastating impacts on individuals; weaken democratic institutions; degrade the rule of law; perpetuate violent conflicts; facilitate the activities of dangerous persons; and undermine economic markets. The United States seeks to impose tangible and significant consequences on those who commit serious human rights abuse or engage in corruption, as well as to protect the financial system of the United States from abuse by these same persons.

I therefore determine that serious human rights abuse and corruption around the world constitute an unusual and extraordinary threat to the national security, foreign policy, and economy of the United States, and I hereby declare a national emergency to deal with that threat.

I hereby determine and order:

Section 1. (a) All property and interests in property that are in the United States, that hereafter come within the United States, or that are or hereafter come within the possession or control of any United States person of the following persons are blocked and may not be transferred, paid, exported, withdrawn, or otherwise dealt in:

(i) the persons listed in the Annex to this order;

(ii) any foreign person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to be responsible for or complicit in, or to have directly or indirectly engaged in, serious human rights abuse;

(B) to be a current or former government official, or a person acting for or on behalf of such an official, who is responsible for or complicit in, or has directly or indirectly engaged in:

(1) corruption, including the misappropriation of state assets, the expropriation of private assets for personal gain, corruption related to government contracts or the extraction of natural resources, or bribery; or

(2) the transfer or the facilitation of the transfer of the proceeds of corruption;

(C) to be or have been a leader or official of:

(1) an entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section relating to the leader's or official's tenure; or

(2) an entity whose property and interests in property are blocked pursuant to this order as a result of activities related to the leader's or official's tenure; or

(D) to have attempted to engage in any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section; and

(iii) any person determined by the Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General:

(A) to have materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of:

(1) any activity described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section that is conducted by a foreign person;

(2) any person whose property and interests in property are blocked pursuant to this order; or

(3) any entity, including any government entity, that has engaged in, or whose members have engaged in, any of the activities described in subsections (ii)(A), (ii)(B)(1), or (ii)(B)(2) of this section, where the activity is conducted by a foreign person;

(B) to be owned or controlled by, or to have acted or purported to act for or on behalf of, directly or indirectly, any person whose property and interests in property are blocked pursuant to this order; or

(C) to have attempted to engage in any of the activities described in subsections (iii)(A) or (B) of this section.

(b) The prohibitions in subsection (a) of this section apply except to the extent provided by statutes, or in regulations, orders, directives, or licenses that may be issued pursuant to this order, and notwithstanding any contract entered into or any license or permit granted before the effective date of this order.

Sec. 2. The unrestricted immigrant and nonimmigrant entry into the United States of aliens determined to meet one or more of the criteria in section 1 of this order would be detrimental to the interests of the United States, and the entry of such persons into the United States, as immigrants or nonimmigrants, is hereby suspended. Such persons shall be treated as persons covered by section 1 of Proclamation 8693 of July 24, 2011 (Suspension of Entry of Aliens Subject to United Nations Security Council Travel Bans and International Emergency Economic Powers Act Sanctions).

Sec. 3. I hereby determine that the making of donations of the types of articles specified in section 203(b)(2) of IEEPA (50 U.S.C. 1702(b)(2)) by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order would seriously impair my ability to deal with the national emergency declared in this order, and I hereby prohibit such donations as provided by section 1 of this order.

Sec. 4. The prohibitions in section 1 include:

(a) the making of any contribution or provision of funds, goods, or services by, to, or for the benefit of any person whose property and interests in property are blocked pursuant to this order; and

(b) the receipt of any contribution or provision of funds, goods, or services from any such person.

Sec. 5. (a) Any transaction that evades or avoids, has the purpose of evading or avoiding, causes a violation of, or attempts to violate any of the prohibitions set forth in this order is prohibited.

(b) Any conspiracy formed to violate any of the prohibitions set forth in this order is prohibited.

Sec. 6. For the purposes of this order:

(a) the term "person" means an individual or entity;

(b) the term "entity" means a partnership, association, trust, joint venture, corporation, group, subgroup, or other organization; and

(c) the term "United States person" means any United States citizen, permanent resident alien, entity organized under the laws of the United States or any jurisdiction within the United States

(including foreign branches), or any person in the United States.

Sec. 7. For those persons whose property and interests in property are blocked pursuant to this order who might have a constitutional presence in the United States, I find that because of the ability to transfer funds or other assets instantaneously, prior notice to such persons of measures to be taken pursuant to this order would render those measures ineffectual. I therefore determine that for these measures to be effective in addressing the national emergency declared in this order, there need be no prior notice of a listing or determination made pursuant to this order.

Sec. 8. The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA and the Act as may be necessary to implement this order and section 1263(a) of the Act with respect to the determinations provided for therein. The Secretary of the Treasury may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States. All agencies shall take all appropriate measures within their authority to implement this order.

Sec. 9. The Secretary of State is hereby authorized to take such actions, including adopting rules and regulations, and to employ all powers granted to me by IEEPA, the INA, and the Act as may be necessary to carry out section 2 of this order and, in consultation with the Secretary of the Treasury, the reporting requirement in section 1264(a) of the Act with respect to the reports provided for in section 1264(b)(2) of that Act. The Secretary of State may, consistent with applicable law, redelegate any of these functions to other officers and agencies of the United States consistent with applicable law.

Sec. 10. The Secretary of the Treasury, in consultation with the Secretary of State and the Attorney General, is hereby authorized to determine that circumstances no longer warrant the blocking of the property and interests in property of a person listed in the Annex to this order, and to take necessary action to give effect to that determination.

Sec. 11. The Secretary of the Treasury, in consultation with the Secretary of State, is hereby authorized to submit recurring and final reports to the Congress on the national emergency declared in this order, consistent with section 401(c) of the NEA (50 U.S.C. 1641(c)) and section 204(c) of IEEPA (50 U.S.C. 1703(c)).

Sec. 12. This order is effective at 12:01 a.m., Eastern Standard Time, December 21, 2017.

Sec. 13. This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

DONALD J. TRUMP

THE WHITE HOUSE,
December 20, 2017.

## ANNEX

1. Mukhtar Hamid Shah; Date of Birth (DOB) August 11, 1939; alt. DOB November 8, 1939; nationality, Pakistan

2. Angel Rondon Rijo; DOB July 16, 1950; nationality, Dominican Republic

3. Dan Gertler; DOB December 23, 1973; nationality, Israel; alt. nationality, Democratic Republic of the Congo

4. Maung Maung Soe; DOB March 1964; nationality, Burma

5. Yahya Jammeh; DOB May 25, 1965; nationality, The Gambia

6. Sergey Kusiuk; DOB December 1, 1966; nationality, Ukraine; alt. nationality, Russia

7. Benjamin Bol Mel; DOB January 3, 1978; alt. DOB December 24, 1978; nationality, South Sudan; alt. nationality, Sudan

8. Julio Antonio Juárez Ramírez; DOB December 1, 1980; nationality, Guatemala

9. Goulnora Islamovna Karimova; DOB July 8, 1972; nationality, Uzbekistan

10. Slobodan Tesic; DOB December 21, 1958; nationality, Serbia

11. Artem Yuryevich Chayka; DOB September 25, 1975; nationality, Russia

12. Gao Yan; DOB April 1963; nationality, China

13. Roberto Jose Rivas Reyes; DOB July 6, 1954; nationality, Nicaragua